1  STACEY M. LEYTON (SBN 203827)
   Email: sleyton@altber.com
2  ANDREW KUSHNER (SBN 316035)
   Email: akushner@altber.com
3  ALTSHULER BERZON LLP
   177 Post Street, Suite 300
4  San Francisco, CA  94108
   Telephone: (415) 421-7151
5  Facsimile:  (415) 362-8064

6  Attorneys for Proposed Intervenor
   International Brotherhood of Teamsters
7

8
9                    UNITED STATES DISTRICT COURT
10                  SOUTHERN DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| CALIFORNIA TRUCKING ASSOCIATION, RAVINDER SINGH, and THOMAS ODOM,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as the Attorney General of the State of California; ANDRE SCHOORL, in his official capacity as the Acting Director of the Department of Industrial Relations of the State of California; and JULIE A. SU, in her official capacity as Labor Commissioner of the State of California, Division of Labor Standards Enforcement,<br><br>Defendants. | Case 3:18-cv-02458-BEN-BLM<br><br>**NOTICE OF MOTION AND MOTION FOR LEAVE TO INTERVENE**<br><br>Hearing Date: January 14, 2019<br>Time: 10:30am<br>Judge:  Honorable Roger T. Benitez |

**NOTICE OF MOTION AND MOTION FOR LEAVE TO INTERVENE**

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the International Brotherhood of Teamsters ("IBT") will and hereby does move this Court for leave to intervene as a defendant in this action pursuant to Rule 24 of the Federal Rules of Civil Procedure. Defendants do not oppose IBT's intervention. Plaintiffs have informed IBT's counsel that they are waiting to review the motion before taking a position.

A hearing on this motion has been noticed for January 14, 2019 at 10:30am in Courtroom 5A on the 5th Floor of the Edward J. Schwartz United States Courthouse, located at 221 W Broadway, San Diego, California, before the Honorable Roger T. Benitez.

The grounds for IBT's motion are as follows:

1. Intervention as of right is warranted under Federal Rule of Civil Procedure 24(a)(2) because: IBT's motion is timely; IBT has a "significantly protectable interest" in the subject of this case; the disposition of this case may as a practical matter impair IBT's interests; and IBT's interests may not be adequately represented by the existing parties because IBT's interests are more "narrow and parochial" than the interests of state officials.

2. In the alternative, IBT should be permitted to intervene under Rule 24(b)(1) because it seeks to address a common question of law with the existing action, and intervention will not unduly delay or prejudice the adjudication of the rights of the original parties.

This motion is based upon this Notice of Motion and Motion, the attached Memorandum of Points and Authorities in Support of Motion for Leave to Intervene, the accompanying Declaration of Bradley Raymond in Support of Motion for Leave to Intervene, the complete files and records of this action, and on such other argument or evidence as may be presented at or before the time of the hearing.

| | | |
|---|---|---|
| 1 | Dated:  December 7, 2018 | Respectfully submitted, |
| 2 | | |
| 3 | | STACEY M. LEYTON<br>ANDREW KUSHNER<br>Altshuler Berzon LLP |
| 4 | | |
| 5 | | By:   */s/ Stacey M. Leyton*<br>            Stacey M. Leyton |
| 6 | | |
| 7 | | Attorneys for Proposed Intervenor<br>International Brotherhood of Teamst |