STACEY M. LEYTON (SBN 203827)
Email: sleyton@altber.com
ANDREW KUSHNER (SBN 316035)
Email: akushner@altber.com
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

Attorneys for Proposed Intervenor
International Brotherhood of Teamsters

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA TRUCKING ASSOCIATION, RAVINDER SINGH, and THOMAS ODOM,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>XAVIER BECERRA, in his official capacity as the Attorney General of the State of California; ANDRE SCHOORL, in his official capacity as the Acting Director of the Department of Industrial Relations of the State of California; and JULIE A. SU, in her official capacity as Labor Commissioner of the State of California, Division of Labor Standards Enforcement,<br><br>　　　　Defendants. | Case No. 3:18-cv-02458-BEN-BLM<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO INTERVENE** |

[PROPOSED] ORDER GRANTING LEAVE TO INTERVENE; Case No. 3:18-cv-02458-BEN-BLM

1      Good cause having been shown, the Motion for Leave to Intervene filed by the
2  International Brotherhood of Teamsters is GRANTED.
3
4  DATE: _____                    _____
5                                            THE HON. ROGER T. BENITEZ
                                              United States District Court Judge
6                                             Southern District of California