# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and not a party to this action. My business address is 400 S. Hope

On December 31, 2018, I served the following document(s) described as:

**PLAINTIFFS' RESPONSE TO INTERNATIONAL BROTHERHOOD OF TEAMSTER'S MOTION FOR LEAVE TO INTERVENE**

With the Clerk of the United States District Court of Southern District of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the following parties and counsel of record who are registered with the Court's CM/ECF System:

| | |
|---|---|
| Jose A. Zelidon-Zepeda, Esq.<br>Deputy Attorney General<br>California Department of Justice<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA  94102-7004<br>Telephone:  (415) 703-5871<br>Facsimile:  (415) 703-5843<br>Email:  Jose.ZelidonZepeda@doj.ca.gov | Attorneys for Defendants<br>Attorney General Xavier Becerra, Acting Director André Schoorl, and Labor Commissioner Julie A. Su, in their official capacities |
| Stacey M. Leyton, Esq.<br>Andrew E. Kushner, Esq.<br>ALTSHULER BERZON LLP<br>177 Post Street, Suite 300<br>San Francisco, CA  94108<br>Telephone:  (415) 421-7151<br>Facsimile:  (415) 362-8064<br>Email:  sleyton@altber.com<br>akushner@altber.com | Attorneys for Proposed Intervenor International Brotherhood of Teamsters |

☒ (Federal)   I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on December 31, 2018, at Los Angeles, California.

Leticia Rivera                                     _/s/ Leticia Rivera_
Type or Print Name                                 Signature

36868678.1