XAVIER BECERRA
Attorney General of California
TAMAR PACHTER
Supervising Deputy Attorney General
JOSE A. ZELIDON-ZEPEDA
Deputy Attorney General
State Bar No. 227108
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 510-3879
  Fax: (415) 703-1234
  E-mail: Jose.ZelidonZepeda@doj.ca.gov
*Attorneys for Defendants Attorney General Xavier Becerra, Acting Director André Schoorl, and Labor Commissioner Julie A. Su, in their official capacities*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA TRUCKING ASSOCIATION; ET AL.,**<br><br>Plaintiff,<br><br>v.<br><br>**ATTORNEY GENERAL XAVIER BECERRA; ET AL.,**<br><br>Defendants. | 3:18-cv-02458-BEN-BLM<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT**<br><br>Date: February 4, 2019<br>Time: 10:30 a.m.<br>Courtroom: 5A, Fifth Floor<br>Judge: The Honorable Roger T. Benitez<br>Trial Date: None set<br>Action Filed: October 25, 2018 |

TO PLAINTIFFS CALIFORNIA TRUCKING ASSOCIATION, ET AL.:

TAKE NOTICE that on February 4, 2019, at 10:30 a.m., at the United States District Court, Southern District of California, 221 West Broadway, San Diego, CA 92101, courtroom 5A, Fifth Floor, Defendants Attorney General Xavier Becerra *et al.*, will move to dismiss this action under Federal Rule of Civil Procedure 12 because the Court lacks jurisdiction over this action and the Complaint fails to state a claim upon which relief may be granted.

1

Defs.' Not. Mot. & Mot. Dism. (3:18-cv-02458-BEN-BLM)

This motion is based on the concurrently filed Memorandum of Points and Authorities and any further argument the Court may hold in this matter.

Dated: January 3, 2019

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
TAMAR PACHTER
Supervising Deputy Attorney General

/s/ *Jose A. Zelidon-Zepeda*
JOSE A. ZELIDON-ZEPEDA
Deputy Attorney General
*Attorneys for Defendants Attorney General Xavier Becerra, Acting Director André Schoorl, and Labor Commissioner Julie A. Su, in their official capacities*

SA2018103422
42098390.docx

2

Defs.' Not. Mot. & Mot. Dism. (3:18-cv-02458-BEN-BLM)