UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA TRUCKING ASSOCIATION, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ATTORNEY GENERAL XAVIER BECERRA, et al.,<br><br>    Defendants,<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS,<br><br>    Intervenor-Defendant. | Case No.: 3:18-cv-02458-BEN-BLM<br><br>**ORDER STAYING CASE** |

This matter is hereby **STAYED** pending the appeal of *Western States Trucking Ass'n v. Schoorl, et al.*, 377 F. Supp. 3d 1056 (E.D. Cal. Mar. 29, 2019). *See Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants."). The parties shall notify the Court within **7 days** of a decision by the Ninth Circuit Court of Appeals.

**IT IS SO ORDERED.**

Date: August 5, 2019

HON. ROGER T. BENITEZ
United States District Judge

3:18-cv-02458-BEN-BLM