SPENCER C. SKEEN, CA Bar No. 182216
spencer.skeen@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
4370 La Jolla Village Drive, Suite 990
San Diego, CA 92122
Telephone: 858.652.3100
Facsimile: 858.652.3101

ROBERT R. ROGINSON, CA Bar No. 185286
robert.roginson@ogletree.com
ALEXANDER M. CHEMERS, CA Bar No. 263726
alexander.chemers@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone: 213.239.9800
Facsimile: 213.239.9045

Attorneys for Plaintiffs
RAVINDER SINGH, THOMAS ODOM and
CALIFORNIA TRUCKING ASSOCIATION

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA TRUCKING ASSOCIATION, RAVINDER SINGH, and THOMAS ODOM,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as the Attorney General of the State of California; JULIE SU, in her official capacity as Secretary of the California Labor Workforce and Development Agency; ANDRE SCHOORL, in his official capacity as the Acting Director of the Department of Industrial Relations of the State of California; and LILIA GARCIA-BROWER, in her official capacity as Labor Commissioner of the State of California, Division of Labor Standards Enforcement, PATRICK HENNING, in his official capacity as the Director of the Employment Development Department,<br><br>Defendants. | Case No. 3:18-cv-02458-BEN-BLM<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:         December 30, 2019<br>Time:        10:30 a.m.<br>Place:        Courtroom 5A<br><br>Complaint Filed: October 25, 2018<br>Trial Date:         None<br>District Judge:   Hon. Roger T. Benitez<br>                             Courtroom 5A, 221 W.<br>                             Broadway, San Diego<br>Magistrate Judge: Hon. Barbara L. Major<br>                             11th Floor, 333 W.<br>                             Broadway, San Diego |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, on December 30, 2019, at 10:30 a.m., in Courtroom 5A of the above-entitled court, plaintiffs Ravinder Singh, Thomas Odom, and the California Trucking Association ("Plaintiffs") will and hereby do move this Court, pursuant to Federal Rule of Civil Procedure 65, for the issuance of a preliminary injunction on the First and Second Claims For Relief of Plaintiffs' Second Amended Complaint [ECF No. 47]. As detailed in the Proposed Order filed concurrently herewith, Plaintiffs seek a preliminary injunction enjoining the enforcement of Assembly Bill 5 as to motor carriers and independent owner-operators that transport property in California.

This motion is based on this Notice of Motion and Motion, the concurrently filed Memorandum of Points and Authorities, the declarations of Thomas Odom, Shawn Yadon, Greg P. Stefflre, and John E. Husing, Ph.D., the pleadings and papers on file in this action, and any further evidence or argument that may be presented at or before the hearing on this motion.

DATED: December 2, 2019

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: /s/ Alexander M. Chemers
    Spencer C. Skeen
    Robert R. Roginson
    Alexander M. Chemers

Attorneys for Plaintiffs
RAVINDER SINGH, THOMAS ODOM and CALIFORNIA TRUCKING ASSOCIATION

40876936.1