STACEY M. LEYTON (SBN 203827)
Email: sleyton@altber.com
ANDREW KUSHNER (SBN 316035)
Email: akushner@altber.com
ELIZABETH VISSERS (SBN 321365)
Email: evissers@altber.com
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

Attorneys for Intervenor-Defendant
International Brotherhood of Teamsters

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA TRUCKING ASSOCIATION, RAVINDER SINGH, and THOMAS ODOM,<br><br>        Plaintiffs,<br><br>        v.<br><br>XAVIER BECERRA, in his official capacity as the Attorney General of the State of California; JULIE SU, in her official capacity as Secretary of the California Labor Workforce and Development Agency; ANDRE SCHOORL, in his official capacity as the Acting Director of the Department of Industrial Relations of the State of California; and LILIA GARCIA-BROWER, in her official capacity as Labor Commissioner of the State of California, Division of Labor Standards Enforcement, PATRICK HENNING, in his official capacity as the Director of the Employment Development Department.<br><br>        Defendants,<br><br>and<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS,<br><br>        Intervenor-Defendant. | Case No. 3:18-cv-02458-BEN-BLM<br><br>**DECLARATION OF DR. MICHAEL BELZER IN OPPOSITION TO MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Hearing Date: December 30, 2019<br>Time: 10:30am<br>Courtroom: 5A<br>Judge: Honorable Roger T. Benitez<br>Action Filed: October 25, 2018<br>Trial Date: Not set |

I, Dr. Michael Belzer, hereby declare as follows:

1.    I am a professor of Economics at Wayne State University in Detroit, Michigan, where I teach labor economics, industrial organization, macroeconomics, and transportation economics.  I received my A.B. (1972), M.S. (1990), and Ph.D. (1993) degrees from Cornell University.  I began teaching at Wayne State University in 2000, and have been a tenured member of the faculty since 2004.  A true and correct copy of my *curriculum vitae* is attached to this declaration as **Exhibit A**.

2.    I was retained by Intervenor-Defendant International Brotherhood of Teamsters to analyze and comment on the report submitted by Dr. John Husing in support of the motion for a preliminary injunction filed by the plaintiffs in this case.  *See* Dkt. 54-5.

3.    My analysis of Dr. Husing's report is based on my decades-long familiarity with labor economics in the transportation industry.  My publications include *Sweatshops on Wheels: Winners and Losers in Trucking Deregulation* (Oxford University Press, 2000), and dozens of articles, book chapters, and monographs on trucking industry and labor market issues, including many peer reviewed articles on trucking and commercial motor vehicle (CMV) driver safety and health issues.

4.    In addition, I founded the Transportation Research Board (TRB) Committee on Trucking Industry Research and served as chairman for 15 years, serving now as an Emeritus Member.  I am a founding and 12-year Member of the TRB Committee on Truck and Bus Safety and an 18-year Member of the TRB Committee on Freight Economics and Regulation.  I have served on the National Institute for Occupational Safety and Health National Research Agenda (NIOSH/NORA) Transport, Warehouse, and Utilities Sector Council since 2006.

5.    I also have served on the National Academies of Sciences, Engineering, and Medicine National Research Council Committee for Review of

the Large Truck Crash Causation Study and on the National Academies Committee for National Statistics (CNSTAT) Expert Panel on the Review of the Compliance, Safety, and Accountability Program of the Federal Motor Carrier Safety Administration.  In that capacity, I testified before Congress in 2012, calling for closer cooperation between the Department of Transportation and the Department of Labor.

6.      A true and correct copy of my analysis of Dr. Husing's report is attached as **Exhibit B**.  All of the statements and conclusions in that report are true and correct to the best of my knowledge.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in <u>Ann Arbor, Michigan</u> on December <u>15</u>, 2019.

Michael Belzer, Ph.D.

# EXHIBIT A

**WAYNE STATE UNIVERSITY**          DATE PREPARED: September 1, 2003

**Professional Record**                    DATE REVISED: December 1, 2019

NAME: Michael H. Belzer                Faculty

OFFICE ADDRESS:

Department of Economics
656 W Kirby, 2127 Faculty/Administration Bldg.
Detroit, MI 48202
PHONE: 313-577- 1328

Departmental web page:
https://clasprofiles.wayne.edu/profile/ai6896

Wikipedia web page:
https://en.wikipedia.org/wiki/Michael_H._Belzer

LinkedIn
http://www.linkedin.com/in/soundscience

DEPARTMENT/COLLEGE:

   Department of Economics, College of Liberal Arts and Sciences

PRESENT RANK & DATE OF RANK:

   Associate Professor, since September 1, 2000.

WSU APPOINTMENT HISTORY:

   Year Appointed/Rank: September 1, 2000, as Associate Professor

   Tenured in 2004 as Associate Professor of Urban and Labor Studies in the College of Urban,
   Labor, and Metropolitan Affairs (CULMA)

   With dissolution of CULMA on September 30, 2005, tenure granted in Department of
   Interdisciplinary Studies, College of Liberal Arts and Sciences

   With dissolution of the Department of Interdisciplinary Studies on September 30, 2007,
   tenure granted in Department of Economics, College of Liberal Arts and Sciences

   Director, Master of Arts in Economics
   September 1, 2012 – July 2014; Co-director for International Program Development, MA
   Program, through November 2015

   Director, Undergraduate Bachelor of Arts in Economics
   July 2014 – November 2015; August 2017 – present

CITIZENSHIP: United States of America

Signature_____

1

**EDUCATION**

Baccalaureate: A.B.; College of Arts and Sciences, Cornell University (1972)

Graduate: M.S. (1990) and Ph.D.; Graduate School Cornell University (1993)

Major: Collective Bargaining, Labor Law, and Labor History

Minors:
City and Regional Planning, Human Resource Studies, Research Methods

**FACULTY APPOINTMENTS AT OTHER INSTITUTIONS**

March 5, 2007 – May 11, 2007
Visiting Scholar
Jilin University Business School, Changchun, Jilin Province, People's Republic of China

September 10, 2006 – December 10, 2006
Visiting Scholar
Institute of European and American Studies, Academia Sinica, Taipei, Taiwan

September 15, 2006 – November 15, 2006
Visiting Scholar
Institute of Labor Studies, National Cheng Chi University, Taipei, Taiwan

September 2001 – September 2008
Adjunct Associate Research Scientist
University of Michigan Institute of Labor and Industrial Relations, Ann Arbor, MI

September 1997 – September 2001
Assistant Research Scientist
University of Michigan Institute of Labor and Industrial Relations, Ann Arbor, MI

1998 – 2000
Adjunct Assistant Professor
University of Michigan Business School, Department of Organizational Behavior and Human
Resource Management, Ann Arbor, MI

1995 – 1997
Senior Research Associate
New York State School of Industrial and Labor Relations, Cornell University; Ithaca, NY

1995
Visiting Lecturer
Industrial Relations Center, Curtis L. Carlson School of Management, University of Minnesota,
Minneapolis, MN

1992 – 1995
Research Support Specialist
Institute of Collective Bargaining, New York State School of Industrial and Labor Relations,
Cornell University, Ithaca NY

2

1990
Adjunct Instructor, Industrial Relations
National Emergency Training Center, Emmitsburg, MD

1988
Adjunct Instructor, Labor Law
New York State School of Industrial and Labor Relations, Cornell University, Ithaca, NY

## PROFESSIONAL SOCIETY MEMBERSHIPS

Current:

Labor and Employment Relations Association

Detroit Area Chapter of the Labor and Employment Relations Association

American Economics Association

Transportation Research Board of the National Academies (Emeritus)

Past:

Transportation Research Forum (1994-2000)

University and College Industrial Relations and Human Resource Programs, Program Directors' Association, Institutional Membership representing the Master of Arts in Industrial Relations Program at Wayne State University (2000-2006)

## HONORS/AWARDS:

2016
Appointed Lifetime Emeritus Member of the Transportation Research Board Committee on Trucking Industry Research

2010
Publication "Worksite-Induced Morbidities Among Truck Drivers in the United States" was listed as one of the week's "top scientific articles, selected on the basis of potential for population impact and practical implementation", in Volume 2, Issue 38 of *Science Clips-Top Articles*, published by the Centers for Disease Control.

2009
Profiled in the July/August 2009 issue of *TR News*, the bimonthly general news magazine of the Transportation Research Board of the National Academies.
http://onlinepubs.trb.org/onlinepubs/trnews/trnews263.pdf, page 45.

2006
Certificate of Appreciation from the Transportation Research Board of the National Academies. Presented in recognition of service to the transportation community as Chairman of the Committee on Trucking Industry Research Task Force and Member of the Freight Systems Group Executive Board; 2001-2006

2003
Media Award (faculty member most widely consulted by the media)
College of Urban, Labor, and Metropolitan Affairs, Wayne State University

3

2002
Industrial Relations Research Association Young Scholar Award

2001
Media Award (faculty member most widely consulted by the media)
College of Urban, Labor, and Metropolitan Affairs, Wayne State University

2000
Certificate of Appreciation from the Industrial Relations Research Association
Launch of the IRRA web site and moderation of the IRRA discussion list

1992
Cornell University Graduate School Fellowship

NYSSILR Graduate Student Summer Fellowship

1990
Benjamin Miller Scholarship
Cornell University Graduate School Summer Fellowship
NYSSILR Graduate Student Summer Fellowship
Lampert Scholarship

**TEACHING**

Years at Wayne State: 19

Years at Other Colleges/Universities (see appointment list above): 31 (teaching and research)

Courses Taught at Wayne State, last five years

Undergraduate Courses Taught at Wayne State, last five years

Economics 2020, Principles of Macroeconomics

Graduate Courses Taught at Wayne State, last five years

Economics 7210, Industrial Organization II

Economics 7996, PhD research

Essays/Theses/Dissertations Directed

Ju Shenyang; Doctor of Philosophy, Economics; "Empirical Study of Basic Violations, Pay Incentives, and Safety: Evidence from U.S. Intrastate Carriers; Chair

Takahiko Kudo; Doctor of Philosophy, Economics; "Statistical Analysis of the Effect of Work Conditions on Safety and Health in the U.S. Long-haul Trucking Industry: Evidence from the NIOSH Survey Data"; Chair

Michael Greiner; Doctor of Philosophy, Business Administration; "The Political Landscape: A New Approach to Understanding Corporate Political Activity"; 2018; Member

Matthias Jung; Doctor of Philosophy, Economics; "Economic Welfare of Firefighting Service in Detroit"; 2015; Chair

4

Michael R. Faulkiner; Doctor of Philosophy, Economics; Wayne State University; "A Three Essay Examination of Current Pay and Safety Issues in the Truckload Sector of the Motor Carrier Industry"; 2015; <u>Chair</u>

Wu Yen-Chun; Doctor of Philosophy, Industrial and Operations Engineering; University of Michigan; "Just-In-Time Manufacturing and External Logistics: Evidence from American Parts Suppliers"; 1999; Member

Stephen V. Burks, Doctor of Philosophy, Economics; University of Massachusetts – Amherst; "The Origins of Parallel Segmented Labor and Product Markets: A Reciprocity-Based Agency Model with an Application to Motor Freight"; 1999; Member

Francesca Romana Forestieri; Master of Regional Planning, Cornell University; "European Freight Transportation"; 1998, <u>Chair</u>

<u>In Process Thesis and Dissertation Committee</u>s

Walter Ryley (Economics Department); Chair
Aurelia Crant (Economics Department); <u>Chair</u>
Zainab Hans (Economics Department); <u>Chair</u>

Course or Curriculum Development, last five years

ECO 1400: Economic Inequality
ECO 1600: Introduction to Economic Thought

Course Materials (unpublished)

"Strategic Analysis of Executive Leadership," a course taught at the National Fire Academy and developed for the Federal Emergency Management Agency (1990)

## RESEARCH

Research in Progress, Not Funded

"Excessive Work Hours and Hypertension: Evidence from the NIOSH Survey Data." With Takahiko Kudo. Revised and resubmitted to *Safety Science*. September 2019.

In preparation, two additional papers from Michael Faulkiner's dissertation (as co-author).

"Turnover in the Truckload Sector of the Motor Carrier Industry: A Proportional Hazards Approach"
"Pay and Safety: A Proportional Hazards Approach to Safety in the Truckload Sector of the Motor Carrier Industry"

Three papers with Ju Shangyang on Federal Motor Carrier Safety Administration "BASICS" measures of motor carrier safety, relationship between BASICS measures and crashes, and relationship between truck driver earnings and safety.

Funded Research, in progress

5

Developing Data-Driven Decision Support Systems for Fostering Extreme-Scale Smart Urban Mobility Networks that Include Autonomous Vehicles
Principal Investigator: Yanchao Liu, Assistant Professor, Industrial & Systems Engineering
Collaborators: Ratna Babu Chinnam (ISE); Dan Grosu (CS); Michael Belzer (Economics); Stephen Remias (CE); Carolyn Loh (Urban Studies); Dimitar Filev (Ford Motor Company); Tom Bruff (SEMCOG); Erika Linenfelser (Planner, City of Detroit); Jesse Holzer (PNNL)
Provost seed funding program: $10,000.
Duration: June – December 2019. "Strengthening the AI, Big Data & Analytics Ecosystems" at Wayne State University

Safe Rates: Data to Determine the Effect of Compensation on Motor Carrier Safety
Source of funds: International Brotherhood of Teamsters to Economics Department, Wayne State University
Amount: $10,500
Start: 2019
Role: Principal Investigator (with PhD student Walter Ryley)

Completed Funded Research, last five years

Transit Cooperative Research Program (TCRP) C-22: "Bus Operator Workstation Design for Improving Occupational Health and Safety"
Source of Funds: Transportation Research Board of the National Academies via subcontract from Virginia Polytechnic Institute and State University to Sound Science
Amount: $10,000
Duration: 2014-2015.
Role: Contract Investigator for TCRP C-22; Lead Researcher for BCA RFP
Deliverable: Develop parameters for Benefit / Cost Analysis in support of TRCP C-22. BCA to be included in future RFP as needed.

## PUBLICATION

Scholarly Books Published

*Sweatshops on Wheels: Winners and Losers in Trucking Deregulation*. New York: Oxford University Press, 2000.

