STACEY M. LEYTON (SBN 203827)
Email: sleyton@altber.com
ANDREW KUSHNER (SBN 316035)
Email: akushner@altber.com
ELIZABETH VISSERS (SBN 321365)
Email: evissers@altber.com
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

Attorneys for Intervenor-Defendant
International Brotherhood of Teamsters

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA TRUCKING ASSOCIATION, RAVINDER SINGH, and THOMAS ODOM,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as the Attorney General of the State of California; JULIE SU, in her official capacity as Secretary of the California Labor Workforce and Development Agency; ANDRE SCHOORL, in his official capacity as the Acting Director of the Department of Industrial Relations of the State of California; and LILIA GARCIA-BROWER, in her official capacity as Labor Commissioner of the State of California, Division of Labor Standards Enforcement, PATRICK HENNING, in his official capacity as the Director of the Employment Development Department.<br><br>Defendants,<br><br>and<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS,<br><br>Intervenor-Defendant. | Case No. 3:18-cv-02458-BEN-BLM<br><br>**DECLARATION OF DR. STEVE VISCELLI IN OPPOSITION TO MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Hearing Date: December 30, 2019<br>Time: 10:30am<br>Courtroom: 5A<br>Judge: Honorable Roger T. Benitez<br>Action Filed: October 25, 2018<br>Trial Date: Not set |

I, Dr. Steve Viscelli, hereby declare as follows:

1.      I am an economic sociologist who has spent approximately 14 years studying the trucking industry. I received my doctorate from Indiana University in 2010.  My dissertation addressed work and employment relations in the long-haul trucking industry, using a wide range of quantitative and qualitative data analysis. After completing my dissertation in 2010, I was awarded a two-year National Science Foundation post-doctoral fellowship to study the effects of the Great Recession on the work and employment opportunities of long-haul truckers.

2.      I am currently employed by the University of Pennsylvania, where I am a Robert and Penny Fox Family Pavilion Scholar, a Senior Fellow at the Kleinman Center for Energy Policy, and a Lecturer in the Department of Sociology.  In my work for the Kleinman Center I serve as an expert on the trucking industry and energy efficiency.  I have also worked for Penn's Wharton School of Business and Penn's Engineering School to develop conferences on trucking technology and innovation management.  My current research looks at the employment and environmental impacts of self-driving trucks. In recent years I have served as a consultant to private firms and adviser to policymakers at the local, state and federal level on issues of efficiency and employment relations and automation in the trucking industry.  A true and correct copy of my *curriculum vitae* is attached to this declaration as **Exhibit A**.

3.      I was retained by Intervenor-Defendant International Brotherhood of Teamsters to analyze and comment on the report submitted by Dr. John Husing in support of the motion for a preliminary injunction filed by the plaintiffs in this case.  *See* Dkt. 54-5.

4.      I am uniquely qualified to analyze Dr. Husing's report.  In April of 2016, I published a book, entitled *The Big Rig: Trucking and the Decline of the American Dream* with the University of California Press, which examines the changing patterns of work in the trucking industry since the industry was

deregulated and specifically discusses the evolution of independent contractor use by motor carriers.   A true and correct copy of my analysis of Dr. Husing's report is attached as **Exhibit B**.  All of the statements and conclusions in that report are true and correct to the best of my knowledge.

5.     Attached hereto as **Exhibit C** is a true and correct copy of data from the website of the California Employment Development Department regarding the number of self-employed "drivers/sales worker and truck drivers" in the State of California, which I refer to in my report.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Executed in Philadelphia, Pennsylvania on December 16, 2019.


_____
Steve Viscelli, Ph.D.

# EXHIBIT A

DECEMBER 2019

STEVE VISCELLI

University of Pennsylvania
Fox-Fels Hall
3814 Walnut Street
Philadelphia, PA 19104

steveviscelli1@gmail.com
www.steveviscelli.com
cell: 215-275-6499

## Academic Appointments

| | |
|---|---|
| 2016-Present | University of Pennsylvania<br>*Robert and Penny Fox Family Pavilion Scholar*<br>*Senior Fellow*, Kleinman Center for Energy Policy<br>*Lecturer*, Department of Sociology |
| 2012-2016 | Swarthmore College<br>*Visiting Assistant Professor* |
| 2010-2012 | University of Wisconsin – Madison<br>*National Science Foundation/American Sociological Association*<br>*Postdoctoral Fellow in Economic Sociology* |

## Education

| | |
|---|---|
| Ph.D. | Department of Sociology, Indiana University, 2010 |
| M.A. | Department of Anthropology, Syracuse University, 2002 |
| B.A. | Colgate University, cum laude, with honors in Philosophy, 1996 |

## Books

*The Big Rig: Trucking and the Decline of the American Dream.* Berkeley: UC Press, 2016.

