STACEY M. LEYTON (SBN 203827)
Email: sleyton@altber.com
ANDREW KUSHNER (SBN 316035)
Email: akushner@altber.com
ELIZABETH VISSERS (SBN 321365)
Email: evissers@altber.com
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

Attorneys for Intervenor-Defendant
International Brotherhood of Teamsters

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA TRUCKING ASSOCIATION, RAVINDER SINGH, and THOMAS ODOM,<br><br>    Plaintiffs,<br><br>    v.<br><br>XAVIER BECERRA, in his official capacity as the Attorney General of the State of California; JULIE SU, in her official capacity as Secretary of the California Labor Workforce and Development Agency; ANDRE SCHOORL, in his official capacity as the Acting Director of the Department of Industrial Relations of the State of California; and LILIA GARCIA-BROWER, in her official capacity as Labor Commissioner of the State of California, Division of Labor Standards Enforcement, PATRICK HENNING, in his official capacity as the Director of the Employment Development Department.<br><br>    Defendants,<br><br>and<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS,<br><br>    Intervenor-Defendant. | Case No. 3:18-cv-02458-BEN-BLM<br><br>**DECLARATION OF ERIC TATE IN OPPOSITION TO MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Hearing Date: December 30, 2019<br>Time: 10:30am<br>Courtroom: 5A<br>Judge: Honorable Roger T. Benitez<br>Action Filed: October 25, 2018<br>Trial Date: Not set |

I, Eric Tate, hereby declare as follows:

1. I am the Secretary-Treasurer of International Brotherhood of Teamsters Local 848 ("IBT Local 848"), which is a labor organization that represents 7,500 workers in Southern California in various industries, including beverage delivery drivers, bus drivers, and warehouse workers. The facts set forth in this declaration are based on my personal knowledge, and if called to testify thereto, I could and would do so under oath.

2. I have served in my capacity as Secretary-Treasurer since 2009 and have been involved in the trucking industry since 2000, when I first started working for IBT Local 848. Based on my experience, I am very familiar with the trucking industry in general and specifically with the issue of misclassification of truck drivers as independent contractors.

3. Among IBT Local 848's activities are helping drivers challenge their misclassification as independent contractors for purposes of California labor law. In recent years, IBT Local 848 has worked with attorneys affiliated with the union to successfully challenge several companies' failure to give their drivers the protections owed to employees under California law based on their misclassification of their drivers as independent contractors. Many of these successful cases occurred prior to the California Supreme Court's decision in *Dynamex Operations West, Inc. v. Superior Court* in 2018. IBT Local 848 is currently involved in several pending cases against trucking companies that classify their workers as independent contractors.

4. Being classified as an employee for purposes of California labor law means that a driver enjoys important benefits like a minimum wage, meal and rest breaks, and overtime pay. In my experience, the quality of life of drivers who were misclassified can improve significantly once they are reclassified for employment law purposes. By just being around those drivers, they were struggling to make ends meet while working as independent contractors but are

1
TATE DECL. IN OPPOSITION TO MOTION FOR A PI; Case No. 3:18-cv-02458-BEN-BLM

healthier, happier, and enjoy a better quality of life once they are compensated in accordance with the law.

     5.     Among the companies that reclassified their drivers following IBT Local 848's involvement in a challenge to that classification is Pacific 9 Transportation, which is a trucking company at the ports of Los Angeles and Long Beach.

     6.     Before it reclassified its drivers, Pacific 9 hired owner-operators whom it classified as independent contractors for purposes of California's employment laws. IBT Local 848 helped with the drivers' challenge to Pacific 9's noncompliance with California's labor laws based on their misclassification of their drivers, which resulted in a judgment against Pacific 9. The drivers obtained that judgment in 2016, before the *Dynamex* decision.

     7.     Following the judgment against Pacific 9, the company agreed to treat the owner-operators with whom it contracts as employees for purposes of employment law using what is known as the "owner-driver model."

     8.     Under the owner-driver model, a trucking company contracts with owner-operators who own their own trucks and treats them as employees for purposes of employment laws. Companies that use the "owner-driver model" send drivers two checks each week, one as a wage payment for the driver's labor and another to reimburse the driver for the use of the truck the driver owns. My understanding is that the International Brotherhood of Teamsters has long represented drivers working as employees under the owner-driver model.

     9.     IBT Local 848 is now the representative of the owner-drivers who work for Pacific 9. Those owner-drivers are free to contract with other trucking companies even during the same time period that they are driving for Pacific 9 if the driver has his own authority to enter the port. Thus, an owner-driver who works for Pacific 9 today could contract with a different company tomorrow and then return to performing services for Pacific 9 later.

10. Based on my long experience in the trucking industry, including with Pacific 9 and other companies using the owner-driver model, companies can contract with owner-operators and treat them as employees for purposes of California's employment laws. A company would not need to purchase its own fleet of trucks or employ only full-time workers to comply with its legal obligations under those laws.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in Glendora, California on December 16, 2019.

*Eric Tate*
_____
Eric Tate