STACEY M. LEYTON (SBN 203827)
Email: sleyton@altber.com
ANDREW KUSHNER (SBN 316035)
Email: akushner@altber.com
ELIZABETH VISSERS (SBN 321365)
Email: evissers@altber.com
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

Attorneys for Intervenor-Defendant
International Brotherhood of Teamsters

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA TRUCKING ASSOCIATION, RAVINDER SINGH, and THOMAS ODOM,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as the Attorney General of the State of California; JULIE SU, in her official capacity as Secretary of the California Labor Workforce and Development Agency; ANDRE SCHOORL, in his official capacity as the Acting Director of the Department of Industrial Relations of the State of California; and LILIA GARCIA-BROWER, in her official capacity as Labor Commissioner of the State of California, Division of Labor Standards Enforcement, PATRICK HENNING, in his official capacity as the Director of the Employment Development Department.<br><br>Defendants,<br><br>and<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS,<br><br>Intervenor-Defendant. | Case No. 3:18-cv-02458-BEN-BLM<br><br>**DECLARATION OF ANDREW KUSHNER IN OPPOSITION TO MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Hearing Date: December 30, 2019<br>Time: 10:30am<br>Courtroom: 5A<br>Judge: Honorable Roger T. Benitez<br>Action Filed: October 25, 2018<br>Trial Date: Not set |

1    I, Andrew Kushner, hereby declare as follows:

2          1.      I am a member in good standing of the bar of the State of California,

3    an attorney at the law firm Altshuler Berzon LLP, and one of the counsel of record

4    for Intervenor-Defendant International Brotherhood of Teamsters ("IBT") in this

5    case.  The facts set forth in this declaration are based on my personal knowledge,

6    and if called to testify thereto, I could and would do so under oath.

7          2.      On Wednesday, December 11, 2019, I emailed counsel for Plaintiffs

8    California Trucking Association et al. asking them to provide to me the reports and

9    studies cited in the report that Dr. John Husing submitted in support of Plaintiffs'

10   preliminary injunction motion.  *See* Dkt. 54-5.  Those reports and studies were not

11   included in Dr. Husing's submission, and neither I nor either of the experts

12   retained by the IBT to analyze Dr. Husing's report could locate them.

13         3.      Counsel for Plaintiffs responded by sending the reports and studies to

14   me at 4:42pm on Friday, December 13, 2019, which was the business day

15   immediately preceding the due date for the IBT's opposition to Plaintiffs' motion.

16         I declare under penalty of perjury under the laws of the United States that

17   the foregoing is true and correct.

18

19         Executed in San Francisco, California on December 16, 2019.

20

21

22                                         Andrew Kushner

23

24

25

26

27

28