SPENCER C. SKEEN, CA Bar No. 182216
spencer.skeen@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
4370 La Jolla Village Drive, Suite 990
San Diego, CA 92122
Telephone: 858.652.3100
Facsimile: 858.652.3101

ROBERT R. ROGINSON, CA Bar No. 185286
robert.roginson@ogletree.com
ALEXANDER M. CHEMERS, CA Bar No. 263726
alexander.chemers@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone: 213.239.9800
Facsimile: 213.239.9045

Attorneys for Plaintiffs
CALIFORNIA TRUCKING ASSOCIATION,
RAVINDER SINGH, and THOMAS ODOM

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA TRUCKING ASSOCIATION, RAVINDER SINGH, and THOMAS ODOM,<br><br>  Plaintiffs,<br><br>  v.<br><br>XAVIER BECERRA, in his official capacity as the Attorney General of the State of California; JULIE SU, in her official capacity as Secretary of the California Labor Workforce and Development Agency; ANDRE SCHOORL, in his official capacity as the Acting Director of the Department of Industrial Relations of the State of California; and LILIA GARCIA-BROWER, in her official capacity as Labor Commissioner of the State of California, Division of Labor Standards Enforcement, PATRICK HENNING, in his official capacity as the Director of the Employment Development Department,<br><br>  Defendants. | Case No. 3:18-cv-02458-BEN-BLM<br><br>**JOINT STIPULATION PERMITTING SINGLE REPLY BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:  December 30, 2019<br>Time:  10:30 a.m.<br>Place:  Courtroom 5A<br><br>Complaint Filed: October 25, 2018<br>Trial Date: None<br>District Judge: Hon. Roger T. Benitez<br>  Courtroom 5A, 221 W. Broadway, San Diego<br>Magistrate Judge: Hon. Barbara L. Major<br>  11th Floor, 333 W. Broadway, San Diego |

Case No. 3:18-cv-02458-BEN-BLM
JOINT STIPULATION PERMITTING SINGLE REPLY BRIEF
IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

41153295_1.docx

1  Plaintiffs California Trucking Association, Ravinder Singh, and Thomas
2 Odom (together, "Plaintiffs"), and defendants Attorney General Xavier Becerra,
3 former Acting Director Andre Schoorl, Secretary of the California Labor Workforce
4 and Development Agency Julie A. Su, Labor Commissioner Lilia Garcia-Brower,
5 and Director of the Employment Development Department Patrick Henning, in their
6 official capacities (together, "State Defendants"), as well as intervenor-defendant
7 International Brotherhood of Teamsters ("IBT") (collectively, the "Parties"), enter
8 into the following joint stipulation permitting Plaintiffs to file a single, 20-page
9 Reply in support of Plaintiffs' Motion for a Preliminary Injunction.
10  WHEREAS, on December 2, 2019, Plaintiffs' filed their Motion for a
11 Preliminary Injunction [ECF No. 54], which was supported by a 25-page brief and is
12 currently set for hearing on December 30, 2019;
13  WHEREAS, on December 16, 2019, the State Defendants filed their
14 Opposition to the Motion for a Preliminary Injunction [ECF No. 55], which was
15 supported by a 20-page brief;
16  WHEREAS, on December 16, 2019, the IBT filed their Opposition to the
17 Motion for a Preliminary Injunction [ECF No. 58], which was supported by a 25-
18 page brief;
19  WHEREAS, Plaintiffs wish to file a single Reply brief to address the
20 arguments that are raised in both Oppositions;
21  WHEREAS, this would obviate Plaintiffs needing to file separate Reply briefs,
22 each totaling up to ten (10) pages, and collectively the same twenty (20) pages
23 requested through this stipulation;
24  WHEREAS, extending the page limit to 20 pages would allow Plaintiffs to file
25 a single brief, avoid the need for Plaintiffs to file separate Replies, and simplify
26 further proceedings; and
27  WHEREAS, the State Defendants and IBT jointly stipulate to this request for
28 the reasons stated.

1     Case No. 3:18-cv-02458-BEN-BLM
JOINT STIPULATION PERMITTING SINGLE REPLY BRIEF
IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

41153295_1.docx

IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, through their counsel of record, that:

1. Rather than filing two Reply briefs, Plaintiffs shall file a single Reply brief in response to both Oppositions.

2. Plaintiffs' Reply cannot exceed a total of twenty (20) pages in length.

DATED:  December 18, 2019    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:  /s Alexander M. Chemers
Spencer C. Skeen
Robert R. Roginson
Alexander M. Chemers

Attorneys for Plaintiffs
RAVINDER SINGH, THOMAS ODOM and CALIFORNIA TRUCKING ASSOCIATION

DATED:  December 18, 2019    DEPUTY ATTORNEY GENERAL, STATE OF CALIFORNIA

By:  /s/  Jose A. Zeldon-Zepeda
Jose A. Zelidon-Zepeda

Attorneys for Defendants
Attorney General XAVIER BECERRA, Acting Director ANDRE SCHOORL, Secretary JULIE A. SU, Labor Commissioner LILIA GARCIA-BROWER, and Director PATRICK HENNING, in their official capacities

DATED: December 18, 2019

ALTSHULER BERZON LLP

By: /s/ Andrew Kushner
Stacey M. Leyton
Andrew Kushner
Elizabeth Vissers

Attorneys for Intervenor-Defendant
INTERNATIONAL BROTHERHOOD OF TEAMSTERS

## **SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the contents of this document are acceptable to Jose A. Zelidon-Zepeda, counsel for Defendants, and for Andrew Kushner, counsel for Intervenor-Defendant, and that I have obtained both Mr. Zelidon-Zepeda's and Mr. Kushner's authorization to affix their electronic signature to this document.

DATED: December 18, 2019

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Alexander M. Chemers
Spencer C. Skeen
Robert R. Roginson
Alexander M. Chemers

Attorneys for Plaintiffs
RAVINDER SINGH, THOMAS ODOM and CALIFORNIA TRUCKING ASSOCIATION

41153295.1

3   Case No. 3:18-cv-02458-BEN-BLM
JOINT STIPULATION PERMITTING SINGLE REPLY BRIEF
IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

41153295_1.docx