UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA TRUCKING ASSOCIATION, et al.,<br><br>                                  Plaintiffs,<br><br>v.<br><br>ATTORNEY GENERAL XAVIER BECERRA, et al.,<br><br>                                  Defendants,<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS,<br><br>                                  Intervenor-Defendant. | Case No.:  3:18-cv-02458-BEN-BLM<br><br>**ORDER GRANTING JOINT MOTION TO PERMIT PLAINTIFFS TO FILE SINGLE REPLY BRIEF**<br>**[Doc. 59]** |

The parties jointly move for an order permitting Plaintiffs to file a single Reply Brief in response to both Oppositions to their Motion for Preliminary Injunction. The joint motion is **GRANTED**. Plaintiffs shall file a single Reply Brief of no more than 20 pages in response to both Oppositions.

**IT IS SO ORDERED.**

Date: December 18, 2019        _____
                              HON. ROGER T. BENITEZ
                              United States District Judge