XAVIER BECERRA
Attorney General of California
TAMAR PACHTER
Supervising Deputy Attorney General
JOSE A. ZELIDON-ZEPEDA
Deputy Attorney General
State Bar No. 227108
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3879
  Fax:  (415) 703-1234
  E-mail:  Jose.ZelidonZepeda@doj.ca.gov
*Attorneys for Defendants Attorney General Xavier Becerra, Acting Director André Schoorl, Secretary Julie Su, Labor Commissioner Lilia García-Brower, and Director Patrick Henning, in their official capacities*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA TRUCKING ASSOCIATION; ET AL.,**<br><br>Plaintiff,<br><br>v.<br><br>**ATTORNEY GENERAL XAVIER BECERRA; ET AL.,**<br><br>Defendants. | 3:18-cv-02458-BEN-BLM<br><br>**STATE DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>Date:         February 3, 2020<br>Time:        10:30 a.m.<br>Courtroom: 5A, Fifth Floor<br>Judge:       The Honorable Roger T. Benitez<br>Trial Date:  None set<br>Action Filed: October 25, 2018 |

TO PLAINTIFFS CALIFORNIA TRUCKING ASSOCIATION, ET AL.:

TAKE NOTICE that on February 3, 2020, at 10:30 a.m., at the United States District Court, Southern District of California, 221 West Broadway, San Diego, CA 92101, courtroom 5A, Fifth Floor, Defendants Attorney General Xavier Becerra *et al.*, will move to dismiss without leave to amend the Second Amended Complaint

1

State Defs.' Not. Mot. & Mot. Dism. SAC (3:18-cv-02458-BEN-BLM)

under Federal Rule of Civil Procedure 12, because the Court lacks jurisdiction over this action and the SAC fails to state a claim upon which relief may be granted.

This motion is based on the concurrently filed Memorandum of Points and Authorities Supporting Motion to Dismiss Second Amended Complaint, and any further argument the Court may hold in this matter.

Dated: December 20, 2019

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
TAMAR PACHTER
Supervising Deputy Attorney General

/s/ *Jose A. Zelidon-Zepeda*
JOSE A. ZELIDON-ZEPEDA
Deputy Attorney General
*Attorneys for Defendants Attorney General Xavier Becerra, Acting Director André Schoorl, Secretary Julie Su, Labor Commissioner Lilia García-Brower, and Director Patrick Henning, in their official capacities*

SA2018103422

2

State Defs.' Not. Mot. & Mot. Dism. SAC (3:18-cv-02458-BEN-BLM)