| | |
|---|---|
| 1 | STACEY M. LEYTON (SBN 203827) |
| | Email: sleyton@altber.com |
| 2 | ANDREW KUSHNER (SBN 316035) |
| | Email: akushner@altber.com |
| 3 | ELIZABETH VISSERS (SBN 321365) |
| | Email: evissers@altber.com |
| 4 | ALTSHULER BERZON LLP |
| | 177 Post Street, Suite 300 |
| 5 | San Francisco, CA  94108 |
| | Telephone: (415) 421-7151 |
| 6 | Facsimile: (415) 362-8064 |
| 7 | Attorneys for Intervenor-Defendant |
| | International Brotherhood of Teamsters |
| 8 | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| CALIFORNIA TRUCKING ASSOCIATION, RAVINDER SINGH, and THOMAS ODOM, | Case No. 3:18-cv-02458-BEN-BLM |
|---|---|
| Plaintiffs, | **NOTICE OF MOTION AND MOTION TO DISMISS SECOND AMENDED COMPLAINT** |
| v. | Hearing Date: February 3, 2020 |
| XAVIER BECERRA, in his official capacity as the Attorney General of the State of California; JULIE SU, in her official capacity as Secretary of the California Labor Workforce and Development Agency; ANDRE SCHOORL, in his official capacity as the Acting Director of the Department of Industrial Relations of the State of California; and LILIA GARCIA-BROWER, in her official capacity as Labor Commissioner of the State of California, Division of Labor Standards Enforcement, PATRICK HENNING, in his official capacity as the Director of the Employment Development Department. | Time: 10:30am |
| | Courtroom: 5A |
| | Judge: Honorable Roger T. Benitez |
| | Action Filed: October 25, 2018 |
| | Trial Date: Not set |
| Defendants, | |
| and | |
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS, | |
| Intervenor-Defendant. | |

## NOTICE OF MOTION AND MOTION TO DISMISS

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Intervenor-Defendant International Brotherhood of Teamsters ("IBT") will and hereby does move this Court to dismiss Plaintiffs' Second Amended Complaint (Dkt. 47). Plaintiffs' Second Amended Complaint should be dismissed because the Court lacks jurisdiction over this action and the Complaint fails to state a claim on which relief may be granted.

A hearing on this motion has been noticed for February 3, 2020 at 10:30am in Courtroom 5A on the 5th Floor of the Edward J. Schwartz United States Courthouse, located at 221 W Broadway, San Diego, California, before the Honorable Roger T. Benitez.

This motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities in Support of Motion to Dismiss filed herewith, the complete files and records of this action, and on such other argument or evidence as may be presented at or before the time of hearing.

Dated:  December 20, 2019

Respectfully submitted,

STACEY M. LEYTON
ANDREW KUSHNER
ELIZABETH VISSERS
Altshuler Berzon LLP

By:   */s/ Stacey M. Leyton*
          Stacey M. Leyton

Attorneys for Intervenor-Defendant International Brotherhood of Teamsters