1  SPENCER C. SKEEN, CA Bar No. 182216
   spencer.skeen@ogletree.com
2  OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
3  4370 La Jolla Village Drive, Suite 990
   San Diego, CA 92122
4  Telephone:  858.652.3100
   Facsimile:   858.652.3101
5
   *[Additional Counsel on Following Page]*
6
   Attorneys for Plaintiffs
7  RAVINDER SINGH, THOMAS ODOM and
   CALIFORNIA TRUCKING ASSOCIATION
8

9                    **UNITED STATES DISTRICT COURT**

10                   **SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA TRUCKING ASSOCIATION, RAVINDER SINGH, and THOMAS ODOM,<br><br>                   Plaintiffs,<br><br>       v.<br><br>XAVIER BECERRA, in his official capacity as the Attorney General of the State of California; JULIE SU, in her official capacity as Secretary of the California Labor Workforce and Development Agency; ANDRE SCHOORL, in his official capacity as the Acting Director of the Department of Industrial Relations of the State of California; and LILIA GARCIA-BROWER, in her official capacity as Labor Commissioner of the State of California, Division of Labor Standards Enforcement, PATRICK HENNING, in his official capacity as the Director of the Employment Development Department,<br><br>                   Defendants. | Case No. 3:18-cv-02458-BEN-BLM<br><br>**PLAINTIFFS' NOTICE OF *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER**<br><br>Date:            TBD<br>Time:           TBD<br>Place:           Courtroom 5A<br><br>Complaint Filed: October 25, 2018<br>Trial Date:          None<br>District Judge:    Hon. Roger T. Benitez<br>                            Courtroom 5A, 221 W.<br>                            Broadway, San Diego<br>Magistrate Judge: Hon. Barbara L. Major<br>                            11th Floor, 333 W.<br>                            Broadway, San Diego |

1  ROBERT R. ROGINSON, CA Bar No. 185286
   robert.roginson@ogletree.com
2  ALEXANDER M. CHEMERS, CA Bar No. 263726
   alexander.chemers@ogletree.com
3  OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
4  400 South Hope Street, Suite 1200
   Los Angeles, CA 90071
5  Telephone:  213.239.9800
   Facsimile:   213.239.9045
6
7  Attorneys for Plaintiffs
   RAVINDER SINGH, THOMAS ODOM and
8  CALIFORNIA TRUCKING ASSOCIATION

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, as soon as the matter may be heard, plaintiffs Ravinder Singh, Thomas Odom, and the California Trucking Association ("Plaintiffs") will and hereby do move *ex parte* before the Honorable Roger T. Benitez.

Plaintiffs respectfully move this Court for a temporary restraining order prohibiting Defendants from enforcing Assembly Bill 5 ("AB-5") as to motor carriers only, pending the Court's ruling on Plaintiffs' previously filed motion for a preliminary injunction. The motion for a preliminary injunction is currently set to be heard on January 13, 2020, but AB-5 goes into effect twelve days earlier on January 1, 2020. This *ex parte* application is made pursuant to Federal Rule of Civil Procedure 65 on the grounds that Plaintiffs are likely to prevail on the merits of their claims, they will suffer irreparable injury if a temporary restraining order is not granted, and the balance of equities and consideration of the public interest weigh in favor of granting a temporary restraining order, as well as on the grounds that Plaintiffs have no other adequate legal remedy to preserve the status quo before the Court can resolve Plaintiffs' pending motion for a preliminary injunction. This *ex parte* application is based on Plaintiffs' Second Amended Complaint; the memorandum of law in support of this *ex parte* application; Plaintiffs' Motion for a Preliminary Injunction (ECF No. 54), and the memorandum of law in support thereof (ECF No. 54-1); the supporting declarations, which reflect the existence of irreparable injury should AB-5 come into effect even on a temporary basis (ECF Nos. 54-2 through 54-5); and the Declaration of Robert R. Roginson, which explains the notice given to Defendants' counsel and the efforts on the part of Plaintiffs' counsel to make it unnecessary to file this *ex parte* application; and any such testimony, evidence, or argument that may be submitted to the Court.

Before filing this *ex parte* application, Plaintiffs' counsel sought to confer with Defendants' counsel regarding Plaintiffs' intent to seek a temporary restraining order

and the nature of the relief to be requested. Defendants have refused to stipulate to an agreement that would avoid the need for this Court's intervention, necessitating the filing of this *ex parte* application. These efforts are discussed in greater deal in the accompanying Declaration of Robert R. Roginson.

DATED: December 24, 2019

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s Alexander M. Chemers
Spencer C. Skeen
Robert R. Roginson
Alexander M. Chemers
Attorneys for Plaintiffs
RAVINDER SINGH, THOMAS ODOM, and CALIFORNIA TRUCKING ASSOCIATION

41214878.2