SPENCER C. SKEEN, CA Bar No. 182216
spencer.skeen@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
4370 La Jolla Village Drive, Suite 990
San Diego, CA  92122
Telephone:  858.652.3100
Facsimile:   858.652.3101

*[Additional Counsel on Following Page]*

Attorneys for Plaintiffs
RAVINDER SINGH, THOMAS ODOM and
CALIFORNIA TRUCKING ASSOCIATION

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA TRUCKING ASSOCIATION, RAVINDER SINGH, and THOMAS ODOM,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as the Attorney General of the State of California; JULIE SU, in her official capacity as Secretary of the California Labor Workforce and Development Agency; ANDRE SCHOORL, in his official capacity as the Acting Director of the Department of Industrial Relations of the State of California; LILIA GARCIA-BROWER, in her official capacity as Labor Commissioner of the State of California, Division of Labor Standards Enforcement; and PATRICK HENNING, in his official capacity as the Director of the Employment Development Department,<br><br>Defendants. | Case No. 3:18-cv-02458-BEN-BLM<br><br>**DECLARATION OF ROBERT R. ROGINSON IN SUPPORT OF PLAINTIFFS'** ***EX PARTE*** **APPLICATION FOR TEMPORARY RESTRAINING ORDER**<br><br>Date:          TBD<br>Time:          TBD<br>Place:         Courtroom 5A<br><br>Complaint Filed: October 25, 2018<br>Trial Date:         None<br>District Judge:   Hon. Roger T. Benitez<br>                            Courtroom 5A, 221 W.<br>                            Broadway, San Diego<br>Magistrate Judge: Hon. Barbara L. Major<br>                            11th Floor, 333 W.<br>                            Broadway, San Diego |

Case No. 3:18-cv-02458-BEN-BLM

DECLARATION OF ROBERT R. ROGINSON IN SUPPORT OF
PLAINTIFFS' *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER

40874992

ROBERT R. ROGINSON, CA Bar No. 185286
robert.roginson@ogletree.com
ALEXANDER M. CHEMERS, CA Bar No. 263726
alexander.chemers@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:  213.239.9800
Facsimile:   213.239.9045

Attorneys for Plaintiffs
RAVINDER SINGH, THOMAS ODOM and
CALIFORNIA TRUCKING ASSOCIATION

1

Case No. 3:18-cv-02458-BEN-BLM

DECLARATION OF ROBERT R. ROGINSON IN SUPPORT OF
PLAINTIFFS' *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER

40874992_

# DECLARATION OF ROBERT R. ROGINSON

I, Robert R. Roginson, declare as follows:

1. I am an attorney duly licensed to practice before courts in the State of California. I am a shareholder at the law firm Ogletree, Deakins, Nash, Smoak & Stewart, P.C., counsel for plaintiffs Ravinder Singh, Thomas Odom and California Trucking Association ("Plaintiffs") in the above-referenced matter now pending before this Court. I make this declaration in support of Plaintiffs' *Ex Parte* Application for a Temporary Restraining Order. The facts set forth herein are true of my own personal knowledge, and if called to testify thereto, I could and would do so competently and under oath.

2. On Monday, December 3, 2019, Plaintiffs filed their Motion for a Preliminary Injunction. ECF No. 54. The earliest possible hearing date on the motion was December 30, 2019, which Plaintiffs noticed as the hearing date. Had that hearing date remained on the calendar, the Court might have been able to resolve Plaintiffs' Motion for a Preliminary Injunction before Assembly Bill 5 ("AB-5") is scheduled to take effect.

3. On Friday, December 20, 2019, however, the Court reset the hearing for January 13, 2020. ECF No. 61. As a consequence, Plaintiffs need some form of interim relief until the Court rules on their motion.

4. Plaintiffs had hoped to avoid having to seek interim relief from the Court by reaching a stipulation with Defendants—and through them, the State agencies that Defendants represent—to stay enforcement of AB-5 as against motor carriers. On December 20, 2019, within hours of the Court continuing the hearing on Plaintiffs' motion for a preliminary injunction, I emailed counsel for the State to request this stipulation, with a copy to counsel for intervenor-defendant International Brotherhood of Teamsters ("Teamsters"). A true and correct copy of my December 20, 2019 email is attached hereto as **Exhibit A**.

