STACEY M. LEYTON (SBN 203827)
Email: sleyton@altber.com
ANDREW KUSHNER (SBN 316035)
Email: akushner@altber.com
ELIZABETH VISSERS (SBN 321365)
Email: evissers@altber.com
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

Attorneys for Intervenor-Defendant
International Brotherhood of Teamsters

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA TRUCKING ASSOCIATION, RAVINDER SINGH, and THOMAS ODOM,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>XAVIER BECERRA, in his official capacity as the Attorney General of the State of California; JULIE SU, in her official capacity as Secretary of the California Labor Workforce and Development Agency; ANDRE SCHOORL, in his official capacity as the Acting Director of the Department of Industrial Relations of the State of California; and LILIA GARCIA-BROWER, in her official capacity as Labor Commissioner of the State of California, Division of Labor Standards Enforcement, PATRICK HENNING, in his official capacity as the Director of the Employment Development Department.<br><br>　　　　Defendants,<br><br>and<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS,<br><br>　　　　Intervenor-Defendant. | Case No. 3:18-cv-02458-BEN-BLM<br><br>**DECLARATION OF STACEY M. LEYTON IN OPPOSITION TO REQUEST FOR A TEMPORARY RESTRAINING ORDER**<br><br>Hearing Date:　TBD<br>Time:　　　　　TBD<br>Courtroom:　　 5A<br>Judge:　　　　　Honorable Roger T. Benitez<br><br>Action Filed:　October 25, 2018<br>Trial Date:　　Not set |

I, Stacey M. Leyton, hereby declare as follows:

1. I am a member in good standing of the bar of the State of California, a partner at the law firm Altshuler Berzon LLP, and one of the counsel of record for Intervenor-Defendant International Brotherhood of Teamsters ("IBT") in this case. The facts set forth in this declaration are based on my personal knowledge, and if called to testify thereto, I could and would do so under oath.

2. At 4:41pm on December 20, 2019, I received an email from Plaintiffs' counsel asking whether State Defendants and the IBT would agree to a temporary restraining order pending the hearing on Plaintiffs' preliminary injunction motion, which is currently scheduled for January 13, 2020. I responded to that email at 5:15pm that same day with the following: "Can you please identify any specific state enforcement proceedings that you contend will take place between January 1 and January 13, to inform our consideration of your request?" A true and correct copy of this December 20, 2019 email exchange is attached to this declaration as Exhibit A.

3. Plaintiffs' counsel never responded to my email or otherwise identified any enforcement proceedings scheduled to occur before the preliminary injunction hearing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in San Francisco, California on December 26, 2019

                 */s/ Stacey M. Leyton*
                 Stacey M. Leyton

# Exhibit A

# Stacey Leyton

| | |
|---|---|
| **From:** | Stacey Leyton |
| **Sent:** | Friday, December 20, 2019 5:15 PM |
| **To:** | Roginson, Robert R.; Jose ZelidonZepeda; Andrew Kushner |
| **Cc:** | Skeen, Spencer C.; Chemers, Alexander M. (Zander); Mendoza, Elizabeth C.; Elizabeth Vissers |
| **Subject:** | RE: CTA v. Becerra |

Bob,

Can you please identify any specific state enforcement proceedings that you contend will take place between January 1 and January 13, to inform our consideration of your request?

Thank you,
Stacey


Stacey Leyton
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Phone: (415) 421-7151
Fax: (415) 362-8064
e-mail: sleyton@altshulerberzon.com
website: www.altshulerberzon.com

This e-mail may contain material that is confidential, privileged, and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others, or forwarding without express permission, is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

---

**From:** Roginson, Robert R. <robert.roginson@ogletree.com>
**Sent:** Friday, December 20, 2019 4:41 PM
**To:** Jose ZelidonZepeda <Jose.ZelidonZepeda@doj.ca.gov>; Stacey Leyton <sleyton@altshulerberzon.com>; Andrew Kushner <akushner@altshulerberzon.com>
**Cc:** Skeen, Spencer C. <Spencer.Skeen@ogletreedeakins.com>; Chemers, Alexander M. (Zander) <zander.chemers@ogletreedeakins.com>; Mendoza, Elizabeth C. <Elizabeth.Mendoza@ogletreedeakins.com>
**Subject:** CTA v. Becerra

Counsel,

We are in receipt of the Court's notice this afternoon resetting the hearing date on Plaintiffs' Motion for Preliminary Injunction to January 13, 2020 (ECF #61).

1

We write to request that Defendants and Intervener stipulate to a Temporary Restraining Order (TRO), or otherwise agree, that all State Defendants will temporarily refrain from enforcing AB-5 against motor carriers and independent owner-operator drivers following AB-5's effective date on January 1, 2020, pending the Court's resolution of Plaintiffs' Motion for Preliminary Injunction.

Our request is based upon the grounds set forth more fully in our Motion for Preliminary Injunction, specifically that Plaintiffs are likely to prevail on the merits of their claims, they will suffer irreparable injury if injunctive relief is not granted, and the balance of equities and considerations of the public interest weigh in favor of the injunctive relief, as well as the grounds that Plaintiffs have no other adequate legal remedy to preserve the status quo before the Court can resolve Plaintiffs' pending motion for preliminary injunction.

Please advise by Monday, December 23, 2019 at 11 a.m. PST if you will stipulate to this requested TRO.

Bob

**Robert R. Roginson | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
400 South Hope Street, Suite 1200 | Los Angeles, CA 90071 | Telephone: 213-457-5873 | Fax: 213-239-9045
robert.roginson@ogletree.com | www.ogletree.com | Bio

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*