# Attachment B

Wis. Stat. § 102.07 (1994)

## 1994 Wis. Stat. § 102.07

1994 Wisconsin Code Archive

**WISCONSIN STATUTES  >  REGULATION OF INDUSTRY  >  CHAPTER 102. WORKER'S COMPENSATION**

## 102.07 Employe defined

"Employe" as used in this chapter means:

**(1)**(a) Every person, including all officials, in the service of the state, or of any municipality therein whether elected or under any appointment, or contract of hire, express or implied, and whether a resident or employed or injured within or without the state. The state and any municipality may require a bond from a contractor to protect the state or municipality against compensation to employes of such contractor or employes of a subcontractor under the contractor. This paragraph does not apply beginning on the first day of the calendar quarter beginning after the day that the secretary files the certificate under s. 102.80 (3) (a).

**(b)** Every person, including all officials, in the service of the state, or of any municipality therein whether elected or under any appointment, or contract of hire, express or implied, and whether a resident or employed or injured within or without the state. This paragraph first applies on the first day of the calendar quarter beginning after the day that the secretary files the certificate under s. 102.80 (3) (a).

**(2)** Any peace officer shall be considered an employe while engaged in the enforcement of peace or in the pursuit and capture of those charged with crime.

**(3)** Nothing herein contained shall prevent municipalities from paying teachers, police officers, fire fighters and other employes full salaries during disability, nor interfere with any pension funds, nor prevent payment to teachers, police officers or fire fighters therefrom.

**(4)** Every person in the service of another under any contract of hire, express or implied, all helpers and assistants of employes, whether paid by the employer or employe, if employed with the knowledge, actual or constructive, of the employer, including minors (who shall have the same power of contracting as adult employes), but not including (a) domestic servants, (b) any person whose employment is not in the course of a trade, business, profession or occupation of the employer, unless as to any of said classes, such employer has elected to include them. Item (b) shall not operate to exclude an employe whose employment is in the course of any trade, business, profession or occupation of the employer, however casual, unusual, desultory or isolated any such trade, business, profession or occupation may be.

**(5)** For the purpose of determining the number of employes to be counted under s. 102.04 (1) (c), but for no other purpose, the following definitions shall apply:

**(a)** Farmers or their employes working on an exchange basis shall not be deemed employes of a farmer to whom their labor is furnished in exchange.

**(b)** The parents, spouse, child, brother, sister, son-in-law, daughter-in-law, father-in-law, mother-in-law, brother-in-law, or sister-in-law of a farmer shall not be deemed the farmer's employes.

**(c)** A shareholder-employe of a family farm corporation shall be deemed a "farmer" for purposes of this chapter and shall not be deemed an employe of a farmer. A "family farm corporation" means a corporation engaged in farming all of whose shareholders are related as lineal ancestors or lineal

1994 Wis. Stat. § 102.07

descendants, or as spouses, brothers, sisters, uncles, aunts, cousins, sons-in-law, daughters-in-law, fathers-in-law, mothers-in-law, brothers-in-law or sisters-in-law of such lineal ancestors or lineal descendants.

**(6)** Every person selling or distributing newspapers or magazines on the street or from house to house. Such a person shall be deemed an employe of each independent news agency which is subject to this chapter, or (in the absence of such agencies) of each publisher's (or other intermediate) selling agency which is subject to this chapter, or (in the absence of all such agencies) of each publisher, whose newspapers or magazines the person sells or distributes. Such a person shall not be counted in determining whether an intermediate agency or publisher is subject to this chapter.

**(7)** (a) Every member of any volunteer fire company or fire department organized under ch. 213 or any legally organized rescue squad shall be deemed an employe of such company, department or squad. Every such member, while serving as an auxiliary police officer at an emergency, shall also be deemed an employe of said company, department or squad. If such company, department or squad has not insured its liability for compensation to its employes, the municipality or county within which such company, department or squad was organized shall be liable for such compensation.

**(b)** The department may issue an order under s. 102.31 (1) (b) permitting the county within which a volunteer fire company or fire department organized under ch. 213, a legally organized rescue squad or an ambulance service provider, as defined in s. 146.50 (1) (c), is organized to assume full liability for the compensation provided under this chapter of all volunteer members of that company, department, squad or provider.

