| | |
|---|---|
| 1 | STACEY M. LEYTON (SBN 203827) |
| | Email: sleyton@altber.com |
| 2 | ANDREW KUSHNER (SBN 316035) |
| | Email: akushner@altber.com |
| 3 | ALTSHULER BERZON LLP |
| | 177 Post Street, Suite 300 |
| 4 | San Francisco, CA 94108 |
| | Telephone: (415) 421-7151 |
| 5 | Facsimile: (415) 362-8064 |
| 6 | Attorneys for Intervenor-Defendant |
| | International Brotherhood of Teamsters |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

CALIFORNIA TRUCKING ASSOCIATION, RAVINDER SINGH, and THOMAS ODOM,

　　　　Plaintiffs,

　　v.

XAVIER BECERRA, in his official capacity as the Attorney General of the State of California; JULIE SU, in her official capacity as Secretary of the California Labor Workforce and Development Agency; ANDRE SCHOORL, in his official capacity as the Acting Director of the Department of Industrial Relations of the State of California; and LILIA GARCIA-BROWER, in her official capacity as Labor Commissioner of the State of California, Division of Labor Standards Enforcement, PATRICK HENNING, in his official capacity as the Director of the Employment Development Department.

　　　　Defendants,

INTERNATIONAL BROTHERHOOD OF TEAMSTERS,

　　　　Intervenor-Defendant.

Case No. 3:18-cv-02458-BEN-BLM

**STIPULATED REQUEST TO AMEND BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**

Judge: Honorable Roger T. Benitez
Action Filed: October 25, 2018
Trial Date: Not set

Plaintiffs California Trucking Association, Ravinder Singh, and Thomas Odom (together, "Plaintiffs"), Defendants Attorney General Xavier Becerra et al. (together, "State Defendants"), and Intervenor-Defendant International Brotherhood of Teamsters ("IBT") (collectively, the "Parties"), enter into the following joint stipulation amending the briefing schedule for State Defendants' and IBT's Motions to Dismiss Plaintiffs' Second Amended Complaint.

WHEREAS, on September 24, 2019, this Court entered an order dismissing Plaintiffs' First Amended Complaint without prejudice and ordering Plaintiffs to file a Second Amended Complaint within 60 days of the date of the order. Dkt. 46.

WHEREAS, on November 12, 2019, Plaintiffs filed their Second Amended Complaint. Dkt. 47.

WHEREAS, on November 22, 2019, this Court granted the Parties' stipulated request to extend the time to respond to the Second Amended Complaint to December 20, 2019. Dkt. 50.

WHEREAS, State Defendants and IBT each filed a Motion to Dismiss the Second Amended Complaint on December 20, 2019 and noticed those motions for February 3, 2020. Dkts. 62-63.

WHEREAS, the Parties have negotiated the following mutually convenient briefing schedule for the Motions to Dismiss:

- Plaintiffs shall file oppositions to the Motions to Dismiss on or before January 15, 2020.
- State Defendants and the IBT shall file replies in support of their Motions to Dismiss on or before January 27, 2020.

IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, through their counsel of record, that Plaintiffs' oppositions to the Motions to Dismiss shall be due on or before January 15, 2020 and State Defendants' and the IBT's replies in support of those motions shall be due on or before January 27, 2020.

| | | |
|---|---|---|
| 1 | DATED:  December 31, 2019 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| 2 | | |

By:  */s/Alexander Chemers*
Spencer C. Skeen
Robert R. Roginson
Alexander M. Chemers

Attorneys for Plaintiffs
RAVINDER SINGH, THOMAS ODOM and CALIFORNIA TRUCKING ASSOCIATION

DATED:  December 31, 2019         DEPUTY ATTORNEY GENERAL, STATE OF CALIFORNIA

By:  */s/Jose Zelidon-Zepeda*
Jose A. Zelidon-Zepeda

Attorneys for Defendants
Attorney General XAVIER BECERRA, et al.

DATED: December 31, 2019          ALTSHULER BERZON LLP

By:  */s/Andrew Kushner*
Stacey M. Leyton
Andrew Kushner

Attorneys for Intervenor-Defendant
INTERNATIONAL BROTHERHOOD OF TEAMSTERS

40831816.1

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the contents of this document are acceptable to Alexander Chemers, counsel for Plaintiffs, and to Jose A. Zelidon-Zepeda, counsel for State Defendants, and that I have obtained both Mr. Chemers' and Mr. Zelidon-Zepeda's authorizations to affix their electronic signature to this document.

DATED: December 31, 2019          ALTSHULER BERZON LLP

By:  /s/*Andrew Kushner*
     Stacey M. Leyton
     Andrew Kushner

Attorneys for Intervenor-Defendant
INTERNATIONAL BROTHERHOOD
OF TEAMSTERS