FILED
JAN 15 2020
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA TRUCKING ASSOCIATION, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>ATTORNEY GENERAL XAVIER BECERRA, et al.,<br><br>　　　　　　　　Defendants,<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS,<br><br>　　　　　Intervenor-Defendant. | Case No.: 3:18-cv-02458-BEN-BLM<br><br>**ORDER GRANTING JOINT MOTION**<br>**[Doc. 86]** |

　　The parties filed a joint stipulation, requesting that this Court amend the briefing schedule and permit Plaintiffs to file a single 35-page opposition to Defendants' and Intervenor-Defendant's two Motions to Dismiss. Specifically, Plaintiffs request one additional day to file the Opposition. For good cause shown, the joint stipulation is GRANTED. Plaintiffs shall file a single Opposition brief of no more than 35 pages to both Motions to Dismiss on or before January 16, 2020.

　　**IT IS SO ORDERED.**

Date: January 14, 2020

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. ROGER T. BENITEZ
　　　　　　　　　　　　　　　　　　United States District Judge

1