SPENCER C. SKEEN, CA Bar No. 182216
spencer.skeen@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
4370 La Jolla Village Drive, Suite 990
San Diego, CA  92122
Telephone:   858.652.3100
Facsimile:    858.652.3101

*[Additional Counsel on Following Page]*

Attorneys for Plaintiffs
RAVINDER SINGH, THOMAS ODOM and
CALIFORNIA TRUCKING ASSOCIATION

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA TRUCKING ASSOCIATION, RAVINDER SINGH, and THOMAS ODOM,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as the Attorney General of the State of California; JULIE SU, in her official capacity as Secretary of the California Labor Workforce and Development Agency; ANDRE SCHOORL, in his official capacity as the Acting Director of the Department of Industrial Relations of the State of California; and LILIA GARCIA-BROWER, in her official capacity as Labor Commissioner of the State of California, Division of Labor Standards Enforcement, PATRICK HENNING, in his official capacity as the Director of the Employment Development Department.<br><br>Defendants. | Case No. 3:18-cv-02458-BEN-BLM<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR RECONSIDERATION OF THE COURT'S FEBRUARY 10, 2020 ORDER**<br><br>Date:   April 20, 2020<br>Time:   10:30 a.m.<br>Place:   Courtroom 5A<br><br>Complaint Filed: October 25, 2018<br>Trial Date:   None<br>District Judge:   Hon. Roger T. Benitez<br>   Courtroom 5A, San Diego<br>Magistrate Judge: Hon. Barbara L. Major<br>   Courtroom 3A, San Diego<br><br>[Filed concurrently with Memorandum of Points and Authorities in Support of Motion for Reconsideration and Declaration of Alexander M. Chemers in support of the Motion for Reconsideration] |

42097267_1.docx

Case No. 3:18-cv-02458-BEN-BLM
PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR RECONSIDERATION OF THE COURT'S FEBRUARY 10, 2020 ORDER

1  ROBERT R. ROGINSON, CA Bar No. 185286
   robert.roginson@ogletree.com
2  ALEXANDER M. CHEMERS, CA Bar No. 263726
   alexander.chemers@ogletree.com
3  OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
4  400 South Hope Street, Suite 1200
   Los Angeles, CA  90071
5  Telephone:  213.239.9800
   Facsimile:   213.239.9045
6
   *[Additional Counsel for Plaintiffs*
7  *Ravinder Singh, Thomas Odom and*
   *California Trucking Association]*
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. 3:18-cv-02458-BEN-BLM
PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR RECONSIDERATION OF THE COURT'S
FEBRUARY 10, 2020 ORDER

TO DEFENDANTS XAVIER BECERRA, JULIE SU, ANDRE SCHOORL, LILIA GARCIA-BROWER, PATRICK HENNING, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, at 10:30 a.m. on April 20, 2020, in Courtroom 5A of the above-entitled court, plaintiffs Ravinder Singh, Thomas Odom and the California Trucking Association (collectively, "Plaintiffs") will and hereby do move the Court for reconsideration of the Court's February 10, 2020 Order On Motions To Dismiss (the "Order") [ECF No. 110]. In particular, Plaintiffs move for reconsideration of the Court's reasoning dismissing their dormant Commerce Clause claim, which is found at pages 9-10 of the Order.

This motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Alexander M. Chemers in Support of Motion for Reconsideration, and all the files and records in this action.

DATED: March 9, 2020

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Alexander M. Chemers
Spencer C. Skeen
Robert R. Roginson
Alexander M. Chemers

Attorneys for Plaintiffs
RAVINDER SINGH, THOMAS ODOM and CALIFORNIA TRUCKING ASSOCIATION