STACEY M. LEYTON (SBN 203827)
Email: sleyton@altber.com
ANDREW KUSHNER (SBN 316035)
Email:  akushner@altber.com
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA  94108
Telephone: (415) 421-7151
Facsimile:  (415) 362-8064

Attorneys for Intervenor-Defendant
International Brotherhood of Teamsters

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA TRUCKING ASSOCIATION, RAVINDER SINGH, and THOMAS ODOM, <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, in his official capacity as the Attorney General of the State of California; JULIE SU, in her official capacity as Secretary of the California Labor Workforce and Development Agency; ANDRE SCHOORL, in his official capacity as the Acting Director of the Department of Industrial Relations of the State of California; and LILIA GARCIA-BROWER, in her official capacity as Labor Commissioner of the State of California, Division of Labor Standards Enforcement, PATRICK HENNING, in his official capacity as the Director of the Employment Development Department. <br><br> Defendants, <br><br> INTERNATIONAL BROTHERHOOD OF TEAMSTERS, <br><br> Intervenor-Defendant. | Case No. 3:18-cv-02458-BEN-BLM <br><br> **STIPULATED REQUEST TO STAY DISTRICT COURT PROCEEDINGS PENDING PRELIMINARY INJUNCTION APPEAL** <br><br> Judge: Honorable Roger T. Benitez <br> Action Filed: October 25, 2018 <br> Trial Date: Not set |

1    Plaintiffs California Trucking Association, Ravinder Singh, and Thomas

2    Odom (together, "Plaintiffs"), Defendants Attorney General Xavier Becerra et al.

3    (together, "State Defendants"), and Intervenor-Defendant International

4    Brotherhood of Teamsters ("IBT") (collectively, the "Parties"), enter into the

5    following joint stipulation requesting that this Court stay all proceedings in the

6    District Court pending Ninth Circuit action on Defendants' appeals of this Court's

7    preliminary injunction order.

8        WHEREAS, on January 16, 2020, this Court entered an order granting

9    Plaintiffs' motion for a preliminary injunction, holding that the Federal Aviation

10   Administration Authorization Act ("FAAAA") likely preempted California's

11   Assembly Bill 5 as applied to motor carriers.  Dkt. 89.

12       WHEREAS, on January 29, 2020, the State Defendants and IBT each

13   separately appealed the preliminary injunction order.  Dkts. 95, 96.

14       WHEREAS, IBT has moved the Ninth Circuit to stay the preliminary

15   injunction order pending appeal.  Ninth Cir. Case No. 20-55106, Dkt. 14.  That

16   motion is fully briefed and is currently pending.

17       WHEREAS, on March 11, 2020, the State Defendants and IBT each filed

18   Opening Briefs on appeal.  Ninth Cir. Case No. 20-55106, Dkts. 24, 25.  Plaintiffs'

19   Answering Brief is currently due April 10, 2020.

20       WHEREAS, a stay would best promote judicial efficiency and conserve the

21   parties' resources by deferring discovery and further District Court proceedings

22   until the Ninth Circuit provides guidance about the relevant issues in this case,

23   including the operative legal standard governing Plaintiffs' FAAAA preemption

24   claim.

25       WHEREAS, the parties respectfully request that this Court enter an order

26   staying all proceedings in the District Court until any of the following occurs: (1)

27   the Ninth Circuit grants the IBT's motion to stay the preliminary injunction order,

28   if the Ninth Circuit grants that motion; (2) the Ninth Circuit issues its mandate

following resolution of the appeals from the preliminary injunction order; or (3) the appeals of the preliminary injunction order are withdrawn or otherwise dismissed.

WHEREAS, the Parties agree that the stay shall be automatically lifted if (1) the Ninth Circuit grants the IBT's motion to stay the preliminary injunction order; (2) the Ninth Circuit issues its decision on the appeals from the preliminary injunction order; or (3) the appeals of the preliminary injunction order are withdrawn or otherwise dismissed, and the Parties shall be required to file their confidential Early Neutral Evaluation statements and joint Rule 26(f) report within fourteen days of any of these events.

WHEREAS, the Parties respectfully request that, if this joint stipulation is not granted, this Court extend the deadlines for the Parties to file their joint Rule 26(f) report and to exchange initial disclosures to March 25, 2020.

IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, through their counsel of record, that all proceedings in the District Court are stayed until (1) the Ninth Circuit grants IBT's motion to stay the preliminary injunction order, if the Ninth Circuit grants that motion; (2) the Ninth Circuit issues its mandate following resolution of the appeals from the preliminary injunction order; or (3) the appeals of the preliminary injunction order are withdrawn or otherwise dismissed.

DATED:  March 16, 2020

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:  */s/Robert R. Roginson*
Spencer C. Skeen
Robert R. Roginson
Alexander M. Chemers

Attorneys for Plaintiffs
RAVINDER SINGH, THOMAS ODOM and CALIFORNIA TRUCKING ASSOCIATION

DATED:  March 16, 2020

DEPUTY ATTORNEY GENERAL, STATE OF CALIFORNIA

By:  */s/Jose A. Zelidon-Zepeda*
Jose A. Zelidon-Zepeda

Attorneys for Defendants
Attorney General XAVIER BECERRA, et al.

DATED: March 16, 2020

ALTSHULER BERZON LLP

By:  */s/Andrew Kushner*
Stacey M. Leyton
Andrew Kushner

Attorneys for Intervenor-Defendant
INTERNATIONAL BROTHERHOOD OF TEAMSTERS

40831816.1

1

## **SIGNATURE CERTIFICATION**

2       Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies

3  and Procedures Manual, I hereby certify that the contents of this document are acceptable

4  to Robert R. Roginson, counsel for Plaintiffs, and to Jose A. Zelidon-Zepeda, counsel for

5  State Defendants, and that I have obtained both Mr. Roginson's and Mr. Zelidon-

6  Zepeda's authorizations to affix their electronic signature to this document.

7

8  DATED: March 16, 2020        ALTSHULER BERZON LLP

9

10

11                     By:  _/s/Andrew Kushner_____
                          Stacey M. Leyton

12                        Andrew Kushner

13                 Attorneys for Intervenor-Defendant
                 INTERNATIONAL BROTHERHOOD

14                 OF TEAMSTERS

15                                     42180828.1

16

17

18

19

20

21

22

23

24

25

26

27

28