Monographs Published

Panel on the Review of the Compliance, Safety, and Accountability (CSA) Program of the Federal Motor Carrier Safety Administration, Committee on National Statistics, Division of Behavioral and Social Sciences and Education, Transportation Research Board, & National Academies of Sciences - Engineering - Medicine. (2017). *Improving Motor Carrier Safety Measurement*. Washington: National Academies Press. ISBN 978-0-309-46201-3 | DOI 10.17226/24818. Summer 2017. With Panel members Joel B. Greenhouse, Sharon-Lise Normand (Committee Co-Chairs), Dan Blower, Linda Boyle, Michael Daniels, Don Hedeker, Brenda Lantz, Dan McCaffrey, Brisa Sanchez, Robert Scopatz, and Juned Siddique. http://www.nap.edu/24818

6

Gillespie, Robin Mary; Andrew Krum; Darrell Bowman; Stephanie Baker and Michael H. Belzer. 2016. *Bus Operator Workstation Design for Improving Occupational Health and Safety*, Transportation Cooperative Research Program (TCRP). Washington: Transportation Research Board of the National Academies. National Academies of Science. 127 pages. http://www.trb.org/main/blurbs/174183;
http://onlinepubs.trb.org/Onlinepubs/tcrp/tcrp_rpt_185.pdf

Burks, Stephen V., Michael H. Belzer, KWAN Quon, Stephanie G. Pratt, and Sandra Shackelford. 2010. *Trucking 101: An Industry Primer*. In TRB Transportation Research Circular E-C146, edited by Transportation Research Board Committee on Trucking Industry Research (AT060). Washington: Transportation Research Board. December 22. 68 pages.
http://onlinepubs.trb.org/onlinepubs/circulars/ec146.pdf

Committee for Review of the Federal Motor Carrier Safety Administration's Large Truck Crash Causation Study. *2003*. With Forrest M.Council (chair); John R. Billing; Kenneth L. Campbell; James W. Dally; Anne T. McCartt; Hugh W. McGee; A. James McKnight; Jack Stuster; Steven J. Vaughn, and Frank R. Wilson. "Letter Report to Federal Motor Carrier Safety Administration Administrator Annette M. Sandberg." Washington, DC: Transportation Research Board, 66 pages.
http://onlinepubs.trb.org/onlinepubs/reports/tccs_sept_2003.pdf

*Truck Driver Occupational Safety and Health: 2003 Conference Report and Selective Literature Review*. 2007. With Gregory M. Saltzman. Washington, DC: U.S. Department of Health and Human Services, Public Health Service, Centers for Disease Control and Prevention, National Institute for Occupational Safety and Health (NIOSH), Department of Health and Human Services Publication No. 2007-120. 117 pages.
http://www.cdc.gov/niosh/docs/2007-120/

*Paying the Toll: Economic Deregulation of the Trucking Industry*. Washington, D.C.: Economic Policy Institute. 1994. Briefing and Working Papers Series.
https://www.epi.org/files/2014/paying-the-toll.pdf

Book Chapters

"Economic Liberalization and Governance: Road freight transport liberalization in the United States and the European Union" With Annette Thörnquist (Linköping University, Sweden). In *The Regulation and Management of Workplace Health and Safety: Historical and Emerging Trends*. Peter Sheldon, Sarah Gregson, Russell Lansbury, and Karin Sanders, editors. Routledge**,** an imprint of Taylor and Francis. Forthcoming 2020.

"Labor and Human Resources in the Freight Industry." In *Intermodal Transportation: Moving Freight in a Global Economy*. Lester Hoel, Genevieve Giuliano, and Michael Meyer, editors. Publisher: Eno Transportation Foundation. May 2011.

"The Next Move: Metropolitan Regions and the Transformation of the Freight Transport and Distribution System." With Susan Christopherson. In *Urban and Regional Policy and Its Effects*, edited by Nancy Pindus, Howard Wial, and Harold Wolman. Brookings Institution Press. 2009.

7

"The Effects of Trucking Firm Financial Performance on Safety Outcomes." With Marta S. Rocha and Daniel A. Rodriguez. In *Transportation Labor Issues and Regulatory Reform*. James H. Peoples and Wayne K. Talley eds. Research in Transportation Economic Series. Rotterdam, The Netherlands: Elsevier Science Publishers, 2004, pp. 35-55.

"Trucking: Collective Bargaining Takes a Rocky Road." In *Collective Bargaining in the Private Sector*, edited by Paul F. Clark, John T. Delaney, and Ann C. Frost. Champaign, IL: Industrial Relations Research Association, 2002, pp. 311-342.

"Commentary on Railroad Deregulation and Union Labor Earnings." In *Regulatory Reform and Labor Markets*, edited by James Peoples. Norwell, MA: Kluwer Academic Publishers, 1997, pp. 155-182.

"Labor Market Regulation: Balancing the Benefits and Costs of Competition." With Dale Belman. In *Government Regulation of the Employment Relationship*, edited by Bruce Kaufman. Madison, Wisconsin: Industrial Relations Research Association, 1997, pp. 179-220.

"The Motor Carrier Industry: Truckers and Teamsters under Siege." In *Contemporary Collective Bargaining in the Private Sector*, edited by Paula B. Voos. Madison, Wisconsin: Industrial Relations Research Association, 1994, pp. 259-302.

Peer-Reviewed Journal Articles Published

"Safe Rates and Unpaid Labor: The Effect of Non-Driving Pay on Truck Driver Work Hours." With Takahiko Kudo. *Economic and Labour Relations Review*." In press. Expected publication December 2019.

"The association between truck driver compensation and safety performance." With Takahiko Kudo. <u>*Safety Science*</u> 120: 447-455. December 2019. https://www.sciencedirect.com/science/article/pii/S0925753519305065

"Returns to Compensation in Trucking: Does Safety Pay?" With Michael Faulkiner. *The Economic and Labour Relations Review*. 30(2): 262-284. Published OnlineFirst March 20, 2019. https://journals.sagepub.com/doi/10.1177/1035304619833859."Work-Stress Factors Associated with Truck Crashes: An Exploratory Analysis." *Economic and Labour Relations Review* 39(2), 262-284. June 2019.

"Why Do Long Distance Truck Drivers Work Extremely Long Hours?" With Stanley A. Sedo. *The Economic and Labour Relations Review, 29*(1), 59–79. 2018. doi:10.1177/1035304617728440

"Tolling and Economic Efficiency: Do the pecuniary benefits exceed the safety costs?" With Peter F. Swan. *Public Works Management & Policy*, 18(2), 167–84. 2013. Published online before print September 26, 2012. http://pwm.sagepub.com/content/early/2012/09/26/1087724X12461143.abstract

"Environmental determinants of obesity-associated morbidity risks for truckers." *International Journal of Workplace Health Management.* With Yorghos Apostolopoulos, Sevil Sönmez, and Mona M Shattell. 5(2), 120 - 138, 2012.

8

"Supply Chain Security: Agency Theory and Port Drayage Drivers." With Peter F. Swan. *The Economic and Labour Relations Review* 22(1), 41-64. May 2011.

"Worksite-Induced Morbidities Among Truck Drivers in North America: A Comprehensive Literature Review." With Yorghos Apostolopoulos, Sevil Sönmez, and Mona M. Shattell. *American Association of Occupational Health Nurses [AAOHN] Journal*. 58(7), 285-96. 2010.

"Empirical Evidence of Toll Road Traffic Diversion and Implications for Highway Infrastructure Privatization." With Peter F. Swan. *Public Works Management & Policy* 14(4), 351-73. April 2010.

"Pay Incentives and Truck Driver Safety: A Case Study." With Daniel A. Rodriguez and Felipe Targa. *Industrial and Labor Relations Review*, 59(2), 205-225. January 2006.

"Effects of Truck Driver Wages and Working Conditions on Highway Safety: Case Study." With Daniel Rodríguez, Marta Rocha, and Asad J. Khattak. *Transportation Research Record: Journal of the Transportation Research Board*, no. 1833 (Freight Policy, Economics, and Logistics; Truck Transportation), 2003, pp. 95-102.

"The Case for Strengthened Motor Carrier Hours of Service Regulations." With Gregory M. Saltzman. *Transportation Journal*, 41(4), 51-71. Summer 2002.

"Technological Innovation and the Trucking Industry: Information Revolution and the Effect on the Work Process." *Journal of Labor Research*, 23(3); 375-396. Summer 2002.

"Government Oversight and Union Democracy: Lessons from the Teamsters Experience." With Richard Hurd. *Journal of Labor Research* 20(3), 343-365. Summer 1999

"Collective Bargaining in the Trucking Industry: Do the Teamsters Still Count?" *Industrial and Labor Relations Review* 48(4), 636-655. July 1995.

Articles Published in Non-refereed Journals

"Truck drivers are overtired, overworked and underpaid." *The Conversation*. July 25, 2018. https://theconversation.com/truck-drivers-are-overtired-overworked-and-underpaid-100218.

"Truck Driver Security Issues: The New World of Secure Surface Transportation." *Perspectives on Work: The Magazine of the IRRA*, Vol. 6, No. 1; June 2002, pp. 13-15.

"Life on the Road Captured in Accurate Surveys." Alexandria, VA: *Transport Topics*. October 22, 2001, page 9.

"Truckers' Travails: Deciphering a Decade of Decline." Somerville, MA: *Dollars & Sense*, No. 201; September/October 1995, pp. 20-23.

"Should LIRR Come Under Anti-Strike Law?" Melville, NY: *Newsday.* Sunday, June 19, 1994, page 35.

"Keep Courts Out of Labor Fights." *Journal of Commerce.* Thursday, February 24, 1994.

"An American Version of Co-Determination." *Dialogues* 1:2. Madison, Wisconsin: Industrial Relations Research Association; November 1993, pp. 1-2.

9

Papers Published in Conference Proceedings

"Neoliberalism and Competitive Economic Pressure: The Effects on Safety" (Keynote 1; 165-179). *Neoliberalism's Threat to Safety and Transport Workers' Response – An International Symposium*. October 28, 2015.

"Industrial Relations Experiments in China: Balancing Equity and Efficiency the Chinese Way." With PAN Shih-Wei 潘世偉, and YU Nan 于楠. *2008 Industry Studies Conference* 1, no. 5 (2008) (http://papers.ssrn.com/sol3/Delivery.cfm/SSRN_ID1135082_code880384.pdf?abstractid=1135082&mirid=2).

"Empirical Evidence of Toll Road Traffic Diversion and Implications for Highway Infrastructure Privatization." With Peter F. Swan, The Pennsylvania State University–Harrisburg. *Proceedings of the Transportation Research Board Annual Meeting*, January 2008.

"Sweatshops on Wheels: The Labor Relations Crisis in American Trucking." Presented at conference entitled "Industrial Relations and International Labor Standards under Globalization" at Renmin University, Beijing, China. April 1-2, 2006.

"Pay Incentives and Truck Driver Safety: Case Study." With Daniel A. Rodriguez and Felipe Targa. Abstract published in *Compendium of Papers* CD-ROM of the *82nd Annual Meeting of the Transportation Research Board*, January 12-16, 2003, Washington, DC.

"Effects of Truck Driver Wages and Working Conditions on Highway Safety: Case Study." With Daniel Rodríguez, Marta Rocha, and Asad J. Khattak. Abstract published in *Compendium of Papers CD-ROM of the 82nd Annual Meeting of the Transportation Research Board*, January 12-16, 2003, Washington, DC.

"Discussion" of papers presented in "Labor Studies/Labor Unions, Collective Bargaining, Dispute Resolution and Labor and Employment Law Refereed Papers Symposium". *Proceedings of the 54th Annual Meeting of the Industrial Relations Research Association,* January 2-5 2003, Washington, DC. Champaign, IL: Industrial Relations Research Association, 2003, pp. 294-295.

"Worker Representation in the Truckload Sector: What Do Truckers Want?" *Proceedings of the 53rd Annual Meeting of the Industrial Relations Research Association,* January 5-7 2001, New Orleans, Louisiana. Champaign, IL: Industrial Relations Research Association, 2001, pp. 133-143.

"Discussion" of papers presented in "Labor Markets and Economics, and International Refereed Papers" session. *Proceedings of the 53rd Annual Meeting of the Industrial Relations Research Association,* January 5-7 2001, New Orleans, Louisiana. Champaign, IL: Industrial Relations Research Association, 2001, pp. 336-338.

"Deregulation and Decentralization: The Impact on Employment Relations." *Proceedings of the Twenty First Century Labor Studies International Academic Conference*," Chinese Culture University. Taipei, Taiwan. October 12-13, 2000, pp. 1-45.

10

"Labor Law Reform: Taking a Lesson from the Trucking Industry." *Proceedings of the Forty-Seventh Annual Meeting of the Industrial Relations Research Association*. Washington, DC. January 6-8, 1995. Madison, Wisconsin: Industrial Relations Research Association, 1995; pp. 403-413.

"Collective Bargaining in the Trucking Industry: The Effects of Institutional and Economic Restructuring." Abstract in *Proceedings of the 45th Annual Meeting of the Industrial Relations Research Association*. Anaheim, California. January 5-7, 1993. Madison, Wisconsin: Industrial Relations Research Association, 1993; pp. 539-540.

"Discussion" on "Strategic Diversity in Union Political Action: Implications for the 1992 Elections," by Richard W. Hurd and Jeffrey E. Sohl. *Proceedings of the 44th Annual Meeting of the Industrial Relations Research Association*. New Orleans, LA. January 3-5, 1992. Madison: Industrial Relations Research Association, 1992; pp. 314-316.

Book Reviews Published

Learning from Saturn: A look at the boldest experiment in corporate governance and employee relations, by Saul A. Rubinstein and Thomas A. Kochan. Ithaca, NY: Cornell University Press. 2001. Industrial and Labor Relations Review, Fall 2004.

Reforming the Chicago Teamsters: The Story of Local 705, by Robert Bruno. Dekalb, IL: Northern Illinois University Press. 2003. Industrial and Labor Relations Review, Fall 2004.

*Strategic Negotiations: A Theory of Change in Labor-Management Relations*, by Richard E. Walton, Joel E. Cutcher-Gershenfeld, and Robert B. McKersie. Boston: Harvard Business School Press, 1994. *Industrial and Labor Relations Review*, Vol. 50, No. 3; April 1997, pp. 511-512.

*Pedal to the Metal: The Work Lives of Truckers*, by Lawrence J. Ouellet. Philadelphia: Temple University Press, 1994. *Industrial and Labor Relations Review*, Vol. 49, No. 4; July 1996, pp. 751-752.

*Collision: How the Rank and File Took Back the Teamsters*, by Kenneth C. Crowe. New York: Charles Scribners' Sons, 1993. *Industrial and Labor Relations Review*, Vol. 48, No. 4; July 1995, pp. 870-873.

*Road Transport Before the Railways: Russell's London Flying Waggons*, by Dorian Gerhold. Cambridge: Cambridge University Press, 1993. *Industrial and Labor Relations Review*, Vol. 48, No. 1, October 1994; pp. 187-188.

*Hoffa*, by Arthur A. Sloane. Cambridge, MA: The MIT Press, 1991. *Leadership Quarterly*, Vol. 5. No. 1; 1994, pp. 85-88.

Just the Working Life: Opposition and Accommodation in Daily Industrial Life, by Marc Lendler. Armonk, N.Y.: M. E. Sharpe, 1990. Industrial and Labor Relations Review, Vol. 45, No. 2; January 1992, pg. 380.