> - *Max Weber Award for Outstanding Book of the Year* from the American Sociological Association's Section on Organizations, Occupations and Work (2017).
> - *Outstanding Book Award* from the American Sociological Association's Section on Inequality, Poverty and Mobility (2017).
> - *Distinguished Scholarly Book Award* from the American Sociological Association's Section on Labor and Labor Movements, co-winner (2017)

Media coverage in: *The Wall Street Journal, The Washington Post, The New York Times, The Atlantic, BusinessWeek, Money, Time, Forbes, NPR Radio Times, Transport Topics, Supply Chain Digest, FleetOwner, Arkansas Democrat Gazette, Long Beach Press Telegram, The Pennsylvania Gazette, Trucks.com, Landline, Industry Watch, Truckers News, Sociological Images, Heartland Politics, In the Workplace, Knowledge at Wharton, Thinking Aloud, Road Dog Radio, Penn Current, The Ringer, PBS Newshour, Frontline, 60 Minutes.*

Reviews in: *American Journal of Sociology, Contemporary Sociology, Labor Notes, Men and Masculinities, Labor, Journal of American Culture, Journal of Working Class Studies.*

*Driverless: Autonomous Trucks and the Future of the American Trucker.* In progress.

## Articles and Book Chapters

"How Policy Shapes Technology: The Case of Self-Driving Trucks." *Issues in Science and Technology.* Spring 2020.

"The Trouble with Trucking." In *Shifting to the High Road: Improving Job Quality in Low-wage Industries.* Edited by Paul Osterman. Cambridge, MA: MIT Press. 2019.

"Federalism and the Independent Contractor in Trucking." *Industrial and Labor Relations Review.* Forthcoming.

"Driverless? Policy, Worker Power and the Future of the American Trucker." *American Behavioral Scientist.* In progress.

"Truck Stop: How One of America's Steadiest Jobs Turned into One of Its Most Grueling." *The Atlantic.* May, 2016.

## Reports, Policy Briefs, and Public Comments

*Labor in the Climate Transition: Goods Movement Chapter.* Labor Center, UC Berkeley for the State of California. Forthcoming (tentative title).

*Comment to the Federal Motor Carrier Safety Administration on Suggested Changes to Hours of Service Regulations.* October 9th, 2018.

*Brief of Amicus Curiae in New Prime v Oliveira,* submitted to the Supreme Court of the United States, Steve Viscelli, et. al. 2018.

*Driverless? Autonomous Trucks and the Future of the American Trucker.* Labor Center, UC Berkeley and Working Partnerships USA. 2018.

*Effect of Automated Trucks on the Truck Driver Workforce.* National Science Foundation. Authors: Jeffery Hickman; Levy, Frank; Burks, Stephen; Viscelli, Steve; Lee, John. 2018.

*Mobility 21: Strategic Investments for Transportation Infrastructure and Technology.* Computing Community Consortium. Contributing Author. 2017.

*Stalled: Make Big Trucks More Fuel Efficient with Smarter Infrastructure Investments*. Kleinman Center for Energy Policy. 2017.

*A Road Map to Wisconsin's Climate and Energy Future.* Wisconsin Academy of Sciences, Arts and, and Letters. Contributing Author. 2014.

*Getting It from Here to There: Urban Truck Ports and the Coming Freight Crisis.* Center on Wisconsin Strategy. 2012.

## Editorials

"We Need Ethnography of Labor Markets More Than Ever." *Inequality, Poverty, Mobility Newsletter*. Summer, 2018.

"The Real Injustice of the ELD Mandate." *Trucks.com*. December 6th, 2017.

"Truckers Fleeing the Road Due to Missed Holidays and Low-Pay." *Trucks.com.* June 30th, 2017.

## Book Symposia and Reviews

"AI and the Study of Work." *Industrial and Labor Relations Review.* May 2020.

Review of *When Good Jobs Go Bad: Globalization, De-unionization, and Declining Job Quality in the North American Auto Industry*, by Jeffrey S. Rothstein. *Work and Occupations*. Forthcoming.

Review of *Negotiating Work, Family, and Identity among Long-haul Christian Truckers: What would Jesus Haul?* by Rebecca Upton. *Contemporary Sociology*. 47(4):502-503. July, 2018.

## Grants

Sloan Foundation, *Technology and Outsourcing in Last-mile Delivery,* 2020-2022, $223,545

Environmental Defense Fund, *Carbon Emissions and the Future of Freight*, 2019-2020, $38,000

Ford Foundation, *The Platform Economy and the Future of the City,* 2018-9, $10,000

Heinz Foundation, *Future of Work in Freight Transportation,* 2018-9, $35,000

UC Center for Labor Research and Education, *Labor Impacts in Transportation of California's Climate Plan*, 2018 $28,000

UC Center for Labor Research and Education, *Autonomous Truck Employment Impacts Project,* 2017-8, $30,500

Working Partnerships USA, *Autonomous Vehicle Research Project,* 2017-8, $45,000

Mellon Environmental Studies, *Curriculum Grant,* Swarthmore College, 2013, $5,000

Lang Center Civic & Social Responsibility, *Curriculum Grant,* Swarthmore College, 2012-2013, $5,000

W.E. Upjohn Institute for Employment Research, *Mini-Grant*, 2011. $4,500

## Awards and Fellowships

NSF/ASA Postdoctoral Fellowship in Economic Sociology, U. of Wisconsin, 2010-2012

Department of Sociology, *Advanced Departmental Fellowship*, Indiana University, 2005-2006

Department of Sociology, *Ph.D. Qualifying Exam Pass with Honors*, Indiana University, 2004

Maxwell School of Citizenship and Public Affairs, *Recipient, Goekjian Summer Research Grant,* Syracuse University, 2001