5. On December 23, 2019, the State confirmed that it would not stipulate to stay enforcement of AB-5 until the date that the Court hears Plaintiffs' Motion for a Preliminary Injunction. Counsel for the State also confirmed that he would be out of the country until the following week. A true and correct copy of counsel's December 23, 2019 email is attached hereto as **Exhibit B**.

6. Because Defendants have refused to stay enforcement of AB-5 pending the resolution of the preliminary injunction motion, Plaintiffs move immediately for relief through this application. Specifically, on December 23, 2019, I emailed counsel for the State and the Teamsters to inform them that Plaintiffs would be moving for a temporary restraining order on December 24, 2019. I also informed opposing counsel that Judge Benitez's courtroom was dark this week. A true and correct copy of an email chain reflecting my December 23, 2019 emails with counsel is attached hereto as **Exhibit C**.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this declaration was executed on this twenty-fourth day of December, 2019, at Los Angeles, California.

/s Robert R. Roginson
Robert R. Roginson

40874992.3

# Exhibit A

## Chemers, Alexander M. (Zander)

| | |
|---|---|
| **From:** | Roginson, Robert R. |
| **Sent:** | Friday, December 20, 2019 4:41 PM |
| **To:** | Jose ZelidonZepeda; sleyton@altshulerberzon.com; Andrew Kushner |
| **Cc:** | Skeen, Spencer C.; Chemers, Alexander M. (Zander); Mendoza, Elizabeth C. |
| **Subject:** | CTA v. Becerra |

Counsel,

We are in receipt of the Court's notice this afternoon resetting the hearing date on Plaintiffs' Motion for Preliminary Injunction to January 13, 2020 (ECF #61).

We write to request that Defendants and Intervener stipulate to a Temporary Restraining Order (TRO), or otherwise agree, that all State Defendants will temporarily refrain from enforcing AB-5 against motor carriers and independent owner-operator drivers following AB-5's effective date on January 1, 2020, pending the Court's resolution of Plaintiffs' Motion for Preliminary Injunction.

Our request is based upon the grounds set forth more fully in our Motion for Preliminary Injunction, specifically that Plaintiffs are likely to prevail on the merits of their claims, they will suffer irreparable injury if injunctive relief is not granted, and the balance of equities and considerations of the public interest weigh in favor of the injunctive relief, as well as the grounds that Plaintiffs have no other adequate legal remedy to preserve the status quo before the Court can resolve Plaintiffs' pending motion for preliminary injunction.

Please advise by Monday, December 23, 2019 at 11 a.m. PST if you will stipulate to this requested TRO.

Bob

**Robert R. Roginson | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
400 South Hope Street, Suite 1200 | Los Angeles, CA 90071 | Telephone: 213-457-5873 | Fax: 213-239-9045
robert.roginson@ogletree.com | www.ogletree.com | Bio

# Exhibit B

## Chemers, Alexander M. (Zander)

| | |
|---|---|
| **From:** | Jose ZelidonZepeda <Jose.ZelidonZepeda@doj.ca.gov> |
| **Sent:** | Monday, December 23, 2019 6:18 AM |
| **To:** | Roginson, Robert R.; sleyton@altshulerberzon.com; Andrew Kushner |
| **Cc:** | Skeen, Spencer C.; Chemers, Alexander M. (Zander); Mendoza, Elizabeth C. |
| **Subject:** | Re: CTA v. Becerra |

Counsel,
  I am out of the country until next week. But I wanted to let you know that the State defendants decline the requested stipulation or stay, for the reasons set out in our opposition to the motion for preliminary injunction.
  Regards,
--Jose

**From:** Roginson, Robert R. <robert.roginson@ogletree.com>
**Sent:** Friday, December 20, 2019 4:40:46 PM
**To:** Jose ZelidonZepeda; sleyton@altshulerberzon.com; Andrew Kushner
**Cc:** Skeen, Spencer C.; Chemers, Alexander M. (Zander); Mendoza, Elizabeth C.
**Subject:** CTA v. Becerra

Counsel,

We are in receipt of the Court's notice this afternoon resetting the hearing date on Plaintiffs' Motion for Preliminary Injunction to January 13, 2020 (ECF #61).