**(8)** (a) Except as provided in par. (b), every independent contractor is, for the purpose of this chapter, an employe of any employer under this chapter for whom he or she is performing service in the course of the trade, business, profession or occupation of such employer at the time of the injury.

**(b)** An independent contractor is not an employe of an employer for whom the independent contractor performs work or services if the independent contractor meets all of the following conditions:

**1.** Maintains a separate business with his or her own office, equipment, materials and other facilities.

**2.** Holds or has applied for a federal employer identification number.

**3.** Operates under contracts to perform specific services or work for specific amounts of money and under which the independent contractor controls the means of performing the services or work.

**4.** Incurs the main expenses related to the service or work that he or she performs under contract.

**5.** Is responsible for the satisfactory completion of work or services that he or she contracts to perform and is liable for a failure to complete the work or service.

**6.** Receives compensation for work or service performed under a contract on a commission or per job or competitive bid basis and not on any other basis.

**7.** May realize a profit or suffer a loss under contracts to perform work or service.

**8.** Has continuing or recurring business liabilities or obligations.

**9.** The success or failure of the independent contractor's business depends on the relationship of business receipts to expenditures.

**(c)** The department may not admit in evidence state or federal laws, regulations, documents granting operating authority or licenses when determining whether an independent contractor meets the conditions specified in par. (b) 1 or 3.

**(8m)** An employer who is subject to this chapter is not an employe of another employer for whom the first employer performs work or service in the course of the other employer's trade, business, profession or occupation.

**(9)** Members of the national guard and state defense force, when on state active duty under direction of appropriate authority, but only in case federal laws, rules or regulations provide no benefits substantially equivalent to those provided in this chapter.

**(10)** Further to effectuate the policy of the state that the benefits of this chapter shall extend and be granted to employes in the service of the state, or of any municipality therein on the same basis, in the same manner, under the same conditions, and with like right of recovery as in the case of employes of persons, firms or private corporations, any question whether any person is an employe under this chapter shall be governed by and determined under the same standards, considerations, and rules of decision in all cases under subs. (1) to (9). Any statutes, ordinances, or administrative regulations which may be otherwise applicable to the classes of employes enumerated in sub. (1) shall not be controlling in deciding whether any person is an employe for the purposes of this chapter.

**(11)** The department may by rule prescribe classes of volunteer workers who may, at the election of the person for whom the service is being performed, be deemed to be employes for the purposes of this chapter. Election shall be by endorsement upon the worker's compensation insurance policy with written notice to the department. In the case of an employer exempt from insuring liability, election shall be by written notice to the department. The department shall by rule prescribe the means and manner in which notice of election by the employer is to be provided to the volunteer workers.

**(12)** A student in a technical college district while, as a part of a training program, he or she is engaged in performing services for which a school organized under ch. 38 collects a fee or is engaged in producing a product sold by such a school is an employe of that school.

**(13)** A child performing uncompensated community service work as a result of an informal disposition under s. 48.245, a consent decree under s. 48.32 or an order under s. 48.34 (9) is an employe of the county in which the court ordering the community service work is located. No compensation may be paid to that employe for temporary disability during the healing period.

**(14)** An adult performing uncompensated community service work under s. 971.38, 973.03 (3), 973.05 (3) or 973.09 is an employe of the county in which the district attorney requiring or the court ordering the community service work is located. No compensation may be paid to that employe for temporary disability during the healing period.

**(15)** A sole proprietor or partner or member electing under s. 102.075 is an employe.

**(16)** An inmate participating in a work release program under s. 303.065 (2) or in the transitional employment program is an employe of any employer under this chapter for whom he or she is performing service at the time of the injury.

# History

1975 c. 147 s. 54; 1975 c. 224; 1977 c. 29; 1979 c. 278; 1981 c. 325; 1983 a. 27, 98; 1985 a. 29, 83, 135; 1985 a. 150 s. 4; 1985 a. 176, 332; 1987 a. 63; 1989 a. 31, 64, 359; 1993 a. 16, 81, 112, 399.

WISCONSIN STATUTES

**End of Document**