Conference and Meeting Papers, Presentations, and Lectures

11

"The Economics of Long Work Hours." Keynote for *Twenty-Fourth International Symposium on Shiftwork & Working Time*. September 11, 2019. Coeur d'Alene, Idaho. Short version of this Keynote presented to NIOSH: Working Hours, Sleep & Fatigue: Meeting the Needs of American Workers & Employers – TWU Sector Council. Coeur d'Alene, Idaho. September 14, 2019

"Truck drivers are overtired, overworked and underpaid." Labor@Wayne and Economics Department Luncheon Seminar. January 25, 2019.

"Truck drivers are overtired, overworked and underpaid." Truck and Bus Safety Committee and Trucking Industry Research Committee, Transportation Research Board Annual Meeting, January 16, 2019; and Michigan Motor Carrier Advisory Board. Michigan State Police Headquarters, Lansing, MI November 15, 2018.

"Why Do Long Distance Truck Drivers Work Extremely Long Hours? They do it for the money." *Moving America Forward: Next Generation of Truck Freight Transport Summit*. Mobility21 Center at the Engineering School of the University of Pennsylvania, Philadelphia. October 24-25, 2018.

"Trucking impact on US economy/driver demand." Virginia Tech Transportation Institute and National Science Foundation Workshop: *Impact of Autonomous Trucks on the US Economy*. June 28/29, 2018. NSF Headquarters in Arlington, VA.

"Australian Safe Rates Campaign: History, Research, Action." Amalgamated Transit Union U.S. Legislative Conference. Silver Spring, MD. June 5, 2018.

"Autonomous Trucks: Effects on Trucking Industry Structure, Environment, Hours of Service, Employment, Economics." Presented to the Freight Transportation Economics and Regulation Committee at the Annual Meeting of the Transportation Research Board. Washington, DC. January 9, 2018.

"Why Do Long Distance Truck Drivers Work Extremely Long Hours?" Presented to Truck and Bus Safety Committee and Trucking Industry Research Committee, Transportation Research Board Annual Meeting. Washington, DC. January 8-9, 2018.

"Work-Stress Factors Associated with Truck Crashes." Presented to the Alternative Compliance Subcommittee of the Truck and Bus Safety Committee at the Annual Meeting of the Transportation Research Board. Washington, DC. January 8, 2018.

"Truck Drivers and Agricultural Freight Movement:  Food Loss in Transit." Conference: Farm-to-Retail Food Loss in Produce: An Exploratory Discussion of the Causes and Economic Drivers of Change, hosted by the Economic Research Service  US Department of Agriculture. Washington, DC. December 12, 2017.

"North America's Low-Cost Inland Freight Corridor." Detroit Chinese Business Association US China Auto Expo Forum 2017, Dearborn, MI. November 8, 2017.

"Michigan Inland Port and Freight Corridor." Detroit Economic Growth Corporation and Detroit Land Bank. Detroit, MI. September 26, 2017.

12

"Intermodal Freight Transport:  Challenges and Opportunities." Norfolk Southern Railroad's *11th Annual Drayage Summit*; Chicago, IL. June 21–22, 2017.

Presentation on trends in logistics and labor relations at the *Logistics Convening* meeting of the Labor Research & Action Network conference, held at the International Brotherhood of Teamsters Headquarters in Washington, DC. June 7, 2017.

"Michigan Inland Port and Freight Corridor." Kiwanis Club of East Lansing, MI. April 17, 2017.

"Truck Driver Compensation: How Compensation Variables Determine Motor Carrier Crash Rates." Transportation Research Board 2016 Annual Meeting Session 856: Rates and Regulation: Policy Implications of the Economic Approach to CMV Safety. January 11, 2017

"Economic and Regulatory Tools to Achieve Decent Work in the Global Supply Chain." International Transport Workers' Federation Road Transport Workers' Section Conference, Brussels, 8 December 2016.

"Economic Competition, Commercial Motor Vehicle Safety, and Driver Health." National Institute for Occupational Safety and Health—National Occupational Research Agenda, Transport, Warehouse, and Utilities Council Sector Meeting. May 24, 2016; Transportation Research Board 95th Annual Meeting. Workshop 196: Convention Center Room 144B. January 10, 2016

"Great Lakes Global Freight Gateway: Michigan Inland Port and Freight Corridor." Detroit Association of Business Economists. Detroit Branch of the Federal Reserve Bank of Chicago, Detroit, November 12, 2015.

"Neoliberalism and competitive economic pressure: The effects on safety." Keynote Address to *International Symposium on Public Safety in the Transport Sector*. October 27, 2015. Republic of Korea National Assembly Building. Seoul, South Korea.

"The Economics of Safety and Health: Motor Carrier Safety & Truck Driver Safety & Health." *International Symposium on Public Safety in the Transport Sector*. October 27, 2015. Republic of Korea National Assembly Building. Seoul, South Korea.

"Sweatshops on Wheels: Trucking Industry Deregulation and Low-Road Competition." Session: Commercial Vehicles History and Development. Society of Automotive Engineers, *2015 Commercial Vehicle Engineering Congress*, Rosemont, IL, October 7, 2015.

"Safe Rates: Developing a Global Agenda on Truck Driver Safety & Health." National Institute for Occupational Safety and Health—National Occupational Research Agenda, Transport, Warehouse, and Utilities Council Sector Meeting. NIOSH Headquarters, Washington, DC. July 7, 2015.

"The Economics of Safety and Health: Motor Carrier Safety & Truck Driver Safety & Health." ZhongNan University of Economics and Law. Wuhan, China. June 26, 2014.

13

"The Economics of Safety and Health: Motor Carrier Safety & Truck Driver Safety & Health." Second Meeting of the Panel on Research Methodologies and Statistical Approaches to Understanding Driver Fatigue Factors in Motor Carrier Safety and Driver Health. Keck Center of the National Academies, Washington, DC. May 28, 2014.

"Industrial relations experiments in China: Balancing equity and efficiency the Chinese way." School of Public Administration, ZhongNan University of Economics and Law. May 2015. Wuhan, China.

"Michigan Inland Port and Freight Corridor." Panel session: "The Future of Rail". *Michigan Association of Counties Legislative Conference*, Lansing, March 25, 2014.

"Port Labor Representation in Perspective." *Journal of Commerce* annual *Trans-Pacific Maritime Conference*. Long Beach, CA. March 4, 2014.

"Michigan Inland Port and Freight Corridor." *Atlantic Provinces Transportation Forum*. Halifax, Nova Scotia, CA. June 12, 2013; Transportation Club of Toledo. Toledo, OH. May 7, 2013.

"Truck Crashes and Work-Related Factors Associated with Drivers and Motor Carriers." National Institute for Occupational Safety and Health, Transportation, Warehouse, and Utilities Sector Council. Washington, DC. February 12, 2013.

"Michigan Inland Port and Freight Corridor." Wayne County Economic Development and Growth Engine. Detroit, MI. December 5, 2012; Port of Monroe Executive Team. Monroe, MI. December 3, 2012; Oakland University Economics Department. November 9, 2012; *Hotelling Memorial Lecture*, Lawrence Technological University. October 24, 2012 (https://youtu.be/1qe9JjH0iXw).

"Great Lakes Global Freight Gateway." Detroit Works. August 2, 2012.

"The Effects of Economic Forces on Motor Carrier Safety: Australian Regulatory Change." Transportation Research Board of the National Academies. January 25, 2012.

"Economic Forces in Motor Carrier Safety: Regulatory Change in Australia." Transportation Research Board of the National Academies. January 24, 2012.

"The Detroit Inland Port, Freight Corridors, and Michigan Freight Gateway." State Dept Foreign Press Center, Reporting tour of foreign journalists. Wayne State University, Detroit; January 10, 2012.

"The Effects of Economic Forces on Motor Carrier Safety: Labor economics and fatigue." Amalgamated Transit Union, AFL-CIO/CLC International Headquarters, Washington DC. Presidents' meeting. December 19, 2011.

"The Effects of Economic Forces on Motorcoach Bus Safety." Amalgamated Transit Union, AFL-CIO/CLC International Headquarters, Washington DC. Presidents' meeting. December 19, 2011.

"The Economics of Safety: How Compensation Affects Commercial Motor Vehicle Driver Safety." *International Transport Workers Federation Health & Safety Conference*. San Francisco, California, December 12, 2011.

14

"The Effects of Economic Forces on Motor Carrier Safety: Labor economics and fatigue." *Fatigue in Transit Operations Conference*. Transportation Research Board. Washington, DC. October 12, 2011.

"The Michigan Inland Port and Freight Corridor." West Michigan Policy Forum. Michigan: The logistics hub of the Mid-west. Grand Traverse Resort | Traverse City, MI; October 3 2011.

"The Detroit Inland Port and Halifax Freight Corridor." Detroit Revitalization Fellows Program. Wayne State University, Detroit; August 17, 2011.

"The Effects of Economic Forces on Motor Carrier Safety." *Michigan Safety Conference*, Lansing, MI. April 20, 2011.

"Transforming Michigan into a Global Freight Gateway: The Detroit Inland Port." Engineering Society of Detroit; Southfield. March 9, 2011.

"Transportation: Next Steps." Dalhousie University–Michigan State University conference. Halifax, June 20, 2011.

An Economist's Perspective on "The Sustainable Transportation Supply Chain." "Developing Global Sustainability: U.S./China Partnerships" Conference. University of Michigan. May 21, 2011.

"Drivers of Freight Policy and Practices That Create Conflicts." Transportation Research Board Annual Meeting Event 496: Freight's Contribution to Liveability and Economic Development, Part 2: Policy and Planning for Meeting Challenges of Sustainability and Economic Development in the U.S. Freight Transportation System. Washington, DC. January 25, 2011.

"Transforming Michigan Into A Global Freight Gateway: Making Detroit a Premier Midwest Inland Port." Doing Things Differently in Detroit. Detroit. October 6, 2010; Detroit Strategic Framework Team. Wayne State University, Detroit. September 13, 2010; Rick Snyder for Michigan Team. Ann Arbor. August 30, 2010.

"Economic Development and Governance in Detroit." Detroit Charter Revision Commission. Mayflower Church. July 27, 2010.

"Trucking Perspective on Congestion Pricing." Transportation Research Board Joint Summer Meeting. Minneapolis. Congestion Pricing Workshop: Lessons Learned. July 14 2010.

"Transforming Michigan into a Global Freight Gateway." In "Understanding the Contributions of Freight Corridors" associated with Multimodal Freight and Waterways. Transportation Research Board Joint Summer Meeting. July 12, 2010. Minneapolis, MN.

"Empirical Evidence of Toll Road Traffic Diversion and Implications for Highway Infrastructure Privatization." Transportation Research Board Joint Summer Meeting. Minneapolis. July 13, 2010. In "Beyond the Fuel Tax: Trucking & the Politics and Research of Highway Funding." With Peter F. Swan.

15

"Transforming Michigan into a Global Freight Gateway: Detroit to the World Via Montreal and Halifax." Presentation to Wayne County Executive Robert Ficano and Wayne County economic development staff. Guardian Building. Detroit, MI. June 14, 2010; Congressman John Conyers' Town Hall Meeting. "State of the Economy: A Discussion About Job Creation and Foreclosure Relief." University of Detroit-Mercy. Detroit, MI. June 5, 2010.

"Economic Forces and Motor Carrier Safety: Pay and Work Pressure." Transport Workers' Union Federal Council. Canberra, Australia. May 7, 2010 (via Skype).

"Transforming Michigan Into a Global Freight Gateway: Detroit to the World Via Montreal and Halifax." Webinar hosted by Michigan State University Land Policy Institute. Wayne State University. April 29, 2010; FOCIS Conference: *The Michigan Economy: Will it Get Better? Can it Get Worse?* Wayne State University. April 6, 2010.
https://focis.wayne.edu/rivlin/conference-description

"The Effects of Economic Forces on Motorcoach Bus Safety." Transportation Research Board Annual Meeting, Organizing Subcommittee on Bus and Motorcoach Safety. Washington, DC. Jan 12, 2010. Washington.

"The Effects of Economic Forces on Motor Carrier Safety." Transportation Research Board Annual Meeting Session 273: "Economics of Transportation Safety: Market Failures and Regulatory Solutions." January 11, 2010. Washington; Motor Carrier Safety Advisory Committee of the Federal Motor Carrier Safety Administration, U.S. Department of Transportation. Washington, DC: December 7, 2009.

"Transforming Michigan into a Global Freight Gateway: Michigan to Halifax to the World." Wayne State University Economics Department Seminar. December 3, 2009.

"Intermodal Freight Expansion in the Motor City: Linking Michigan and Atlantic Canada." Co-authored with Marc Howlett (presenter). National Urban Freight Conference. Long Beach, CA. October 24, 2009.

"Transforming Michigan into a Global Freight Gateway: Michigan to Halifax to the World." Working Paper 2. Atlantic Gateway Initiative Conference *Seizing the Initiative*. World Trade & Convention Centre in Halifax. October 19, 2009. With Marc Howlett. Halifax, Nova Scotia, Canada.

"Economic Forces and Motor Carrier Safety: Pay and Work Pressure." *SafeRates Summit*. Sydney, NSW, Australia. July 29, 2009.

"Benefit/Cost Analysis: Using Economics to Support Occupational Safety and Health." *NIOSH Science Seminar*. Centers for Disease Control and Prevention, National Institute for Occupational Safety and Health. Cincinnati, OH (broadcast also to Denver, Morgantown, and Washington DC audiences). June 4, 2009.

"Strategic Location and Economic Development: Detroit-Windsor as a Global Freight Hub." Presented at *Hub '09 International Multimodal Conference*, hosted by WindsorEssex Development Commission. Caesars—Windsor. May 6, 2009.

16

"The Effects of Economic Forces on Motor Carrier Safety: Labor economics and fatigue." Presented at the *International Conference on Fatigue Management in Transport Operations*. Boston, MA. March 25, 2009.

"Cross Border Cooperation and Economic Development: Detroit-Windsor as Global Freight Hub." *19th Wayne-Windsor Canadian Studies Symposium*. "Cross-Border Transportation at the Detroit River: Trade, Security and US-Canada Cooperation." University of Windsor, Windsor, Ontario. February 27, 2009.

"Impact of regulation and deregulation, industry structure, pay structure, and hiring practices on road safety." I*nternational Conference on Road Safety at Work*. Sponsored by National Institute for Occupational Safety and Health and World Health Organization. Washington, DC. February 17, 2009.

"The Detroit Inland Port and Halifax Freight Corridor." *Atlantic Gateway Initiative Summer Institute*, Centre for International Trade and Transportation (CITT) at Dalhousie University. Halifax, Nova Scotia. August 29, 2008.