Department of Anthropology, *Ph.D. Qualifying Exam Pass with Distinction in Theory*, Syracuse University, 2000

Colgate University, *Donald C. Cerri Memorial Scholarship*, 1992-1996

Colgate University, *Patriot League Scholar Athlete Award*, 1993-1995

## Invited Talks/Panels

- "The Environmental Impacts of Autonomous Trucks." BlueGreen Alliance, Washington, DC, October 29, 2019.
- "The Quality and Future of Freight Jobs." California Future of Work Commission, Palo Alto, CA. October 10th, 2019.
- "The Quality of Supply Chain Jobs." Labor Research Action Network. Cleveland, OH. June 13th, 2019.
- "Economic Impacts of Autonomous Trucks." Consortium for Science, Policy & Outcomes. Washington, DC. February 14th, 2019.
- "The Future of Goods Movement." Delaware Valley Regional Planning Commission. December 10th, 2018.
- "A Laboratory of Democracy in a Land of Predation." Cornell ILR/Rutgers Symposium on Federalism in US Work Regulation. School of Management and Labor Relations, Rutgers University. November 8th, 2018.
- "Goods Movement and the Climate." Architecture League. New York, New York. November 3th, 2018.
- "Energy in Transportation." Wharton Energy Conference. Philadelphia PA. October 26th, 2018.

- "Towards a Workers' Agenda for New Technology: Research, Policy, and Organizing." EARNCon, Chicago October 5th, 2018.
- "Automation and Impacts on Low and Moderate Wage Workers." Federal Reserve Bank Reinventing our Communities Conference. Baltimore, MD. October 3rd, 2018.
- "Cargo and Logistics." Labor in Climate Transition. UC Labor Center. Berkeley, CA. September 12th, 2018.
- "Driverless? Autonomous Trucks and the Future of the American Trucker." Heinz Foundation's Future of Work Project Advisory Meeting. Pittsburgh.  August 9th, 2018.
- "Driverless? Autonomous Trucks and the Future of the American Trucker." International Brotherhood of Teamsters' National Legislative Conference. Washington, DC. July 17th, 2018.
- "Driverless? Autonomous Trucks and the Future of the American Trucker." Virginia Tech National Science Foundation Autonomous Truck Workshop. Alexandria, VA, June 29th, 2018.
- "Driverless? Autonomous Trucks and the Future of the American Trucker." International Brotherhood of Teamsters' Joint Council 7 Annual Seminar. Lake Tahoe, CA. June 12th 2018.
- "Driverless and Door-to-Door: Autonomous Trucks, Ecommerce and the Future of the American Trucker." MIT, Institute for Work and Employment Research. May 8th, 2018.
- "Predatory Employers, Vulnerable Workers: How Unrestrained Employer Power Increases Inequality." University of Texas – Austin, Inequality Working Group, March 29th, 2018.
- "Autonomous Vehicles and Labor: Where is the common ground?" Uber. December 19th, 2017.
- "Predatory Employers, Vulnerable Workers." UMass Amherst, Department of Sociology. September 13th, 2017.
- "Independents: Past, Present and Future." Uber Freight. March 30th, 2017.
- "Over-the-Road Truckload: The Good, the Bad and the Ugly and What Self-Driving Trucks Could Do About Them." Otto. March 30th, 2017.
- "The Role of Ethnography in Understanding Worker Misclassification." Labor Relations, Law, & History/International & Comparative Labor Research Seminar, ILR, Cornell University. March 21st, 2017.
- "The Big Rig: Studying Class Power in the Field." Institute for the Study of Societal Issues and the Labor Center.  UC Berkeley. September 21st, 2016.
- "Build It and They Will Come: Lessons from CBL Project-based Classes." The Third Annual Community Based Learning Lecture at Johns Hopkins University. Baltimore, MD. April, 2015.
- "Getting It from Here to There: Urban Truck Ports and the Coming Freight Crisis." State Smart Transportation Initiative Meeting, Salt Lake City, Utah.  October, 2014.
- "Getting It from Here to There: Urban Truck Ports and the Coming Freight Crisis." North American Council on Freight Efficiency Meetings. Indianapolis, IN May, 2012.
- "Getting It from Here to There: Urban Truck Ports and the Coming Freight Crisis." State Smart Transportation Initiative Meeting, Seattle, WA. February, 2011.

## Conference Organizing

Co-organizer, *The Platform Economy and the Future of the City,* Annenberg School of Communication. University of Pennsylvania, March, 2019.

Co-organizer, *Moving America Forward: The Next Generation of Truck Freight Transport*. Mobility21, University Transportation Center and the Kleinman Center for Energy Policy, University of Pennsylvania, October, 2018.

Co-organizer, *Connected Vehicles Conference;* Wharton School of Business, Program on Vehicle Mobility and Innovation, Mack Institute for Innovation Management, June, 2017.