We write to request that Defendants and Intervener stipulate to a Temporary Restraining Order (TRO), or otherwise agree, that all State Defendants will temporarily refrain from enforcing AB-5 against motor carriers and independent owner-operator drivers following AB-5's effective date on January 1, 2020, pending the Court's resolution of Plaintiffs' Motion for Preliminary Injunction.

Our request is based upon the grounds set forth more fully in our Motion for Preliminary Injunction, specifically that Plaintiffs are likely to prevail on the merits of their claims, they will suffer irreparable injury if injunctive relief is not granted, and the balance of equities and considerations of the public interest weigh in favor of the injunctive relief, as well as the grounds that Plaintiffs have no other adequate legal remedy to preserve the status quo before the Court can resolve Plaintiffs' pending motion for preliminary injunction.

Please advise by Monday, December 23, 2019 at 11 a.m. PST if you will stipulate to this requested TRO.

Bob

**Robert R. Roginson | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
400 South Hope Street, Suite 1200 | Los Angeles, CA 90071 | Telephone: 213-457-5873 | Fax: 213-239-9045
robert.roginson@ogletree.com | www.ogletree.com | Bio

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally

privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

# Exhibit C

# Chemers, Alexander M. (Zander)

| | |
|---|---|
| **From:** | Stacey Leyton <sleyton@altshulerberzon.com> |
| **Sent:** | Monday, December 23, 2019 6:21 PM |
| **To:** | Roginson, Robert R.; Andrew Kushner; Jose ZelidonZepeda |
| **Cc:** | Skeen, Spencer C.; Chemers, Alexander M. (Zander); Mendoza, Elizabeth C. |
| **Subject:** | Re: CTA v. Becerra |

Thanks, Bob. That is helpful.

Get Outlook for Android

---

**From:** Roginson, Robert R. <robert.roginson@ogletree.com>
**Sent:** Monday, December 23, 2019 5:40:19 PM
**To:** Stacey Leyton <sleyton@altshulerberzon.com>; Andrew Kushner <akushner@altshulerberzon.com>; Jose ZelidonZepeda <Jose.ZelidonZepeda@doj.ca.gov>
**Cc:** Skeen, Spencer C. <Spencer.Skeen@ogletreedeakins.com>; Chemers, Alexander M. (Zander) <zander.chemers@ogletreedeakins.com>; Mendoza, Elizabeth C. <Elizabeth.Mendoza@ogletreedeakins.com>
**Subject:** RE: CTA v. Becerra

We expect to file before noon.  We also understand that Judge Benitez's courtroom is dark this week.

Bob

**Robert R. Roginson | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
400 South Hope Street, Suite 1200 | Los Angeles, CA 90071 | Telephone: 213-457-5873 | Fax: 213-239-9045
robert.roginson@ogletree.com | www.ogletree.com | Bio

**From:** Stacey Leyton <sleyton@altshulerberzon.com>
**Sent:** Monday, December 23, 2019 5:35 PM
**To:** Roginson, Robert R. <Robert.Roginson@ogletreedeakins.com>; Andrew Kushner <akushner@altshulerberzon.com>; Jose ZelidonZepeda <Jose.ZelidonZepeda@doj.ca.gov>
**Cc:** Skeen, Spencer C. <Spencer.Skeen@ogletreedeakins.com>; Chemers, Alexander M. (Zander) <zander.chemers@ogletreedeakins.com>; Mendoza, Elizabeth C. <Elizabeth.Mendoza@ogletreedeakins.com>
**Subject:** RE: CTA v. Becerra

Bob,

Our office is closed tomorrow so if we are going to file a response we need to make arrangements.  Do you plan to file in the morning or around what time?

Stacey

**From:** Roginson, Robert R. <robert.roginson@ogletree.com>
**Sent:** Monday, December 23, 2019 5:32 PM
**To:** Andrew Kushner <akushner@altshulerberzon.com>; Jose ZelidonZepeda <Jose.ZelidonZepeda@doj.ca.gov>; Stacey Leyton <sleyton@altshulerberzon.com>
**Cc:** Skeen, Spencer C. <Spencer.Skeen@ogletreedeakins.com>; Chemers, Alexander M. (Zander)

<zander.chemers@ogletreedeakins.com>; Mendoza, Elizabeth C. <Elizabeth.Mendoza@ogletreedeakins.com>
**Subject:** RE: CTA v. Becerra

Andrew,

We intend to file our TRO motion tomorrow.  We will advise the Court that the attorney for the State is out of the country this week.