"If you build it, will they come?" With Rob Harrison. *Atlantic Gateway Initiative Summer Institute*, Centre for International Trade and Transportation (CITT) at Dalhousie University. Halifax, Nova Scotia. August 29, 2008.

"Private Interest and Public Purpose of PPPs: What are we trying to accomplish?" In Private Ownership of Critical Infrastructure: What are the benefits and the pitfalls? Transportation Research Board Summer Meeting. Baltimore, MD, June 17, 2008.

"The Trucking Industry: What put us on the low road? How do we restore good jobs?" In High-Road Competitive and Employment Strategies: Pathways to the American Dream across U.S. Industries. *14th Annual Labor-Management Conference*, Labor and Employment Relations Association Track. Washington, DC, June 10, 2008.

"Environmental Economics: Using Market Efficiency to Create Equity in Developing a Course of Action for Ameliorating Air Emissions Associated with the Import Supply Chain." Transportation Research Board Annual Meeting, Session 157. January 13, 2008, Washington, DC.

"Freight Transportation and Economic Development: Who Pays? Who Profits?" With Susan Christopherson. Jointly presented at workshop *Urban and Regional Policies and Its Effects* at the Urban Institute, and cosponsored by Brookings Institution and George Washington University Institute of Public Policy and Trachtenberg School of Public Policy and Public Administration in Washington, DC. June 6, 2008.

"Environmental Economics: Using Market Efficiency to Create Equity in Developing a Course of Action for Ameliorating Air Emissions Associated with the Import Supply Chain." Transportation Research Board Annual Meeting, Session 157. January 13, 2008, Washington, DC.

"Chinese Industrial Relations: What it means for American labor." 32nd Annual Teamsters for a Democratic Union Rank & File Convention. November 3, 2007. Chicago, IL.

17

"NAFTA: The implications of opening the border to Mexican trucking operations." 32nd Annual Teamsters for a Democratic Union Rank & File Convention. Chicago, IL. November 3, 2007.

"Economic Issues in Border Security: The Perspective of Private Sector Trucking." *Homeland Security and Canada-U.S. Border Trade: Implications for Public Policy and Business Strategy*. Windsor, Ontario Canada October 26, 2007.

"Full International Truck Operations across the Mexican Border: Impacts on Drivers and Motor Carriers." Tennessee Employment Relations Research Association, 10th Annual Conference. 19 October 2007. Tullahoma, Tennessee.

"The Trucking Industry: Can we create a high road in the face of destructive competition?" Tennessee Employment Relations Research Association, 10th Annual Conference. 19 October 2007. Tullahoma, Tennessee.

"China's New Labor Contract Law: What it means for global business & labor." Tennessee Employment Relations Research Association, 10th Annual Conference. 18 October 2007. Tullahoma, Tennessee.

"China's New Labor Contract Law: What it means for global business & labor." Detroit Area Labor and Employment Relations Association (LERA). 4 October 2007. Southfield, MI.

"Trucking Occupational Health and Safety: Balancing Equity for Truck Drivers and Other Highway Users with Efficiency and Growth." World Health Organization Working Group on Motor Vehicle Injury Prevention and Control in South Asia. New Delhi, India. August 30, 2007.

"Empirical Evidence of Toll Road Traffic Diversion and Implications for Highway Infrastructure Privatization." With Peter F. Swan. Transportation Research Board Trucking Industry Research Committee. Chicago, IL. July 9, 2007.

"China's New Labor Contract Law:   What it may mean for global business and labor." Committee on Trucking Industry Research. Transportation Research Board Summer Meeting. Chicago, IL. July 9, 2007.

"The Trucking Industry: Can we create a high road in the face of destructive competition?" *Labor and Employment Relations Association National Policy Forum*. Hotel Washington, Washington, DC. June 15, 2007.

Lecture Series on Industrial Relations. Jilin University Business School, Department of Human Resources. Changchun, Jilin Province, People's Republic of China. Weekly or biweekly, March and April, 2007.

"Port Driver Employment: The Weak Link in the Freight Security Chain." 2007 Annual Meeting of the Transportation Research Board. Washington, DC. January 24, 2007.

"An Emerging Transformation of the Chinese Industrial Relations System? A Case Study of a Large State-Owned Auto Company." With Pan Shih-wei. Annual Meeting of the Labor and Employment Relations Association and at the Automobile Industry Council of the LERA. Chicago, IL, January 4-7, 2007.

18

"Globalization and Industrial Relations: The Challenge to Labor Standards." National Chung Cheng University. Chaiyi, Taiwan November 10, 2006.

"Efficiency, Equity, and Voice: Ethics and the Employment Relationship." College of Commerce. National Chengchi University. Taipei, Taiwan November 9, 2006. Institute of Labour Science Studies, Chinese Culture University, Taipei City, Taiwan November 8, 2006.

"Globalization and Industrial Relations: The Challenge to Labor Standards." Department of Public Administration, International Master's Program in Taiwan Studies, College of Social Sciences, National Cheng Chi University. Taipei, Taiwan November 6, 2006.

"Liberalization and the Affects on Health and Safety." Institute of Labour Studies, National Chengchi University. Taipei, Taiwan November 2, 2006.

"Foundations of Industrial Relations: Globalization, Industrial Relations, and Labor Standards." Institute of Labour Studies, National Chengchi University. Taipei, Taiwan November 1, 2006.

"Globalization and Industrial Relations: The Cube Root of Labor Standards. Institute of European and American Studies, Academia Sinica, Taipei, Taiwan November 1, 2006.

"The Institutions of the Employment Relationship and Determinants of Industrial Relations Outcomes." Institute of Labour Studies, National Chengchi University. Taipei, Taiwan October 26, 2006.

"What Do Unions Do? What Should Unions Do?" Institute of Labour Studies, National Chengchi University. Taipei, Taiwan October 26, 2006.

"Inequality and the Ethics of the Employment Relationship," Institute of Labour Studies, National Chengchi University. Taipei, Taiwan October 19, 2006.

"The History of the 'Labor Problem' in Industrial Societies, with Emphasis on the U.S." Institute of Labour Studies, National Chengchi University. Taipei, Taiwan October 12, 2006.

"Foundations of Industrial Relations: The Theory of Industrial Relations." Institute of Labor Studies, National Chengchi University. Taipei, Taiwan October 5, 2006.

"Efficiency, Equity, and Voice: Ethics and the Employment Relationship." Department Business Administration, School of Management, National Central University. Jhongli City, Taoyuan County, Taiwan September 29, 2006.

"The Evolution of Labor Law in the United States: A Comparative Perspective." Department Labor Law, Law School, Jilin University. Changchun, Jilin Province, P.R.C. August 28, 2006.

"Industry Studies: The Gateway to Industrial Relations Research in Market Economies." Department of Human Resources, Business School, Jilin University. Changchun, Jilin Province, P.R.C. August 24, 2006.

19

"The Roots of Globalization and International Trade." Presentation to officers and members of United Auto Workers Local 889. Detroit, MI. August 2, 2006.

"Deregulation, Contingent Pay, and Subcontracting: Safety and Health in the U.S. Trucking Industry." Presented at "Research on Workplace Health and Safety: From the Core to the Margins." Memorial University of Newfoundland, St. John's, Newfoundland and Labrador, Canada. June 9, 2006.

"Effects on Professional Practice: Highway transportation." Public Forum on OMB's Proposed Risk Assessment Bulletin: Implications for Practice Inside and Outside Government. A workshop sponsored by: Society for Risk Analysis, Society of Environmental Toxicology and Chemistry in North America, Society of Toxicology, and International Society of Regulatory Toxicology and Pharmacology. Washington, DC: May 23-24, 2006.

"Sweatshops on Wheels: The Labor Relations Crisis in American Trucking." *International Symposium on Labor Relations and Labor Standards under Globalization*. School of Labor and Human Resources of Renmin University. Beijing, P.R.C. April 2, 2006.

"The Market for Trucking Services: Efficient Market or Risk Shifting?" In Session 701: "Who's Left Holding the Bag? Cost Pass-throughs in Trucking." Presented at 85th Annual Meeting of the Transportation Research Board. Washington, DC: January 25, 2006.

"Impact of Pricing on Congestion Management." In Session 212: Freight Systems Capacity Issues, Part 1: Impact of Pricing on Congestion Management. Presented at 85th Annual Meeting of the Transportation Research Board. Washington, DC: January 23, 2006.

"Workforce Choices: Pennsylvania Logistics & Transportation." Keynote presentation to Pennsylvania Workforce Investment Board, Logistics and Transportation Regional Industry Partnership meeting. October 11, 2005. Carlisle, PA.

Seminar on Industrial Relations Teaching and Research Theory and Practice. Department of Labour and Human Resource Management, People's (*Renmin*) University. Beijing, China. September 9, 2005.

"The Introduction of Free Market Competition: My Experience as a Truck Driver and Teamster." Lecture to incoming undergraduate students at the Chinese Institute of Industrial Relations, Beijing. September 8, 2005.

"Sweatshops on Wheels: The Labor Relations Crisis in American Trucking." Chinese Institute of Industrial Relations. Beijing. September 8, 2005.

"Efficiency, Equity, and Voice: How Good Labor Relations Promotes Political Stability and Prosperity." School of Labour Economics, Capital University of Economics and Business. September 7, 2005; Chinese Institute of Industrial Relations. Beijing. September 5, 2005.

"Comments on proposed Chinese labor law." Seminar on Labor Contract Law, National Committee on U.S.-China Relations. University of Michigan: Ann Arbor. July 13, 2005.

"China Trade: The Economic Impact." China Workshop. Worcester Polytechnic Institute. Sponsored by Sloan Foundation and Sloan Industry Studies Network. Worcester, MA. June 16, 2005.

20

"Efficiency, Equity, and Voice: Labor Relations, Political Stability, and Development." China Workshop. Sponsored by Sloan Foundation and Sloan Industry Studies Network. Worcester Polytechnic Institute. Worcester, MA. June 16, 2005.

"Commercial Motor Vehicle Driver Health and Wellness: The Crystal Ball." Transportation Research Board Conference on Future Directions for Truck and Bus Safety Research, Washington, DC. March 23 and 24, 2005.

"Sweatshops on Wheels: Winners and Losers in Trucking Deregulation." Teamsters Local 728 General Membership Meeting, Atlanta, GA. February 12, 2005.

"Trends in Global Logistics: United Parcel Service as a Freight Transportation Company." Teamsters Local 728 United Parcel Service Meeting, Atlanta, GA. February 12, 2005.

"Sweatshops on Wheels: Trucking Deregulation and Freight." Teamsters Local 728 Freight Meeting, Atlanta, GA. February 12, 2005.

"CMV Safety and Health: An Economic Approach." Transportation Research Board Session 458: "Health and Safety Effects of Intense Competition on Transport Workers." 84th Annual Meeting of the Transportation Research Board, Washington, DC. January 11, 2005.

"Revised Hours-of-Service Regulations: What Effect Have They Had on Motor Carriers and Drivers?" Transportation Research Board Session 300: Truck Drivers' Hours of Service One Year Later. 84th Annual Meeting of the Transportation Research Board, Washington, DC. January 10, 2005.

"The Economics of Illness and Injury: Commercial Motor Vehicle Drivers." Transportation Research Board Human Factors Workshop Session 134: Maximizing Safety, Efficiency, and Quality of Life: Linking Work and Off-Work Conditions for Transportation Workers through Application of Human Behavioral Science. 84th Annual Meeting of the Transportation Research Board, Washington, DC. January 9, 2005.

"Illness and Injury: The Focus on Commercial Motor Vehicle Drivers." 57th Annual Meeting of the Labor and Employment Relations Association. Collective Bargaining Section Workshop, Philadelphia, PA. January 6, 2005.

"California Trucking Associations Safety Best Practices: A Partnership with the Trucking Industry Benchmarking Program." In Innovations in Motor Carrier Safety Management Part I: Efforts at Self-Regulation (Session 614) at the 83rd Annual Meeting of the Transportation Research Board, Washington, DC. January 14, 2004.

"The Economic Impact of Adequate Border-Crossing Infrastructure." Chass Clinic. Detroit, MI. December 16, 2004.

"Owner Operator Cost of Operations Survey." OOIDA Foundation Board. Grain Valley, MO. November 10, 2004.

"Occupational Analysis: Logistics and Transportation." With Stanley Sedo and Peter Swan. Occupations and Workforce Needs in Targeted Industry Clusters Workshop, sponsored by the Pennsylvania Department of Labor and Industry, the Center for Workforce Information and Analysis, and the Keystone Research Center. Harrisburg, PA; October 29, 2004.

21

"Illness and Injury: The Focus on Commercial Motor Vehicle Drivers." Steps to a Healthier US Workforce Symposium, Washington DC. Sponsored by the National Institute for Occupational Safety and Health. October 27, 2004

"Current Issues in Freight." Teamsters for a Democratic Union Annual Meeting. Cleveland, OH; October 21, 2004.

"Rail and Intermodal Issues." Teamsters for a Democratic Union Annual Meeting. Cleveland, OH; October 21, 2004.

"Trucking Industry Benchmarking Program: Partners in Safety." International Truck Show. Anaheim, CA. September 22, 2004.

"Trucking Industry Benchmarking Program: Partnerships in the Development of Safety Best Practices." National Policy Foundation. Taipei, Taiwan. July 6, 2004.

"Owner Operator Cost of Operations Survey: First Results." Owner Operator Independent Drivers Association Board Meeting. Grain Valley, MO. May 13, 2004.

"Wage Strategies, Firm Survival, and Turnover in the Trucking Industry." With co-authors Stanley A. Sedo, Julia Lane, and Kristin Sandusky. "New Evidence on Firms, Workers, and the Dynamics of Labor Markets." *56th Annual Meeting of the Industrial Relations Research Association*, San Diego, CA, January 3, 2004.

"The Effects of Work Hours and Sleep Deprivation on Truck Driver Occupational Safety and Health: A Conference Report." With Gregory M. Saltzman. 56th Annual Meeting of the Industrial Relations Research Association, San Diego, CA January 3, 2004.

"Owner Operator Cost of Operations Survey." Owner Operator Independent Drivers Association Board Meeting. Grain Valley, MO. November 14, 2003.

"The Jobs Tunnel: The Economic Impact of Adequate Border-Crossing Infrastructure." Urban Research Seminar. Wayne State University College of Urban, Labor, and Metropolitan Affairs. Detroit, MI. November 10, 2003.

"Trucking Industry Benchmarking Program–California Trucking Association ISO Safety Best Practices Survey." California Trucking Association Northern California Safety Symposium. Sacramento, CA. November 7, 2003; Anaheim, CA. October 24, 2003.

"The Jobs Tunnel: The Economic Impact of Adequate Border-Crossing Infrastructure." Booker T. Washington Business Association. Detroit, MI. November 4, 2003.

"United Parcel Service and General Freight." Teamsters for a Democratic Union Annual Convention. Detroit, MI. October 26 2003.