## Conference Presentations

* "Driverless? Autonomous Trucks and the Future of the American Trucker." Labor Employment Relations Association, Cleveland, OH. June 14, 2019.
* "Driverless? Autonomous Trucks and the Future of the American Trucker." Moving American Forward Conference. University of Pennsylvania. October 24th, 2018.
* "Making Time to Talk: Working with Reporters." ASA Annual Meeting. Philadelphia, PA. August 2018.
* "The Big Rig: Class Power in Deregulated Labor Markets." Presidential Panel on Ethnography, ASA Annual Meeting. San Francisco, CA. August, 2014.
* "The Socioeconomic Mobility of Jewish Immigrants in the 20th Century." ASA Annual Meeting. San  Francisco, CA. August, 2014. With Rachel Ellis, Kristin Geraty, and Melissa Wilde.
* "The Socioeconomic Mobility of Jewish Immigrants in the 20th Century." 2013 annual meeting of the *Society for the Scientific Study of Religion*, Boston, MA. With Rachel Ellis, Kristin Geraty, and Melissa Wilde.
* "Shifting Risk in the Great Recession." ASA Annual Meeting. Denver, CO. August 2013.
* "Constructing the Small Business Owner: The Role of Symbolic Boundaries in Shifting Employment Relations." Junior Theorists Symposium, Las Vegas, NV. August, 2011.
* "Self-Employed in the New World of Work: Independent Contracting and Worker Control in Trucking." ASA Annual Meeting, Las Vegas, NV.  August, 2011.
* "Getting It from Here to There: Urban Truck Ports and the Coming Freight Crisis." Industry Studies Association Meetings, Pittsburgh, PA.  June, 2011.
* "Why do Long-Haul Truckers become Owner-Operators?" Culture, Politics and Economy Workshop, University of Wisconsin. December, 2010.
* "Getting It from Here to There: Urban Truck Ports and the Coming Freight Crisis." Center on Wisconsin Strategy, University of Wisconsin.  November, 2010.
* "Ready to Call Your Own Shots? Taxes, Class, and Symbolic Boundaries in Long-Haul Trucking." ASA Annual Meeting.  August, 2010.
* "Buying It: Class, Culture, and the Making of Owner-Operators in Long-Haul Trucking." Culture and Interaction Workshop, University of Pennsylvania. May, 2010
* "More Ways to Skin a Cat: How Tax Laws Affect Competition and Workers in Long-Haul Trucking." Social Science History Association Meeting. November, 2009
* "A Computer Won't Breathe Down Your Neck: Dignity and Surveillance in the Long-haul Trucking Industry." ASA Annual Meeting. August, 2008
* "Strange Bedfellows: Coalition Formation, Organizational Characteristics and Strategic Advantage." ASA Annual Meeting. August, 2005.
* "Strange Bedfellows: Coalition Formation, Organizational Characteristics and Strategic Advantage." Political, Economic and Cultural Sociology Workshop, Indiana University. May, 2004

## Service

Reviewer for:

University of California Press
Sociological Compass
Work and Occupations
Contemporary Sociology
Industrial and Labor Relations Review

## Consulting and Policy Work

*Consulting*, various and on-going. Providing expertise to a wide-range of policymakers and organizations and firms on labor, energy efficiency and automation in the freight industry.

*Expert Witness,* Providing expertise in lawsuits and arbitrations regarding truck drivers.  Producing expert reports and testimony to assist courts and arbitrators in understanding the work and labor market behavior, work hours, and compensation of truck drivers.

> Provided Testimony in the following:
> *Gabriel Cilluffo v. Central Refrigerated Services Inc.*
> *William Blakley v. Celadon Group, Inc.*
> *Fredrick Blodgett v. FAF Inc.*

Chicago Metropolitan Agency for Planning, *Expert Consultant*. 2017. Provided expertise and information on new technologies for freight transportation, including autonomous vehicles, to develop a regional transportation plan for the Chicago region (GOTO 2050).

Driftless Region Food and Freight Project, *Steering Committee Member,* 2015-2016. Provided expertise on freight logistics.  Project funded by U.S. Department of Agriculture with goal of bringing together stakeholders to create more efficient and sustainable supply chains for local and regional produce in the Upper Midwest, particularly Chicago.

Center on Wisconsin Strategy, *Senior Associate*, 2012-2016. Provided expertise on the trucking industry to public and private stakeholders, including the State Smart Transportation Initiative, a working group of state DOT executives.

## Previous Research and Work Experience

Center for Urban Ethnography, UC Berkeley, *Research Assistant*, 2001-2002
Assisted Professor Martin Sanchez-Jankowski in research on gangs, urban poverty, and health risks of urban poverty in Northern and Southern California.

Forest Communities Project, *Director,* Oakland, CA, 1998-1999
Designed and directed campaign under the fiscal sponsorship of Rainforest Action Network to develop US market support for local sustainable forestry initiative in the Slocan Valley of British Columbia. Directed all aspects of campaign including developing strategy for consumer education and media, acquiring funding, writing literature, and corporate and media relations.

BC Wild, *Project Consultant*, Vancouver and Atlin, British Columbia, Fall 1998
Worked with NGO in Vancouver and Tlingit First Nation in Atlin on a campaign to protect local native salmon fisheries in British Columbia, Yukon Territories and Alaska from pollution by international mining operations.  Provided guidance on designing international efforts to support grassroots campaign.