Bob

**Robert R. Roginson | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
400 South Hope Street, Suite 1200 | Los Angeles, CA 90071 | Telephone: 213-457-5873 | Fax: 213-239-9045
robert.roginson@ogletree.com | www.ogletree.com | Bio

---

**From:** Andrew Kushner <akushner@altshulerberzon.com>
**Sent:** Monday, December 23, 2019 10:40 AM
**To:** Jose ZelidonZepeda <Jose.ZelidonZepeda@doj.ca.gov>; Roginson, Robert R. <Robert.Roginson@ogletreedeakins.com>; Stacey Leyton <sleyton@altshulerberzon.com>
**Cc:** Skeen, Spencer C. <Spencer.Skeen@ogletreedeakins.com>; Chemers, Alexander M. (Zander) <zander.chemers@ogletreedeakins.com>; Mendoza, Elizabeth C. <Elizabeth.Mendoza@ogletreedeakins.com>
**Subject:** RE: CTA v. Becerra

Bob,

The IBT is also not willing to agree to your request.  With the looming holiday, we would appreciate if you would let us know, whenever you can, whether you intend to move for a TRO and, if so, when you anticipate filing.

Best,
Andrew

---

**From:** Jose ZelidonZepeda <Jose.ZelidonZepeda@doj.ca.gov>
**Sent:** Monday, December 23, 2019 6:18 AM
**To:** Roginson, Robert R. <robert.roginson@ogletree.com>; Stacey Leyton <sleyton@altshulerberzon.com>; Andrew Kushner <akushner@altshulerberzon.com>
**Cc:** Skeen, Spencer C. <Spencer.Skeen@ogletreedeakins.com>; Chemers, Alexander M. (Zander) <zander.chemers@ogletreedeakins.com>; Mendoza, Elizabeth C. <Elizabeth.Mendoza@ogletreedeakins.com>
**Subject:** Re: CTA v. Becerra


Counsel,

   I am out of the country until next week.  But I wanted to let you know that the State defendants decline the requested stipulation or stay, for the reasons set out in our opposition to the motion for preliminary injunction.

   Regards,

--Jose

---

**From:** Roginson, Robert R. <robert.roginson@ogletree.com>
**Sent:** Friday, December 20, 2019 4:40:46 PM
**To:** Jose ZelidonZepeda; sleyton@altshulerberzon.com; Andrew Kushner

2

**Cc:** Skeen, Spencer C.; Chemers, Alexander M. (Zander); Mendoza, Elizabeth C.
**Subject:** CTA v. Becerra

Counsel,

We are in receipt of the Court's notice this afternoon resetting the hearing date on Plaintiffs' Motion for Preliminary Injunction to January 13, 2020 (ECF #61).

We write to request that Defendants and Intervener stipulate to a Temporary Restraining Order (TRO), or otherwise agree, that all State Defendants will temporarily refrain from enforcing AB-5 against motor carriers and independent owner-operator drivers following AB-5's effective date on January 1, 2020, pending the Court's resolution of Plaintiffs' Motion for Preliminary Injunction.

Our request is based upon the grounds set forth more fully in our Motion for Preliminary Injunction, specifically that Plaintiffs are likely to prevail on the merits of their claims, they will suffer irreparable injury if injunctive relief is not granted, and the balance of equities and considerations of the public interest weigh in favor of the injunctive relief, as well as the grounds that Plaintiffs have no other adequate legal remedy to preserve the status quo before the Court can resolve Plaintiffs' pending motion for preliminary injunction.

Please advise by Monday, December 23, 2019 at 11 a.m. PST if you will stipulate to this requested TRO.

Bob
**Robert R. Roginson | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
400 South Hope Street, Suite 1200 | Los Angeles, CA 90071 | Telephone: 213-457-5873 | Fax: 213-239-9045
robert.roginson@ogletree.com | www.ogletree.com | Bio

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.
*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*