"The Status of the General Freight Industry." Teamsters for a Democratic Union Annual Convention. Detroit, MI. October 26, 2003.

"Global Logistics." Teamsters for a Democratic Union Annual Convention. Detroit, MI. October 25, 2003.

22

"Trucking Industry Deregulation: Workforce Effects." Commission for Labor Cooperation Secretariat, focus group studying workers' compensation. Washington, DC. March 21-22, 2003.

"Sweatshops and Safety: An Economic Analysis of Truck Driver Safety." The Pennsylvania State University, Department of Supply Chain and Information Systems, Smeal College of Business, and the Department of Labor Studies and Industrial Relations. State College, PA. February 3, 2003; Session on Perspectives on Truck and Bus Safety, Truck and Bus Safety Summit; Knoxville, TN, April 3, 2002; Michigan Section of the Institute of Transportation Engineers, Technical Section. Lansing, MI. March 21, 2002.

"Effects of Truck Driver Wages and Working Conditions on Highway Safety: Case Study." With Daniel A. Rodriguez, Marta Rocha, and Asad J. Khattak. Session: Economic Competition and Heavy Vehicle Safety. 2003 Annual Meeting of the Transportation Research Board, Washington, DC. January 13, 2003.

"Proposed Changes in Motor Carrier Hours of Service Regulations: An Assessment." With Gregory M. Saltzman. 55th Annual Meeting of the Industrial Relations Research Association, Washington, DC. January 5, 2003.

"Trucking Industry Deregulation: Workforce Effects." Sloan Industry Centers Annual Meeting. Cambridge, MA: December 5, 2002.

"Trucking Industry Deregulation: Effects on Drivers." Canadian Auto Workers Union National Conference." Toronto, December 7, 2002.

"Trucking Industry Benchmarking Program and Proposed Owner-Operator Cost-of-Operations Survey." Presentation to Owner Operator Independent Drivers Association Board Meeting. Kansas City, MO. October 11, 2002.

"Trucking Industry Benchmarking Program." Presentation to Advisory Board of the Trucking Industry Program and The Logistics Institute. Georgia Institute of Technology. Atlanta, GA: May 26, 2002; Board of Directors of the North American Transportation Research Association. Las Vegas, NV. March 22, 2002.

"Trucking Industry Program." Sloan Foundation/Longitudinal Employer Household Dynamics meeting. Washington, DC. April 19, 2002; Urban Institute: Washington, DC, April 18, 2002.

"Pay for Safety: An Economic Alternative for Truck Driver Safety." In Surface Freight Transportation Safety and Productivity: Mutual Coexistence? Transportation Research Board 81st Annual Meeting, Washington, DC. January 16, 2002.

"Trucking Industrial Relations in the 1990s: Driving Down a Rocky Road." 54th Annual Meeting of the Industrial Relations Research Association. Atlanta, GA: January 6, 2002.

"Hours of Service." North American Trucking Industrial Relations Association. St. Petersburg Beach, FL. November 12, 2001.

"Pay and Safety." Presentation to Executive Board of Owner Operator Independent Drivers Association. Grain Valley, MO: November 8, 2001.

23

"Safety and Productivity in Truck Transportation." Keynote address to *Manitoba Truck Safety Symposium*. University of Manitoba: Winnipeg, Manitoba, Canada. October 24, 2001.

"Estimating the Safety Effects of Truck Driver Compensation Levels: Pay Level and Pay Method." International Industrial Relations Association 6th European Congress. Oslo, Norway June 26, 2001.

"Sweatshops on Wheels: Winners and Losers in Trucking Deregulation." Doug Fraser Center for Workplace Studies. Wayne State University, Detroit, MI: April 4, 2001; Industrial Relations Research Association of Southeast Michigan. Wayne State University, Detroit, MI: February 1, 2001.

"Worker Representation in the Truckload Sector: What Do Truckers Want?" In Symposium: What Workers Want: Different Approaches to Employee Representation. 53rd Annual Meeting of the Industrial Relations Research Association. New Orleans, LA: January 5, 2001.

"Proposed DOT Hours of Service Regulations." North American Trucking Industrial Relations Association. St. Petersburg Beach, FL. November 13, 2000.

"Sweatshops on Wheels: Winners and Losers in Trucking Deregulation." Department of Industrial Relations, London School of Economics, London, United Kingdom. November 30, 2000; Pembroke College, Oxford University, Oxford, United Kingdom. November 28, 2000.

"Deregulation and Decentralization: The Impact on Employment Relations." Inaugural Graduate Colloquium of the Department of Sociology, Chung-Ang University, Seoul, Korea. October 18, 2000; *Conference of International Labor Studies in the 21st Century,* a conference in honor of the 35th Anniversary of the Department of Labour Relations and the Institute of Labour Studies, Chinese Culture University. Taipei, Taiwan, Republic of China. October 12-13, 2000.

"Sweatshops on Wheels: Winners and Losers in Trucking Deregulation." Keynote Speech to "Truck Driver Workload Public Consultation Forum." Canadians for Responsible and Safe Highways. Toronto, Ontario, Canada. September 28, 2000; Doctoral Seminar, Department of Civil Engineering, University of Texas College of Engineering. Austin, Texas, September 15, 2000; Department Seminar. Lyndon B. Johnson School of Public Policy. University of Texas. Austin, Texas, September 14, 2000.

"Sweatshops on Wheels: De-Regulation in the U.S. Trucking Industry." Department of Industrial Relations and Organizational Behaviour, University of New South Wales. Sydney, New South Wales, Australia. July 26, 2000.

24

"Sweatshops on Wheels: Winners and Losers in Trucking Deregulation." Monash University. Clayton, Victoria, Australia. July 24, 2000; Seminar presented to public at the Motor Accident Authority of New South Wales, July 28, 2000; Public Seminar for *Inquiry into Causes of Truck Accidents*, Motor Accident Authority of New South Wales. Sydney, Australia, July 27, 2000; Australian Industrial Relations Society, Victoria Chapter. Melbourne, Victoria, Australia. July 24, 2000; Keynote Speaker for Women in International Trade of Orange County. Newport Beach, California; June 16, 2000; Keynote Speaker for Foreign Trade Association of Southern California, the Harbor Transportation Club, and Steamship Association of Southern California. Long Beach, California; June 15, 2000; International Transport Workers Federation. London, United Kingdom. May 15, 2000; European Trade Union Institute. Brussels, Belgium. May 11, 2000; Deutsche Postgewerkschaft meeting developing European Works Council, Friedrich Ebert Stiftung Institute. Bonn, Germany. May 9, 2000; Wissenschaftszentrum Nordrhein-Westfalen, Institute Arbeit Und Technik. Gelsenkirchen, Germany. May 8, 2000; Wissenschaftszentrum Berlin, Organisation und Beschäftigung. Berlin, Germany. May 4, 2000.

"Labor Issues Affecting Trucking Industry Participation in Intermodal Freight." Global Intermodal Freight: State of Readiness for the 21st Century (Transportation Research Board National Conference). Long Beach, California February 26, 2000.

"Effect of a Wage Increase on Truck Driver Safety: Quantitative Case Study Using Individual-Level Data." With Daniel Rodriguez. In paper session "The Trucking Industry: Good Jobs and Bad Jobs, but All Hard Work". Annual Meeting of the Transportation Research Board. Washington; January 11, 2000.

"Social Cost of Hours of Service Changes: Preliminary Estimate." With Kristen Monaco and Stephen V. Burks. In paper session "The Trucking Industry: Good Jobs and Bad Jobs, but All Hard Work". Annual Meeting of the Transportation Research Board. Washington; January 11, 2000.

"Sweatshops on Wheels." In symposium "Wage Inequality & Labor Market Institutions." Annual Meeting of the Industrial Relations Research Association. Boston; January 7, 2000.

"Preliminary Evidence for the Relationship between Truck Driver Pay and Safety." With Stanley Sedo. International Industrial Relations Association Study Group #9: Pay Systems. Boston; January 6, 2000.

"Truck Driver Hours of Service Analysis." Presented to the North American Trucking Industrial Relations Annual Meeting. St. Petersburg Beach, Florida; November 8, 1999.

"LTL Trucking Industry Case Study." University of Michigan Trucking Industry Program Seminar; University of Michigan, Ann Arbor, November 3, 1999.

"Issues in Truck Driver Hours of Service Rules." Presentation to Executive Board of Owner Operator Independent Drivers Association. Grain Valley, MO; October 21, 1999.

"The Relationship between Truck Driver Pay and Safety." Presented to U.S. Department of Transportation staff. With Stanley Sedo, in seminar at the Office of Motor Carriers in Washington DC. October 13, 1999.

25

"UMTIP Research on Truck Driver Wages and Working Conditions." Presentation to Executive Board of Owner Operator Independent Drivers Association. Grain Valley, MO. April 23, 1999.

Report of Results of Hours of Service research to Sloan Foundation Annual Industry Studies Meeting. University of Minnesota, Minneapolis, Minnesota. April 10, 1999.

"Update on Proposed Department of Transportation Hours of Service Regulatory Revisions." Teamsters for a Democratic Union Annual Meeting. Freight Industry Jurisdictional Meeting: Milwaukee, Wisconsin. November 8, 1998.

Remarks to the Owner Operator Independent Drivers Association at the Dedication of New International Headquarters Building and Silver Anniversary Celebration. Grain Valley, Missouri; October 9, 1998.

"The Impact of Trucking Deregulation on Truck Drivers: Implications for the Deregulation of the Electric Power Industry." Annual Meeting of the Indiana Electrical Association. Indianapolis, Indiana; October 3, 1997.

"1997 Survey of Truck Drivers: A Preliminary Report." Presented to Office of Motor Carriers, U.S. Department of Transportation. With Dale Belman. Washington; April 24, 1998.

"Transportation and Society Seminar: Integrating Transportation into the Larger Society" (Urban Planning 670, Natural Resources and Environment 760, Public Health Management & Policy 674, and Psychology 401 Section 2). February 20, 1998.

"Labor Market Regulation: Balancing the Benefits and Costs of Competition." Annual Meeting of the Transportation Research Forum. With Dale Belman. Montreal; October 16, 1997.

"A Methodology for Estimating the Driver Safety and Turnover Consequences of an Increase in Wage Levels." With Daniel Rodriguez and Barbara C. Richardson. Annual Meeting of the Transportation Research Forum. Montreal; October 16, 1997.

"Consequences of Deinstitutionalizing Labor Markets." With Dale Belman. Economics Research Network, John T. Dunlop, Chair. Washington; April 17, 1997.

"Taking Back Our Markets: Lessons from Syracuse." National Conference of the Building and Construction Trades Department, AFL-CIO. Washington. April 15, 1997.

"Labor Market Regulation." In Roundtable Discussion of Wage Inequality, chaired by John T. Dunlop. Sloan Foundation Annual Industry Studies Meeting. Harvard University, Cambridge, Massachusetts; April 4, 1997.

"Deconstructing Deregulation: The Effects of Deinstitutionalizing the Labor Market." Presented at The 48th Annual Meeting of the Industrial Relations Research Association. New Orleans. January 6, 1997.

"Pay Systems in the Trucking Industry." International Industrial Relations Association Study Group #9: Pay Systems. A mini-conference of the IIRA held in conjunction with the Industrial Relations Research Association. New Orleans; January 3, 1997.

26

"The Motor Carrier Industry since Deregulation." In panel entitled Regulatory Reform and Labor Markets. Southern Economic Association. Washington; November 23-25, 1996.

"Collective Bargaining in the Trucking Industry." 38th Annual Forum of the Transportation Research Forum. San Antonio; October 17-19, 1996.

"Taxonomy of Work Rules and Policies Effecting LTL Trucking Industry Performance: A Systems Analysis." With David Benson and Chelsea C. White III. The 38th Annual Forum of the Transportation Research Forum. San Antonio; October 17-19, 1996.

"The Construction Industry: 19th or 21st Century Competition?" Keystone Research Center Conference *The Future of Work, Education, and Community in Pennsylvania*. Lancaster, Pennsylvania; September 7, 1996.

"Trucking: Good Jobs or Bad Jobs?" Keystone Research Center Conference *The Future of Work, Education, and Community in Pennsylvania*. Lancaster, Pennsylvania; September 6, 1996.

"Surveying Local Construction Markets." National Conference of the Building and Construction Trades Department, AFL-CIO. Washington; April 22, 1996.

"Wage Effect Issues and Changes in Equality – Cross-Cutting Issues." Sloan Foundation Industry Studies Annual Review Meeting. The Wharton School, University of Pennsylvania. Philadelphia; April 18-19, 1996.

"Industrial Relations Trends in the Construction Industry, 1960s through 1990s." Economics Research Network. Washington; October 16, 1995.

"Labor Law Reform: Lessons from the Trucking Industry." The 47th Annual Meeting of the Industrial Relations Research Association. Washington; January 8, 1995.

"Motor Carrier Industrial Relations in Transition: An Academic Perspective." National Trucking Industrial Relations Association Annual Meeting. St. Petersburg Beach, Florida; November 10, 1993.

"Collective Bargaining in the 1994 Round: The Emerging Role of the CEO in the Bargaining Process and the Effects on Trucking Industrial Relations." National Trucking Industrial Relations Association Annual Meeting. St. Petersburg Beach, Florida; November 9, 1994.

"The North American Free Trade Agreement in Review: The Expected Impact on Trucking." National Trucking Industrial Relations Association Annual Meeting. St. Petersburg Beach, Florida; November 8, 1993.

"Strategic Bargaining and Information Exchange: An American Form of Co-Determination?" Institute of Collective Bargaining. New York; September 21, 1993.

"Industrial Relations in the Trucking Industry." *The Changing Nature of Private Sector Collective Bargaining Conference*. Detroit; February 8-10, 1993.

"Collective Bargaining in the Trucking Industry: The Effects of Institutional and Economic Restructuring." The 45th Annual Meeting of the Industrial Relations Research Association. Anaheim, California; January 5-7, 1993.

27

"Gainsharing, Profit Sharing, and Collective Bargaining." Institute of Collective Bargaining. Washington; November 10, 1992.

"Inter-City Trucking in the U.S." Presented at international conference sponsored by the Institute of Collective Bargaining. "Regional Integration and Industrial Relations in North America." Ithaca, New York; October 1-2, 1993.

Other Scholarly Work

"Less-Than-Truckload Trucking Industry Case Study and Benchmarking Report." Ann Arbor: University of Michigan Trucking Industry Program January 11, 2000.

"Report of Results: Syracuse NY." Report of the Cornell University Construction Industry Consortium to the Building and Construction Trades Department, AFL-CIO. December 31, 1997.

"The Trucking Industry: Structure, Work Organization, Productivity, and Labor Markets." Report to the Office of Technology Assessment, ITC Program: Technology, jobs, and productivity in the service economy. July 31, 1995.