Natural Resources Defense Council, *Researcher,* Washington, DC, 1997-8
Worked with Rainforest Action Network and Greenpeace on successful campaign for the protection of six million acres of ancient temperate rainforest in British Columbia and NRDC's Forest for Tomorrow Initiative and represented NRDC at conferences, meetings and other public forums. Wrote briefs and developed strategy for consideration by senior staff, including Robert Kennedy, Jr., on topics including: international market trends, the Forest Stewardship Council, US trade policy, corporate profiles, and consumer and media campaign strategies.

American Rivers, *Hydropower Reform Coalition Assistant*, Washington, DC, Fall 1996
Researched successful legal appeal of Federal Energy Regulatory Commission (FERC) ruling of non-jurisdiction pertaining to four hydropower dams in an effort to protect the American eel fishery in Maine.  Developed guidance literature on model legal language for use by grassroots organizations in settlement agreements with FERC.

**<u>Teaching Experience</u>**

Recent Courses:

- *Social Stratification* – Undergraduate course on the Sociology of Race, Class, and Gender
- *Classical Sociological Theory* – Introductory course to sociological theory until the 1950s
- *Rich and Poor* – Introductory course on work, economic inequality and related policy in the US
- *Qualitative Methods* – Advanced undergraduate methods course covering research design, participant observation, interviewing and qualitative data analysis

Other Courses Taught:

- *Sociology of the US Labor Movement* – Advanced undergraduate course covering theories of the US labor movement
- *Social Problems and Public Policy: Educational Inequality in Philadelphia* – Introductory course about educational inequality in Philadelphia, includes substantial community-based learning with partner elementary school
- *Social Problems and Public Policy: The Underclass* – Introductory course about sociological conceptions of the "underclass" from the Moynihan report to the present
- *Social Problems and Public Policy: The War on Drugs* – Introductory course about the public policy of the war on drugs and mass incarceration

EXHIBIT B

<u>**Dr. Steve Viscelli's Assessment of the Report of Dr. John Husing Dated December 2, 2019**</u>

I have been asked to evaluate the report submitted by Dr. John Husing in California Trucking Association et al. v. Xavier Becerra et al., Case No. 3:18-cv-02458-BEN-BLM in the United States District Court, Southern District of California.  In my view, Dr. Husing has submitted to the court a deeply flawed assessment of the role of independent contractor model on the trucking industry in California. There are fundamental problems with the data Dr. Husing chooses, his characterization of independent contractor relationships, his assumptions about the behavior of independent contractors compared to employees, and the existence of a shortage of truck drivers, among other problems. As a result of these problems, Dr. Husing reaches a conclusion – that AB5 will dramatically reduce the efficiency of the trucking industry and result in major impacts on prices, routes and service – that is not supported by well-documented facts and extensive research on the industry.

Due to the limited amount of time between when I received Dr. Husing's report and the deadline to submit this analysis, as well as my other commitments during that limited time, I have not yet had time to develop a full response to Dr. Husing's report. I was not able to review the studies underlying Dr. Husing's report because they were provided at the very end of the last working day before this declaration was due. Nevertheless, I have summarized some of Dr. Husing's report's main problems below.

### *Dr. Husing Fails to Differentiate Among Different Kinds of Owner-Operators*

Dr. Husing uses the term "independent owner-operators" to refer to the truck drivers who would be affected by AB5. Husing Rep. at 1. Because he fails to distinguish among different kinds of owner-operators, however, Dr. Husing's conclusions are not reliable.  As I have experienced many times and those inside the industry know, outsiders to the industry are often confused by the employment category of "owner operators," who are not always, or even frequently, independent of motor carriers in the way that the term would suggest.

In fact, the vast majority of drivers Dr. Husing is referring to are not "independent owner-operators" but lease-operators. There is some variation in the exact terminology used for different kinds of owner-operators, but the distinction explained below between an "independent" and a leased owner-operator is widely recognized.[1]

*Owner-operator* refers generally to a driver who owns or leases the equipment that he or she drives. There are two major types:

1) *Independent owner-operator* – an owner-operator who owns his or her equipment and has his or her own Federal Motor Carrier Safety Administration operating authority.

---

[1] For further detail on this distinction see, e.g. Belman, Monaco, and Brooks. 2005. *Sailors on the Concrete Sea: A Portrait of Truck Drivers' Work and Lives*. East. Lansing, Michigan: Michigan State University Press; Steve Viscelli. 2016. *The Big Rig: Trucking the Decline of the American Dream.* Oakland: University of California Press; https://cdl101.com/guide-becoming-owner-operator-trucking-industry/.

1

These are small motor carriers controlled by a driver who operates his or her own truck.

2) *Lease-operator* – a driver who leases his or her services to a single carrier as an independent contractor for a lengthy period (typically 1 year or longer).

Further, there are two main kinds of lease-operators:

1) *Ordinary lease-operators* – Drivers who own their tractor or lease it from someone other than the motor carrier that they work for.

2) *Lease-purchase owner-operator* – Drivers who lease the equipment they drive from the motor carrier they work for.

The differences between true independent owner-operators and lease-operators are stark. The former is a small motor carrier with its own federal authority to operate. The latter does not have an operating authority, but is instead working under the authority of the contracting motor carrier using a compensation scheme in which the owner operator pays for the expenses of the equipment he or she operates before he or she earns any compensation. In short, lease-operators are best understood as employees, under any definition of that term. The vast majority of owner operators are lease-operators, and the majority of lease operators are either lease-purchase owner-operators (i.e. the motor carriers for which they drive own the lease-operators' trucks) or ordinary lease-operators operating older, less expensive equipment.