"Impacts of Technology and Work Organization in the Residential Construction Industry." Report to the Office of Technology Assessment, ITC Program: Technology, jobs, and productivity in the service economy. July 31, 1995.

"Strategic Bargaining and Information Exchange: An American Version of Co-Determination?" Ithaca, New York: Institute of Collective Bargaining. 1994.

"Gain Sharing, Profit Sharing, and Collective Bargaining in the Private Sector." Ithaca, New York: Institute of Collective Bargaining. 1994.

"Collective Bargaining in the Trucking Industry: The Effects of Institutional and Economic Restructuring." Unpublished Ph.D. Dissertation. Cornell University, Ithaca, NY, 1993.

"The Transformation of Labor Relations in the Trucking Industry since Deregulation." Unpublished Master's Thesis. Cornell University, Ithaca, NY, 1990.

Discussant at Conference Paper Sessions

"Truck Drivers, Congestion, and Carbon Footprints" (Session 359). Transportation Research Board Annual Meeting. Monday, January 12, 2009. Washington, DC.

"Living Wage Laws: How Much Do (Can) They Matter?" by Harry J. Holzer. At "Urban and Regional Policies and Its Effects" at the Urban Institute, and cosponsored by Brookings Institution and George Washington University Institute of Public Policy and Trachtenberg School of Public Policy and Public Administration in Washington, DC. June 6, 2008.

Refereed Papers Session. 54th Annual Meeting of the Industrial Relations Research Association. Washington, DC: January 5, 2003.

"Labor Markets and Economics, and International Refereed Papers Symposium." 53rd Annual Meeting of the Industrial Relations Research Association. New Orleans, LA: January 7, 2001.

28

"Labor Markets and Economics, and International Refereed Papers Symposium." 53rd Annual Meeting of the Industrial Relations Research Association. New Orleans, LA: January 7, 2001.

"Strategic Diversity in Union Political Action: Implications for the 1992 Elections," by Richard W. Hurd and Jeffrey E. Sohl. Paper presented in session entitled "Strategic Evaluation of Union Political Activities." The 44th Annual Meeting of the Industrial Relations Research Association. New Orleans; January 3-5, 1992.

Conferences Organized and Chaired

"Wayne State University Conference on Truck Driver Occupational Safety and Health." Detroit, MI. April 24 and 25, 2003.

Conference on the Health Care Crisis in the United States, as a program sponsored by the Collective Bargaining Network of the Industrial Relations Research Association. January 2, 2003, in Washington DC.

Trucking Industry Security Meeting, sponsored by the Transportation Research Board Task Force on Trucking Industry Research and University of Michigan Trucking Industry Program. National Academy of Sciences, Washington, DC, November 5, 2001.

Workshop 196: "Economic Competition, Commercial Motor Vehicle Safety, and Driver Health". Transportation Research Board 95th Annual Meeting. Washington DC. January 10, 2016. Presenters from Australia (Tony Sheldon, General Secretary of the Transport Workers Union of Australia; Senator Glen Sterle, Australian Parliament), the United Kingdom (Sean Sayer, independent researcher), Sweden (Prof. Henrik Sternberg, Lund University), South Korea (Wol-san Liem, Korean Public Service and Transport Workers' Union), and the United States (Bruce Hamilton, General Vice President of the Amalgamated Transit Union; Prof. Peter Swan, The Pennsylvania State University – Harrisburg; Randy Mullett, Vice President of XPO Logistics; Todd Spencer, Executive Vice President of the Owner Operator Independent Drivers Association) addressing multiple problems in supply chain and safety for trucks, intercity buses, and trains.

Conference Sessions Chaired

Transportation Research Board Annual Meeting Session 812: "Regulatory Liberalization and Commercial Motor Vehicle Safety: Europe and North America". Washington, DC. January 11, 2017

Transportation Research Board Annual Meeting Session 581: "New Developments in Labor Economics: Safe Rates and Chain of Responsibility". Washington, DC. January 13, 2015.

Transportation Research Board Committee on Trucking Industry Research (AT060). Transportation Research Board Summer Meeting. Baltimore, MD, June 17, 2008.

"Utilizing Technology to Address congestion at U.S.—Canadian Border Crossings". Transportation Research Board Summer Meeting. Baltimore, MD, June 17, 2008.

"Freight Economics and Public-Sector Transportation Funding: Understanding the Disconnect". Transportation Research Board Summer Meeting. Baltimore, MD, June 16, 2008.

29

Task Force on Trucking Industry Research: Full Task Force (AT060T). 86th Annual Meeting of the Transportation Research Board. Washington, DC: January 23, 2007.

"Technical Committee on Trucking Industry Research." 2006 Transportation Research Board Summer Conference. La Jolla, CA, July 9-11, 2006.

"Impact of Pricing on Congestion Management." Session 212: "Freight Systems Capacity Issues, Part 1: Impact of Pricing on Congestion Management." 85th Annual Meeting of the Transportation Research Board. Washington, DC: January 23, 2006.

Session 497: "Border Shipping Challenges: Security Versus Delay." 85th Annual Meeting of the Transportation Research Board. Washington, DC: January 24, 2006.

Task Force on Trucking Industry Research: Full Task Force (AT060T). 85th Annual Meeting of the Transportation Research Board. Washington, DC: January 24, 2006.

"Driver Health and Wellness." 2005 International Truck & Bus Safety & Security Symposium. Alexandria, VA. November 14, 2005.

Task Force on Trucking Industry Research: Full Task Force (AT060T). 84th Annual Meeting of the Transportation Research Board. Washington, DC: January 11, 2005.

Transportation Research Board Session 418: "Changing Industries and Changing Industrial Relations in the Transport Sector." 84th Annual Meeting of the Transportation Research Board. January 11, 2005, Washington, DC.

Transportation Research Board Session 458: "Health and Safety Effects of Intense Competition on Transport Workers." 84th Annual Meeting of the Transportation Research Board. January 11, 2005, Washington, DC.

"Changing Industries, Industrial Relations, Occupational Safety and Health, and the Role of Work Organization and Economic Competition." 57th Annual Meeting of the Labor and Employment Relations Association. Collective Bargaining Section Workshop. January 6, 2005, Philadelphia, PA.

Transportation Research Board Session 614: "Innovations in Motor Carrier Safety Management Part I: Efforts at Self-Regulation." 83rd Annual Meeting of the Transportation Research Board. January 14, 2004, Washington, DC.

"Collective Bargaining and Health Care: Conflict in the Retail Food Industry." Speakers: UFCW Western Regional Vice President Bill McDonough and UFCW Research Director Howie Forman. 56th Annual Meeting of the Industrial Relations Research Association, Collective Bargaining Section. San Diego, CA, January 2, 2004.

"Health Care Issues in the Southern California Grocery Strike of 2003-2004." Presenter: Howard Foreman, Research Director of the United Food and Commercial Workers Union. Collective Bargaining Section Meeting, 56th Annual Meeting of the Industrial Relations Research Association. January 2, 2004, San Diego, CA.

"TRB Special Report 267, Regulation of Weights, Lengths, and Widths of Commercial Motor Vehicles, Part 3: Business and Economic Implications." 82nd Annual Meeting of the Transportation Research Board, Washington, DC. January 14, 2003.

30

Task Force on Trucking Industry Research: Full Task Force (AT060T). 82nd Annual Meeting of the Transportation Research Board. Washington, DC: January 15, 2003.

 "Truck Size and Weight: Economic Effects." 82nd Annual Meeting of the Transportation Research Board. January 14, 2003.

"Workshop on the Health Care Crisis in the United States." 55th Annual Meeting of the Industrial Relations Research Association, Collective Bargaining Section. January 2, 2003. Washington, DC.

"Full International Truck Operations Across the Mexican Border: Impacts on Drivers and Motor Carriers." 81st Annual Meeting of the Transportation Research Board. January 16, 2002.

"Surface Freight Transportation Safety and Productivity: Mutual Coexistence?" 81st Annual Meeting of the Transportation Research Board, Washington, DC. January 16, 2002.

"Mind Maps as Classroom Exercises." 54th Annual Meeting of the Industrial Relations Research Association, Collective Bargaining Section. Atlanta, GA. January 3, 2002.

"Full International Truck Operations across the Mexican Border: Impacts on Drivers and Motor Carriers." 81st Annual Meeting of the Transportation Research Board. Washington, DC. January 16, 2002.

Task Force on Trucking Industry Research: Full Task Force (AT060T). 81st Annual Meeting of the Transportation Research Board. Washington, DC: January 16, 2002.

Presiding Officer and discussant. "Bargaining in Flux." 54th Annual Meeting of the Industrial Relations Research Association. Atlanta, GA: January 4, 2002.

Task Force on Trucking Industry Research: Full Task Force (AT060T). 80th Annual Meeting of the Transportation Research Board. Washington, DC: January 11, 2001.

"Trucking Productivity, Part 2: Impact of Driver Shortages." 80th Annual Meeting of the Transportation Research Board. Washington, DC: January 10, 2001.

"The Trucking Industry: Good Jobs and Bad Jobs, but All Hard Work." 79th Annual Meeting of the Transportation Research Board. Washington; January 11, 2000.

Task Force on Trucking Industry Research: Full Task Force (AT060T). 79th Annual Meeting of the Transportation Research Board. Washington, DC: January 11, 2000.

Presiding Officer, Introduction, and Discussant: "And Lord, Let It Be Palletized: A Portrait of Truck Drivers' Work and Life from the 1997 Survey of Truck Drivers". Annual Meeting of the Transportation Research Forum. Philadelphia; October 29, 1998.

Motor Carrier Session: Annual Meeting of the Transportation Research Forum. Philadelphia; October 29, 1998.

"Organizing Initiatives for Industrial and Building Trades Unions." AFL-CIO/Cornell Union-University Research Conference on Union Organizing. Washington; March 31 – April 2, 1996.

31

"Symposium on Workplace Redesign in the Service Sector." The 48th Annual Meeting of the Industrial Relations Research Association. San Francisco; January 7, 1996.

Reports submitted as deliverables for funded research

"Main causes and consequences of lower pay and unpaid work in the trucking sector". International Labour Office of the International Labour Organisation in Geneva, Switzerland. Sound Science, Inc. June, 2017.

"International comparison of fatalities related to goods vehicles". Report produced for the International Transport Workers Federation by Sound Science, Inc. With Matthias Jung. 26 March 2015.

"The Economics of Safety: How Compensation Affects Commercial Motor Vehicle Driver Safety." Sound Science, Inc., Ann Arbor, MI. 2012.

"The Low Road: Fiat/Chrysler's New Auto Transport Model Threatens Highway Safety and Economic Recovery." Sound Science, Inc., Ann Arbor, MI. 2010.

"Crisis in the North American Motorcoach Bus Industry: Threats and Opportunities Created by Growth in Intercity Bus Traffic," a report that includes three appendices providing detailed comparative analysis of safety across sub-sectors of the interstate motorcoach bus industry. 2009.

"Report of Analysis: Truck Crashes and Work-Related Factors Associated with Drivers and Motor Carriers." 270 pages, including main report and two appendices. April 28, 2009.

"Truck Driver Occupational Safety and Health: A Conference Report and Selective Literature Review" (with Gregory M. Saltzman). 893 pages, including 810 pages of presentations on CD. December 31, 2003. http://www.cdc.gov/niosh/docs/2007-120/

"The Jobs Tunnel: The Economic Impact of Adequate Border-Crossing Infrastructure" (with Philip Hopkins, Peter F. Swan, Christina Casgar, and Paul Bingham). November 19, 2003.

"Regional and National Economic Analysis of Delay and Delay-Related Costs and the Detroit – Windsor Crossings: The Economic Effects of Interruption of Capacity on the Ambassador Bridge" (with Philip Hopkins, Peter F. Swan, Christina Casgar, and Paul Bingham). September 10, 2003.

"Paying for Safety: An Economic Analysis of the Effect of Compensation on Truck Driver Safety" (with Daniel Rodriguez and Stanley A. Sedo). 129 pages. September 2003: http://ai.volpe.dot.gov/CarrierResearchResults/CarrierResearchContent.stm#car2.

"Proposed Changes in Motor Carrier Hours of Service Regulations: An Assessment" (with Gregory Saltzman, Stanley Sedo, George Fulton, Donald Grimes, and Lucie Schmidt). March 6, 2002.

"Driver Background Paper: Current and Future Trends." Federal Motor Carrier Safety Administration. November 17, 2000.

32

"Task 1: Baseline Risk Estimates and Carrier Experience." University of Michigan Transportation Research Institute and the Institute of Labor and Industrial Relations. 172 pages. With Kenneth L. Campbell (March 2000).

"Less-Than-Truckload Trucking Industry Case Study and Benchmarking Report." Presented to participating carriers on January 11, 2000 at the Transportation Research Board, Washington, DC.

"Hours of Service Impact Assessment." With Kenneth Campbell, University of Michigan Transportation Research Institute, along with research and analytic assistance from economists Stephen Burks, Kristen Monaco, George Fulton, Donald Grimes, Daniel Lass, and Dale Ballou. U.S. Department of Transportation, Federal Highway Authority, Office of Motor Carriers and Highway Safety. March 11, 1999.

## SERVICE

Administrative Appointments at Wayne State, in last five years

None

Administrative Appointments at Other Colleges/Universities, in last five years

None

University Committee Memberships, in last five years

CLAS Faculty Council 2014 to 2015; Fall 2017; 2018-2020.

Economics Department, in last five years

Personnel Committee 2017-2021
Salary Committee
Undergraduate Committee
Assessment Committee
Graduate Committee
Undergraduate Research coordinator
Undergraduate Director
Undergraduate Mathematical Economics Committee

Positions Held in Professional Associations, in last five years

Labor and Employment Relations Association, Detroit Area Chapter (formerly known as the IRRA; name changed 2004); Executive Secretary (2001-present); Executive Board (2001-present); List owner for Detroit LERA (formerly IRRA) members and friends lists (2001-present)

Transportation Research Board of the National Academies, in last five years

Member and Chairman of the Committee on Trucking Industry Research (Technical Committee AT060); April 15, 2006–April 14, 2009; April 15, 2009–April 14, 2012; April 14, 2012–April 14, 2015. Term limited. Appointed Emeritus Life Member January 1, 2015.

33

Member, Committee on Truck and Bus Safety (Technical Committee ANB70); April 14, 2003–April 14, 2006; April 15, 2006–April 14, 2009; April 15, 2009–April 14, 2012; April 14, 2012–April 14, 2015. Term limited. Now "Friend" of committee.

Member, Carrier Safety Management Subcommittee of the Truck and Bus Safety Committee (2014-present)

Member, Committee on Freight Transport Economics and Regulation (Technical Committee AT010); April 15, 2000–April 14, 2003; April 15, 2003–April 14, 2006; April 15, 2006–April 14, 2009; April 15, 2009–April 14, 2012; April 14, 2012–April 14, 2015; April 14, 2015–April 14, 2018. Term limited. Now Friend of committee.