The fact that most lease-operators are driving trucks owned by the motor carrier for which they drive undermines Dr. Husing's conclusion that lease-operators own expensive trucks that will be difficult for motor carriers to replace. Husing Rep. at 1-2. In actuality, many owner operators are driving trucks that the carriers they work for *already* own.

### Dr. Husing Incorrectly Suggests that Lease-operators and Employees Behave Differently

The similarities and differences among truck drivers working under different employment arrangements and why workers choose those different employment arrangements or start their own firms have been my primary research topic for the last 14 years. There are virtually no day-to-day differences between employees and lease-operators in most segments of trucking.[2] Like employee drivers, they haul the loads that the motor carrier they work for contracts to move. Like employees, they work for a fixed rate of pay, either by mile or a percentage of the load revenue.  Like employees, they do not typically choose among loads. Though they have the nominal right to refuse loads, due to overhead costs and their dependence on one motor carrier for all their work lease-operators rarely, if ever, refuse loads. If one strips away the terminology and observes their interactions with motor carriers and the work they do, lease-operators are indistinguishable from drivers who companies already classify as employees.

---

[2] Viscelli, Steve. 2016. *The Big Rig: Trucking and the Decline of the American Dream.* University of California Press.

The big differences between employees and lease-operators are on payday. Employee drivers are typically paid by the mile or by the hour, while lease-operators are paid by the mile or, less commonly, a percent of the load revenue. But regardless of how pay is calculated (by mile, hour, or percentage of load revenue), lease-operators earn more in gross pay, but have expenses (e.g. truck payment, insurance, fuel) deducted from their paychecks before they earn take home pay. Of course, as independent contractors, they pay self-employment tax and are not eligible for unemployment insurance, and so reduce labor costs of employers. Despite these cost savings for employers, independent contractors typically earn substantially less than comparably experienced employee drivers.

Dr. Husing suggests that lease-operators work significantly more hours than employees. Husing Rep. at 10. Although I was unable to review the reports that underlie this conclusion, research and evidence suggest that owner-operators actually work *fewer* hours than employees.[3]

### Dr. Husing Incorrectly Suggests That Independent Contractors are Critical for Seasonal Demand

Dr. Husing states that owner operators play a unique role in meeting seasonal demand that cannot be met after AB 5 because owner operators hop between segments of the industry independently of the motor carrier they are leased to, or even hop to other kinds of jobs, based on seasonal patterns. Husing Rep. at 10. There are several flaws with this conclusion.

First, this mischaracterizes the owner-operator relationship – the lease-operators affected by AB5 do not have *trucks*, they have *tractors*. A *truck* is a vehicle capable of carrying freight. There are essentially two kinds of trucks: "tractor-trailers" and "straight trucks." As the name suggests, tractor-trailers (sometimes called semis or tractor-trailer combinations) consist of a tractor (often referred to as a "power unit") and a trailer or chassis (the wheeled frame used to haul shipping containers). By contrast, a "straight truck" is one indivisible unit composed of both a power unit and storage area for the load.

Dr. Husing is not clear about whether he is discussing "straight trucks" or "tractor-trailers" but the sources he cites regarding the purported driver shortage, parking times, and vehicle costs are all about tractor-trailers only. Further, all indications are that the lease operators Dr. Husing purports to analyze drive tractor-trailers. Lease-operators almost always haul trailers controlled by the motor carrier or containers on a chassis. Lease-operators rarely own a trailer and never own a chassis but instead own or lease only tractors.

This is an important distinction that undermines Dr. Husing's conclusion that owner operators "can enter or leave any particular market as they see fit." Husing Rep. 9. In fact, lease-operators (who are most owner operators) can't simply go contract freely with customers in

---

[3] See Belman D., F. Lafontaine and K. Monaco. "Truck Drivers in the Age of Information: Transformation without Gain" in C. White and D. Belman (eds.) *Trucking in the Information Age.* 2005. London: Routledge. Also Belman, D. and E.E. Kossek. 2006. "Truck Owner-Operators: Entrepreneur or Galvanized Employees?" In Research on Entrepreneurship, edited by R. Heneman and J. Tanksy. Greenwich, CT: JAI Press.

different industries because *they don't have a trailer*, just a power unit (they also lack independent operating authority). Typically, the motor carriers with which these lease-operators contract control or have access to all of the trailers or chassis that lease-operators use. Accordingly, most owner operators cannot contract with customers directly because they do not own all of the necessary equipment. They must work through a motor carrier, which limits their ability to hop between jobs.  Husing Rep. at 10.

Second, there is no evidence to support the conclusion that owner operators provide unique flexibility to meet seasonal changes in demand. Husing Rep. at 10. In fact, research suggests that owner-operators are not used to meet fluctuating demand.[4] Only a very small portion of drivers under lease agreements work on leases of less than one year. That means that the overwhelming majority of owner operators work for the same carrier for a year, hauling whatever freight that carrier agrees to haul for its customers. True independent owner-operators do sometimes move from segment to segment playing the rates, but these are a small fraction of the industry.