Government Advisory Bodies

National Science Foundation Workshop on Effect of Autonomous Trucks, as Human-Technology Frontier Vehicles, on the U.S. Economy. June 28-29, 2018. NSF Headquarters, Arlington, VA.

The National Academies of Sciences, Engineering, and Medicine, Committee on National Statistics and Transportation Research Board, Expert Panel on the Review of the Compliance, Safety, Accountability Program of the Federal Motor Carrier Safety Administration. Expert panel consensus study in response to Section 5221 of the Fixing America's Transportation (FAST) Act of 2015. Period of performance May 2016 to August 2017.

National Institute for Occupational Safety and Health / National Occupational Research Agenda Transportation, Warehouse, and Utilities Sector Council. Since 2006.

Member, Committee for Review of the Federal Motor Carrier Safety Administration's Large Truck Crash Causation Study. Transportation Research Board of the National Research Council, National Academy of Sciences, in response to Congressional mandate to advise the Federal Motor Carrier Safety Administration; term July 1, 2000 through June 30, 2003.

Government Advising

"Driver Background Paper: Current and Future Trends." Federal Motor Carrier Safety Administration. November 17, 2000. Published on FMCSA intranet.

Other Organizations and Public Service

Since early 2011, President of Great Lakes Gateway, a Michigan Not-for-Profit Corporation [2011-2013, IRS 501(c)(3)]. This corporation created the Great Lakes Global Freight Gateway, presented an Action Plan to Michigan Economic Development Corporation, and organized a public business and government meeting on October 11, 2011 composed of all the appropriate Michigan government officials as well as more than two dozen beneficial cargo owners interested in this economic redevelopment activity. We raised the funds for this meeting from our two service provider partners, the CN Railway and Halifax Port Authority. The GLG plan is to transform southeast Michigan into an inland port by building an intermodal freight hub, becoming a freight gateway for the Midwest.

34

Consultation with Detroit, Wayne County, and Michigan economic development officials to help them develop an economic development plan. This has included presentations to Detroit Charter Revision Commission, Wayne County Economic Development and Growth Engine (EDGE), Detroit Economic Growth Corporation (DEGC), Detroit Works, and many others.

Member, Advisory Board of TranslinkeD, Detroit Regional Chamber, 2009-2010.

Member, Steering Committee for the National Safety Council 2005 International Truck and Bus Safety Symposium. 2004-2005.

Member, Advisory Board of the Owner Operator Independent Drivers Association Foundation. 1999–2006.

Member, Research Advisory Committee of the American Transportation Research Institute (American Trucking Associations); 2001–2004.

Member, Board of Directors of the North American Transportation Employee Relations Association; 2001–2012.

Member, founding committee for Voice@Work, a project bringing together academic researchers and the AFL-CIO; 2001.

Professional Consultation

Extensive professional consulting with firms, agencies, labor organizations, and lawyers regarding issues with which my expertise is requested, including expert witness testimony on cases involving truck drivers, trucking labor markets, truck driver safety and health, trucking industry safety, contracting and subcontracting, as well as compensation (including issues involving the Fair Labor Standards Act).

Testimony before Public Bodies

International Labour Organization Tripartite Sectoral Meeting on Safety and Health in the Road Transport Sector (Geneva, 15 October 2015). Expert advisor to Workers' Group; Intervenor.

Road Safety Remuneration Tribunal (Rt02013/1). In the Matter of Transport Workers' Union of Australia, Applicant. Statement of Dr. Michael H. Belzer. July 30 2013.

Testimony to U.S. Congress, House of Representatives, Committee on Small Business. "Possible Flaws in the Federal Trucking Safety Program" or "Is FMCSA's CSA Program Driving Small Businesses Off the Road?" July 11, 2012. http://archive.clas.wayne.edu/Multimedia/Economics/files/PayAndEconomicsOfSafety_Belzer_HouseTestimony.pdf

Submission of evidence and expert opinion to the Standing Committee on Infrastructure and Communications with Regard to the Inquiry into the Road Safety Remuneration Bill 2011 and the Road Safety (Consequential Amendments and Related Provisions) Bill 2011. 29 January 2012. Submitted to House Standing Committee on Infrastructure and Communications, House Standing Committee on Climate Change, Environment and the Arts, Parliament House Canberra ACT 2600.

35

"The Economics of Safety: How Compensation Affects Commercial Motor Vehicle Driver Safety." Testimony to Safe Rates Summit, Parliament House, Canberra, Australia. November 21, 2011.

"An Economist's Perspective on Sustainability and Community Benefits." Testimony to Michigan Senate Economic Development Committee. Lansing, MI, September 28, 2011.

Provide evidence in support of Application by the Transport Workers' Union of New South Wales for a new *Transport Industry – Mutual Responsibility for Road Safety (State) Award and Contract Determination.* Report entitled "Compensation and Safety: Economic Support for Truck Driver Safety" submitted October 20, 2005 and admitted into evidence April 7, 2006, before the full bench of the Industrial Relations Commission of New South Wales, in Sydney, New South Wales, Australia, on March 7, 2006.

Testimony presented to Michigan House Commerce Committee regarding the "Jobs Tunnel" of the Detroit River Tunnel Partnership. Lansing, MI. March 30, 2004.

Testimony to Michigan Senate Commerce and Labor Committee regarding "Jobs Tunnel" Detroit River Tunnel Partnership. Lansing, MI. January 20, 2004.

Testimony to Detroit City Council regarding Detroit Intermodal Freight Terminal. November 1, 2001.

"Sweatshops on Wheels: Winners and Losers in Trucking Deregulation."
Evidence provide to Inquiry into Causes of Truck Accidents, Motor Accident Authority of New South Wales. Sydney, Australia, July 27, 2000.

Consulting and Advising to Public Agencies, Foundations, Professional Associations

2017 "Main causes and consequences of lower pay and unpaid work in the trucking sector." International Labour Office, Geneva, Switzerland.

2012 Statement in support of Safe Rates legislation.
http://www.rsrt.gov.au/default/assets/File/Subs_on_draft_RSRO_TWU/statements/16_State ment_Michael_Belzer.pdf

National Institute of Occupational Safety and Health truck driver survey (2009-2010) contract to Sound Science, Inc.

"The Low Road: Fiat/Chrysler's New Auto Transport Model Threatens Highway Safety and Economic Recovery". January 16, 2010. Consulting contract of Sound Science, Inc. with International Brotherhood of Teamsters.

"Industrial Relations Effects on Large Truck Crash Causation." Consulting contract of Sound Science, Inc. with Chenega Advanced Solutions and Engineering, LLC (CASE), under contract to the U.S. Department of Transportation Volpe National Transportation Systems Center for the Federal Motor Carrier Safety Administration. November 2007 through April 2009.

"Port Driver Employment: The Weak Link in the Freight Security Chain." A report submitted to the International Brotherhood of Teamsters. August 16, 2006. Consulting contract of Sound Science, Inc. with International Brotherhood of Teamsters.

36

Research design concept for possible truck driver survey, for the U.S. Department of Transportation Federal Motor Carrier Safety Administration. Consulting contract of Sound Science, Inc. with ICF Consulting. Submitted February 7, 2006. Consultation funded through Sound Science, Inc. as principle investigator.

Research analysis on truck driver hours-of-service. Consulting contract of Sound Science, Inc. with ICF Consulting in support of Federal Motor Carrier Safety Administration's 2005 regulatory evaluation. With subcontractors Stephen V. Burks and Stanley A. Sedo.

Research on Occupations, Labor Supply and Demand, and Human Resource Challenges the Transportation and Logistics Industry Cluster in Pennsylvania. Consulting contract of Sound Science, Inc. with Keystone Research Center. October 2004 through April 2005. With subcontractors Stanley A. Sedo and Peter F. Swan. Work performed for the Pennsylvania Department of Labor to assist their Local Workforce Investment Boards.

"Work Organization Influence on Fatigue in Truck Drivers." Consulting contract of Sound Science, Inc. with National Institute for Occupational Safety and Health. September 1, 2004 through September 1, 2009.

Briefing to staff of the U.S. Senate Committee on Commerce, Science, and Transportation, Subcommittee on Surface Transportation & Merchant Marine. Senate Dirksen Building. June 15, 2004.

Presentations on trucking industry benchmarking to North American Transportation Employee Relations Association (2001, 2002; trucking general best practices), National Association of Motor Carrier Auditors (2003; trucking general best practices), California Trucking Association (2003; trucking safety best practices), Moving and Storage Association of North America (2003; trucking general best practices), Las Vegas International Truck Show (2003; trucking safety best practices), Owner Operator Independent Drivers Association (1997-2003; trucking general best practices, safety best practices, and cost-of-operations).

Irregular *pro bono* consultation to U.S. Department of Transportation, Federal Motor Carrier Safety Administration, 1998-2002. Regular consultation to consulting firm preparing reports to FMCSA, 2004-2012.

Irregular *pro bono* consultation to National Institute for Occupational Safety and Health, Centers for Disease Control and Prevention, Department of Health and Human Services. 2003-present.

*Pro bono* consultation to Southwest Detroit Business Association and Communities for a Better Rail Alternative from 2001 – 2003 on issues involving the Detroit Intermodal Freight Terminal and the impact on the community.

*Pro bono* consultation to Secretariat, Commission for Labor Cooperation, on issues involving workers' compensation systems across NAFTA borders. March 21-22, 2003.

Presentations on Southwest Detroit transportation infrastructure issues to the Detroit Orientation Institute, April 2002 and April 2003.

Consulting to Private Enterprises

37

International Brotherhood of Teamsters. Analysis of the Federal Motor Carrier Safety Administration's Regulatory Impact Analysis for the Interim Final Rule on Truck Driver Hours of Service. Report. February - March 2008.

Detroit River Tunnel Partnership. Preparation of analysis and reports on border-crossing infrastructure capacity issues; Report published 2003.

Science Applications International Corporation (SAIC). Consultant on "Driver Violation Notification Service Feasibility Study," a study conducted by SAIC for the U.S. Department of Transportation Federal Motor Carrier Safety Administration, May 2003 –May 2004.

Consultant and expert witness in truck crash, industrial relations, compensation, discrimination, subcontracting (including "truth-in-leasing"), employee misclassification, bankruptcy, commercial arbitration, and other industry-related legal cases. Clients have included National Labor Relations Board, American Civil Liberties Union, unions and union federations nationally and internationally, transportation companies and transportation industry associations, and attorneys representing clients in various disputes. Cases mainly in Federal Court.

Reviewer for Scholarly, Government, and Professional Organizations

Transportation Research Board's *Research to Improve Estimates of Impacts of Changes in Truck Size and Weight Regulations* report as authored by the Truck Size and Weight Limits Research Plan Committee (National Academies of Sciences, Engineering, and Medicine). TRB Special Report 328. 2019

Confidential report reviewer for a National Academies of Science, Engineering, and Medicine's joint Committee on National Statistics, Board on Human-Systems Integration, and Transportation Research Board report on Research Methodologies and Statistical Approaches to Understanding Driver Fatigue Factors in Motor Carrier Safety and Driver Health. December 2015.

Mountain-Plains Consortium, a regional university transportation center in federal region 8 – which encompasses the states of Colorado, North Dakota, Montana, South Dakota, Utah, and Wyoming, 2014

"Economic Impacts of the Category 3 Marine Rule on Great Lakes Shipping National Science Foundation", U.S. Environmental Protection Agency, Office of Transportation and Air Quality. 2011.

National Institute for Occupational Safety and Health

Economic and Social Research Council (UK)

WorkSafeBC (British Columbia)

Journal/Editorial Activity
Industrial Health
Cambridge Journal of Regions, Economy and Society
Oxford Economic Papers
Urban, Planning and Transport Research
International Journal of Workplace Health Management

38

Journal of Public Health Policy
Industrial and Labour Relations Review
Industrial Relations
Journal of Industrial Relations
Transportation Journal
Economic and Labour Relations Review
New Solutions
Journal of Applied Economics
Review of Industrial Organization
Transportation Research: Part E, Logistics and Transportation Review
Labor Studies Journal
Journal of Workplace Rights
Journal of the Transportation Research Forum
Journal of Facilities Management
Business & Society
Industrial Relations Research Association Annual Meeting competitive papers
Southern Economic Journal
European Journal of Transport and Infrastructure Research
Research in Transportation Business & Management
Accident Analysis and Prevention
Travel Behaviour and Society
Safety and Health at Work
Safety Science
Journal of Safety Research
Transport Policy
SLEEP
Journal of Clinical Sleep Medicine
Transportation Research Board Committees AT060 (former editor), AT010, ANB70, and other committees for presentation at Annual Meetings of the Transportation Research Board, publications in the Proceedings of Annual Meetings of the Transportation Research Board, and publication in the Transportation Research Record.
ILR Press/Cornell University Press
University of Pittsburgh Press
National Science Foundation
National Institute for Occupational Safety and Health
Economic and Social Research Council (UK)
Mountain-Plains Consortium, a regional university transportation center in federal region 8 – which encompasses the states of Colorado, North Dakota, Montana, South Dakota, Utah, and Wyoming

39

**Appendix**

CITATIONS AS OF October 1, 2019

Google Scholar Citations



| Cited by | All | Since 2014 |
|---|---|---|
| Citations | 1205 | 557 |
| h-index | 19 | 14 |
| i10-index | 24 | 15 |

Publish or Perish Google Scholar query

Search terms

**Authors:** Michael H. Belzer
**Years:** 1998 to 2018

Data retrieval

**Data source:** Google Scholar
**Query date:** 4/22/2018 2:07:14 PM
**Cache date:** 4/22/2018 2:07:18 PM
**Query result:** [0] Success.

EXHIBIT B

Statement of Dr. Michael H. Belzer
Sound Science, Inc.
P.O. Box 130484
Ann Arbor MI 48113-0484
Sound.Science@mac.com
December 15, 2019

I have been asked to analyze the Expert Report of Dr. John Husing regarding California Trucking Association et al. v. Xavier Becerra et al., Case No. 3:18-cv-02458-BEN-BLM in the United States District Court, Southern District of California.

My report will address the following issues:

1. What is an "owner operator"?
   a. What is an "independent owner operator"?
   b. How do various contracting arrangements make owner-operators dependent?
   c. Does AB-5 prevent true independent operators from developing independent businesses?

2. Is Dr. Husing correct that AB-5 affects services, routes, and prices?

Given the limited amount of time between my receiving Dr. Husing's report and the deadline for this response, I was only able to provide a limited, preliminary analysis of the report. If I had more time, I would have been able to consult more literature and conduct my own studies. In addition, I received the reports cited in Dr. Husing's report after I had drafted my analysis and so have not been able to respond to them except as identified below in general terms.