Seasonal variation in demand is obviously already met by motor carriers that shift what they haul based on seasonality. Because they are more likely to own trailers and have operating authorities, companies are better able to do this than individual drivers. The advantage of trucks is that they are basically interchangeable. The same tractor can be used to haul in any of the major segments and trailers can be used for a wide range of products. Motor carriers are obviously set up to haul numerous product categories. The standard box van hauling steel coils in February may be hauling garden houses in April and almonds in August and rice in September and consumer electronics in December. Refrigerated motor carriers may focus on seasonal harvests of fruit and vegetables in peak seasons, but much of their freight is more regular frozen goods, meats, chemicals, etc. When those freight types aren't available they regularly haul non-refrigerated dry goods. Even flatbed trucks can haul seasonal goods in containers.

In short, the idea that independent contractors are critical to meeting seasonal demand in some way that motor carriers that treat their drivers as employees could not is fundamentally wrong.

### Dr. Husing Uses Inappropriate Data for the Number of Owner Operators in California

Dr. Husing cites a figure that there are 81,704 owner operators in California, which he suggests demonstrates the size of AB 5's impact on California's economy. Husing Rep. at 5. He cites the U.S. Census Bureau Non-Employer Statistics, which identifies the number of individuals receiving income of $1000 or more in truck transportation. It is not exactly clear why Dr. Husing chose this number, which likely represents several times the number of drivers affected by AB5.

---

[4] See Belman D., F. Lafontaine and K. Monaco. "Truck Drivers in the Age of Information: Transformation without Gain" in C. White and D. Belman (eds.) *Trucking in the Information Age*. 2005. London: Routledge.

Every major, independent published study on the trucking industry would suggest this number is wrong because there simply aren't that many owner operators. Most experts agree that there are somewhere between 150,000 and 250,000 lease owner-operators in the United States.[5] The industry group Owner-Operator Independent Drivers Association suggests that that there may be up to 350,000 owner-operators nationwide, including both true independent owner operators and lease-operators.[6] Even at this high end, there is no way, given the proportion of the nation's freight, that California has even close to 80,000 owner operators.

In fact, evidence suggests the number of owner operators in California is just a fraction of what Dr. Husing assumes. According to the California Employment Development Department, the number of self-employed "drivers/sales worker and truck drivers" in the State of California number approximately 49,600.[7] These numbers are based on the US Census Bureau, Current Population Survey, the source for truck driver employment data used by most researchers (not the Survey of Non-employers used by Dr. Husing).

In fact, it is likely that even the 49,600 figure in the California database overstates the number of owner operators in the State. The definition that the State uses for this estimate of self-employed drivers is based on a broad US Census category containing many jobs other than truck drivers operating vehicles of more than 10,000 lbs, the focus on Dr. Husing's report – meaning that the true number of actually self-employed truckers driving such vehicles is likely a good bit lower than 49,600.

In sum, while it will take more work to determine how far off Dr. Husing's numbers are, it is likely that there far fewer than 81,704 owner operators affected by AB5.

***There is No Truck Driver Shortage***

As a long-time owner-operator was quoted as saying in a 2010 interview: "If someone cannot find a driver to deliver a load at the rate they want it delivered at, they whine 'driver shortage.' It's analogous to this: 'I want to buy a new Cadillac for $10,000. They would not sell it to me. Hmm, must be a Cadillac shortage!'"[8]

---

[5] See for example a Bureau of Labor Statistics paper from two of the leading scholars of the industry, Stephen Burks and Kristen Monaco suggesting 10% of heavy-duty truck drivers are self-employed: Stephen V. Burks and Kristen Monaco, "Is the U.S. labor market for truck drivers broken?," *Monthly Labor Review,* U.S. Bureau of Labor Statistics, March 2019, https://doi.org/10.21916/mlr.2019.5. That would suggest there are about 180,000 owner-operators in the US.

[6] See Chen et.al. 2015. "NIOSH National Survey of Long-haul Truck Drivers: Injury and Safety." *Accident Analysis and Prevention.* 85: 66-72 for the most recent survey data of the portion of independent and lease-operator owner-operators and employee drivers in long-haul. See https://www.ooida.com/OOIDA%20Foundation/RecentResearch/OOfacts.asp for OOIDA's estimates.

[7] I've attached a copy of the Department's data as Exhibit C to my declaration.

[8] https://www.overdriveonline.com/the-driver-shortage-alarm/

The problem is not one of shortage but of retention, and only for one segment of the industry, long-haul trucking. The problem of retaining drivers began in the aftermath of deregulation and has been a problem almost continually since. There is in fact no truck driver shortage; there is simply a need in one large segment, the long-haul trucking segment, to continually feed new workers into the industry's revolving door. The *idea* of a shortage is a key part of the industry's recruitment efforts and ability to get public monies to subsidize worker training. Public relations efforts around the driver shortage are critical, as the larger carriers affected by AB5 can have annual turnover rates of over 100%.