## Summary

Dr. Husing's report focuses on an unrepresentative slice of the trucking industry and makes claims that are not well founded. First, he fails to distinguish between the two groups of owner operators in the trucking industry. The great majority of the group of drivers that Dr. Husing calls "independent owner operators" actually are "dependent" owner operators locked into long-term contracts with a single motor carrier. The level of control that motor carriers have over these truck drivers is substantial, so that under any test they would be considered misclassified employees. Peer-reviewed literature distinguishes between these "dependent" owner operators and true "independent owner operators," who are a very small, unrepresentative segment of the trucking industry.

Second, Dr. Husing is incorrect that "[t]o the extent that motor carriers can no longer contract with IOOs, AB-5 and the previous Supreme Court opinion in Dynamex would compel these motor carriers to restructure their operations." Husing Rep. at 1. For this foundational reason, Dr. Husing's claims – that the enforcement of *Dynamex* and AB-5 will significantly disrupt services, routes, and prices – are unreasonable. In addition, he exaggerates the effect of AB 5 in other ways, because trucking companies already have to do many of the things that Dr.

Husing asserts AB 5 requires and because Dr. Husing includes in his analysis of AB 5 many things that will *not* be required. The trucking industry may have to adjust to comply with these laws and California's employment laws but these adjustments will not have economic impacts like those claimed by Dr. Husing.

### Section 1: Dr. Husing Focuses on a Narrow, Unrepresentative Slice of the Industry

Dr. Husing's report discusses the purported benefits to the trucking industry of "independent owner operators," or "IOOs." Husing Rep. at 1. However, Dr. Husing uses the term "independent owner operator" in a very imprecise way by failing to acknowledge the two very different types of owner operators in the trucking industry.

The population of what the trucking industry calls "owner operators" is comprised of two very different types of drivers: "true" independent owner operators, and drivers that are more properly considered "dependent" owner operators. The trucking industry lumps them both together as a marketing or public relations term to promote the idea that truck drivers can become independent businesspeople by owning their own trucks, but there are stark differences between the two groups. A true independent owner operator has its own federal operating authority and covers all of its own responsibilities *independently*. Those responsibilities include obtaining the truck and paying for all related costs, including but not limited to licensing, insurance, fuel, maintenance, and myriad other expenses. The independent owner operator, therefore, is an independent motor carrier free to contract with customers as it sees fit. It has its own U.S. Department of Transportation Federal Motor Carrier Safety Administration (FMCSA) operating authority and obtains freight independently, not as a permanently leased subcontractor to a motor carrier with operating authority.[1] The FMCSA's Motor Carrier Management Information System (MCMIS) lists more than 500,000 trucking companies with operating authority, including almost 330,000 intrastate carriers.[2]

While true independent owner operators have their own operating authority, dependent owner operators are operating under the operating authority of a motor carrier and are completely supervised by that carrier, as the FMCSA requires. Dependent owner operators are essentially indistinguishable from drivers that trucking companies already treat as employees, under any view of the employment relationship. They are managed the same way. In contrast to the true independent owner operator relationship, dependent owner operators depend on the motor carrier with which they contract to provide business (freight) and often other resources like fuel, plates, insurance and the whole range of costs of doing business and managerial activity. They are under a long-term ("permanent") contract with a single motor carrier. A substantial subset of dependent owner operators are "lease purchase owner operators." They lease their trucks from the employer and could be described accurately as "debt peonage" owner operators, because all their costs are

---

[1] Burks, Stephen V., Belzer, Michael H., Kwan Quon, Pratt, Stephanie G., & Shackelford, Sandra. (2010). *Trucking 101: An Industry Primer*. Washington: Transportation Research Board, pp. 9-11. http://onlinepubs.trb.org/onlinepubs/circulars/ec146.pdf

[2] Panel on the Review of the Compliance, Safety, and Accountability (CSA) Program of the Federal Motor Carrier Safety Administration. (2017). *Improving Motor Carrier Safety Measurement*. Washington: National Academies Press. http://www.nap.edu/24818

2

controlled by and generally priced by the carrier, and all revenues from freight assignment are controlled by and priced by the carrier.

Dr. Husing's report discusses owner operators without noting the significant differences between the true independents and dependent owner operators, or that most of the drivers classified as independent contractors are the dependent owner operators that are indistinguishable from drivers classified as employees. True independent owner operators represent approximately 21% of all owner operators nationally in all trucking sectors and just 7.4% of truck drivers in the long-haul sector. *See* Husing Rep. at 1 (discussing purported effect on "goods crossing state lines"). In 1997, a survey by the University of Michigan Trucking Industry Program showed that about 26% of all truck drivers surveyed identified themselves as owner-operators. Of these, *more than 90%* were paid by the carrier to which they were leased rather than by brokers or direct customers.[3] And a national survey conducted in 2010 found that 65% of long-haul truck drivers were classified as employees, 28% were owner-operators leased to motor carriers, and only 7.4% were true independent owner operators operating under their own authority.[4]

This undermines Dr. Husing's conclusion that AB 5 will eliminate "flexibility" that the trucking industry needs to contract with owner operators for individual assignments. Husing Rep. at 9-10. In actuality, the only drivers who have flexibility of the sort Dr. Husing describes are the true independent owner operators who are free to contract with different customers but are only a very small subset of the owner operators in the industry.

Dr. Husing's conclusion about the loss of flexibility is also flawed for the separate reason that nothing in AB-5 or California law would require motor carriers that currently contract with owner operators to transition to using only full-time employees driving company-owned trucks, as Dr. Husing assumes. Husing Rep. at 5.  Motor carriers could do so.  But they could also continue to contract with independent carriers that work in multiple sectors depending on customer demand and they could do so on a long-term or short-term basis. Neither *Dynamex* nor AB-5 prevents independent owner operators from contracting with motor carriers and operating their businesses according to law.

Specifically, motor carriers could comply with California Labor Code by adopting the "two check" system. Under this system, the carrier would hire the driver at a market rate as an employee and it would separately contract for use of the truck, either from the driver (if the driver is the owner) or from the owner (if the owner is not the driver). Federal law may require the trucking company to pay at market rates for use of the truck. In any case, nothing requires that employee drivers drive only company owned trucks and truck drivers commonly work for fleet owners who lease trucks to motor carriers. Accordingly, the company could pay a check to

---

[3] Belman, Dale L., Monaco, Kristen A., & Brooks, Taggert J. (2004). *Sailors of the concrete sea: A portrait of truck drivers' work and lives*. East Lansing, Mich.: Michigan State University Press, p. 88.

[4] Chen Guang X., Sieber, W. Karl, Lincoln, Jennifer E., Birdsey, Jan, Hitchcock, Edward M., Nakata, Akinori, . . . Sweeney, Marie H. (2015). NIOSH national survey of long-haul truck drivers: Injury and safety. *Accident Analysis & Prevention* (85), pp. 66–72.

the driver, ensuring that the compensation complies with any federal requirements as well as California Labor Code, and pay a check to the truck owner (which may be the driver) for use of the truck. This would allow motor carriers that contract with owner operators to operate with drivers classified as employees under state law exactly as they do with drivers classified as independent contractors.

<u>**Section 2: Services, routes, and prices**</u>

In addition to making the fundamental error of concluding that AB 5 prevents motor carriers from using owner operators, Dr. Husing's conclusions about the effect of AB 5 and California employment law on the trucking industry are flawed, for the following reasons.

*Services*

Dr. Husing does not make a compelling case that changes in operations required to comply with *Dynamex* and AB-5 will affect the trucking industry's ability to provide services.

First and foremost, nothing requires use of a full-time employee fleet with company owned trucks; I have explained above that other options are available to the trucking industry. Nor are Dr. Husing's conclusions about loss of efficiency credible. Dr. Husing claims that if *Dynamex* and AB-5 go into effect, truck drivers will not have an incentive to buy their own trucks. Husing Rep. at 5. This is conjecture and not supported or documented. If motor carriers offer drivers sufficient incentive in the form of employee driver compensation as well as remunerative payment for use of their trucks, truck drivers may actually be attracted, rather than repelled. Drivers might well prefer to own their own trucks even as they receive a paycheck from the firm that employs them. They simply need to earn a fair market-rate return on their labor time as well as on their truck.

Dr. Husing also claims that owner-operators are uniquely efficient because they "decide for themselves the level of effort in which they wish to be engaged with their rig(s)." Husing Rep. at 9. In fact, the evidence suggests that owner-operators are not unique in working as many hours as they need to pay their bills, and in fact may work fewer hours than employees. Work effort to earn only as much as is necessary to pay the bills is called "target earnings," and research shows that truck drivers respond to incentives as just like others in the labor market.[5] As the pay rate for truck drivers increases, the number of hours they work decreases. Owner-operators do not perform measurably different levels of work than employee truck drivers in general. In fact, a study in 1997 demonstrated that on average, employee truck drivers worked

---

[5] Belzer, Michael H., & Sedo, Stanley A. (2018). Why Do Long Distance Truck Drivers Work Extremely Long Hours? *The Economic and Labour Relations Review, 29*(1), 59–79.  This paper measures and maps the backward-bending labor supply curve, supporting the target earnings hypothesis.

63.2 hours per week, while owner-operators worked only 56.9 hours weekly.[6] In sum, owner-operators – just like employees – do not just decide their level of effort in the abstract; powerful competitive forces drive their decision-making.

Second, Dr. Husing's claim that more drivers will be needed if companies treat their drivers as employees is unfounded. Husing Rep at 10. Dr. Husing claims that studies, which I was unable to review before drafting this report, show that 26.6% more drivers will be needed to haul the same amount of freight that California trucking companies now haul using contractors. *Id*. Initially, many of the work hours that Dr. Husing claims only employees have to perform are in fact tasks that all Commercial Driver License ("CDL") drivers have to perform regardless of whether they own their trucks, such as "Pre-Trip Inspection, Fueling, Post-Trip Clean-Up, Incidental Repairs, Rest breaks on the road." Husing Rep at 10. Moreover, his claim that almost 27% more drivers will be needed if those workers are treated as employees ignores the data (cited above) showing that employee truck drivers regularly work an average of 6.3 hours (11%) more hours per week than owner operators. In other words, employee drivers are more productive. There is no reason to believe this will be different once owner operator truck drivers are rightly classified as employees. In sum, these claims are purely conjecture and are not well founded.

Third, Dr. Husing reverts to the claim that a truck driver shortage exists that this law may exacerbate. Husing Rep. at 12-13. While motor carriers have complained of a labor shortage in trucking for almost forty years, a shortage has never been demonstrated. Indeed, many more CDL holders exist in the Commercial Driver License Information System (CDLIS) than are actively driving trucks. The employment package (wages, hours, and working conditions) is insufficient to attract and hold workers, which is why carriers experience a shortage. A famous study conducted for the American Trucking Associations more than two decades ago showed that the alleged driver shortage was more a problem of labor market churn than an actual shortage of drivers.[7] Economists generally agree that true labor market shortages only exist in occupations requiring decades of education; truck driving is not one of them. The problem is an imbalance in the labor market: the compensation for truck drivers has lagged behind the pay for other workers and has dropped around 50% in the last 40 years.[8] The solution to the labor shortage requires pay and work packages that are competitive with the rest of the labor market.

In sum, the evidence does not support Dr. Husing's exaggerated conclusions that *Dynamex* and AB-5 will reduce trucking services.

---

[6] Belman et al. *supra*, p. 72. At the mean, union drivers worked 59.8 hours, nonunion drivers worked 66.4 hours. Local drivers worked 62.4 hours, and OTR ["over the road"] drivers worked 66.2. Chen et al. similarly found that long-haul truck drivers average 60 hours of work weekly.

[7] The Gallup Organization. (1997). *Empty Seats and Musical Chairs: Critical Success Factors in Truck Driver Retention*.

[8] Belzer, Michael H. (2000). *Sweatshops on Wheels: Winners and Losers in Trucking Deregulation*. Oxford, UK and New York, NY: Oxford University Press.  This book demonstrates a 1/3 decline in wages between 1980 and 2000 and real wages (controlling for inflation) have declined further in the last twenty years.

*Routes*

Application of *Dynamex* and AB-5 will not cause a significant disruption in routes.  Dr. Husing claims that out of state firms will be burdened by the obligation to comply with California meal and rest break rules, Husing Rep. at 16, but those rules apply to all companies, whether headquartered in or out of the state. Moreover, Dr. Husing exaggerates the impact of drivers being provided meal and rest breaks under California law. All truck drivers – whether employee or independent contractor – must comply with federal Hours of Service regulations and take appropriate breaks regardless of California law. Under those regulations, all truck drivers are subject to driving hours limitations, including that they must be off duty for 10 hours before starting to drive, cannot drive for more than 11 of the 14 hours during which they can be on duty, and must take a thirty-minute rest break after driving for more than 8 hours. *See* 29 C.F.R. 395.3. At most, California law would require a driver to take one or two additional brief breaks per day beyond the federal requirements, which is not sufficient to require a change in motor carriers' business model.

In sum, Dr. Husing's report exaggerates the consequences that obedience to AB-5 will have on routes.

*Prices*

Dr. Husing estimates a difference between the cost of employment compared with the cost of contracting of roughly $30,000. *See* Husing Rep. at 17-18 (Exhibits 14 and 15). There are several flaws in this calculation.

First, Dr. Husing includes as a cost of employment in Exhibit 15 the cost of employees' reduced productivity, and there is no evidence to back this up. *See* above. This figure alone accounts for $20,083 of the purported cost difference between employees and independent contractors.

Second, Dr. Husing includes in the cost of employment many things not required of employers under California law. Dr. Husing's conclusions about "pay" for drivers classified as employees are just unfounded. Notably, Dr. Husing bases his pay calculations off of *median* pay for employees, even though California law requires only that employees receive a *minimum* wage.  Husing Rep. at 17.  In addition, California law does *not* require firms to provide to employees health insurance, paid vacations, holidays, or paid time off due to business downturns, so these are not costs that could result from AB 5.  In fact, trucking outside of the union sector has long had limited holidays, sick leave, and other paid time off. These costs should not be included in a comparison of the effects of AB 5.[9]

---

[9] Moreover, Dr. Husing's estimates about vacations, sick days, and holidays in the trucking industry are way off. The 1997 survey cited above shows that the median truck driver nationally takes five days of paid vacation and four holidays. *See* Belman et al., *supra*, at p. 47.

Third, Dr. Husing includes in the employer cost of benefits costs that owner-operators should be carrying already. Husing Rep. at 17. If owner operators are not paying for insurance and other legal obligations, then they either are skirting the law or they bear an implied cost because they are self-insured for these risks. Owner operators are supposed to pay all of these costs, including both the employee and employer share of FICA, so this cost of providing benefits could only be additional cost if the owner-operators simply are avoiding these costs by going uninsured and not paying employment taxes.