As a research study by the US Bureau of Labor Statistics concluded just this year:[9]

"The occupation of truck driving is often portrayed by the industry and in the popular press as beset by high levels of turnover and persistent 'labor shortages.' Our analysis of OES data agrees that the labor market for heavy and tractor-trailer truck drivers shows markers of a 'tight' labor market over the period since 2003—employment in the occupation has been resilient, and nominal annual wages have persistently exceeded those of other blue-collar jobs with similar human capital requirements. While we do use ATA data to identify one segment of the trucking labor market (long-distance TL motor freight) that has experienced high and persistent turnover rates for decades, the overall picture is consistent with a market in which labor supply responds to increasing labor demand over time, and a deeper look does not find evidence of a secular shortage."

### Dr. Husing Wrongly Suggests There are Significant Barriers to Entry in Trucking

Throughout his report Dr. Husing suggests that there are significant barriers to entry into trucking: access to trucks, maintenance, parking, etc. This is a remarkable claim, because trucking is literally a textbook example of the opposite: a mature, highly competitive (too competitive many argue) market with low barriers to entry. What this means is that if profit margins increase it is easy for new firms to enter the market to provide supply. The reason for this is that trucks are cheap and essentially interchangeable.  They lack "asset-specificity" like say, an assembly line. All one needs to compete in trucking is a truck and the legal right to use it (operating authority) and to follow the rules for vehicle operation, safety and insurance that everyone else does.

### Dr. Husing Relies on Numerous Other Problematic Assumptions

There are a number of smaller but important issues with Dr. Husing's conclusions.

- Dr Husing assumes that lease-operators do a lot of their own maintenance. Husing Rep. at 16-17. In fact, most lease-operators are operating equipment owned by the carrier and maintenance on those trucks is already performed by those carriers or shops approved by

---

[9] Stephen V. Burks and Kristen Monaco, "Is the U.S. labor market for truck drivers broken?," *Monthly Labor Review*, U.S. Bureau of Labor Statistics, March 2019, https://doi.org/10.21916/mlr.2019.5.

those carriers. To ensure that the equipment that they lease to drivers does not fall into disrepair – something very likely to happen because *not* doing maintenance is a margin drivers can work – carriers have extensive sections of leasing contracts that specify exact what work needs to be done, when, and by whom.

- Dr. Husing suggests that 10 hours a day of driving time is a reasonable estimate of average driving time per day for owner operators. Husing Rep. at 10. Truckers would love to get 10 hours a day of driving in, but most don't come close to that on average. First of all, under Hours of Service regulations set by the Federal Motor Carrier Safety Administration it would be illegal for most of them because they can only log 60 hours total over 7 days and, as Dr. Husing says, they spend 1.5 hours or more of those allowed hours per day doing stuff other than driving. Husing Rep. at 11. Even many long-haul drivers, who typically spend the most time driving, are doing well if they average 7-8 hours of highway driving (revenue generating trip miles) per day.

- Dr. Husing suggests that a switch to employees will lead to increased road congestion. Husing Rep. at 12. It is not entirely clear what the logic is behind this assertion. It is difficult to imagine how the kinds of issues Dr. Husing raises would, if true, cause freight to be split up into more loads requiring more trips. What would cause increased congestion is if there were more goods to haul, but that is not at all related to whether a company uses employee drivers or independent contractors. Regardless of whether employees or independent contractors are used, the overall number of loads needed to be transported would not change and thus the number of trips required on public roads would not change.

### Conclusion

If time permitted, the points above and other flaws in Dr. Husing's report could be expanded upon. In short, however, it is clear that Dr. Husing's use of inappropriate data and incorrect assumptions about the use and behavior of lease-operators lead to massively inflated estimates of the impacts of AB5.

EXHIBIT C

| California: Self-Employed Truck Drivers Estimate* | | | |
|---|---|---|---|
| Occupational Title | Total | Self-Employed, Incorporated | Self-Employed, Unincorporated |
| Driver/sales workers and truck drivers | 49,300 | 10,200 | 39,200 |
| Industrial truck and tractor operators | 300 | <100 | 300 |
| **Total** | **49,600** | **10,200** | **39,500** |
| * Please note: The occupational titles used in the Current Population Survey of Households data are Census Bureau based. | | | |
| **Self-employed, Incorporated**: Persons that have established a legal corporation and typically employ others. (Source: Bureau of Labor Statistics (BLS)) | | | |
| **Self-employed, Unincorporated**: Persons, such as freelancers that have not established a corporation and often operate alone. (Source: BLS) | | | |
| Source: U.S. Census Bureau, Current Population Survey of Households, October 2019, 12-month moving average | | | |

| United States: Self-Employed Truck Drivers Estimate* | | | |
|---|---|---|---|
| Occupational Title | Total | Self-Employed, Incorporated | Self-Employed, Unincorporated |
| Driver/sales workers and truck drivers | 416,200 | 154,300 | 261,900 |
| Industrial truck and tractor operators | 1,000 | <100 | 1,000 |
| **Total** | **417,200** | **154,300** | **262,900** |
| * Please note: The occupational titles used in the Current Population Survey of Households data are Census Bureau based. | | | |
| **Self-employed, Incorporated**: Persons that have established a legal corporation and typically employ others. (Source: Bureau of Labor Statistics (BLS)) | | | |
| **Self-employed, Unincorporated**: Persons, such as freelancers that have not established a corporation and often operate alone. (Source: BLS) | | | |
| Source: U.S. Census Bureau, Current Population Survey of Households, October 2019, 12-month moving average | | | |

