UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA TRUCKING ASSOCIATION, RAVINDER SINGH, and THOMAS ODOM, | Case No.:  3:18-cv-02458-BEN-BLM |
| Plaintiffs, | **ORDER GRANTING STIPULATED REQUEST TO STAY DISTRICT COURT PROCEEDINGS PENDING PRELIMINARY INJUNCTION APPEAL** |
| v. | |
| XAVIER BECERRA, in his official capacity as the Attorney General of the State of California; JULIE SU, in her official capacity as Secretary of the California Labor Workforce and Development Agency; ANDRE SCHOORL, in his official capacity as the Acting Director of the Department of Industrial Relations of the State of California; and LILIA GARCIA-BROWER, in her official capacity as Labor Commissioner of the State of California, Division of Labor Standards Enforcement, PATRICK HENNING, in his official capacity as the Director of the Employment Development Department, | **[ECF No. 116]** |
| Defendants. | |

Pursuant to stipulation, and good cause having been shown, all proceedings in the District Court, except those relating to the Preliminary Injunction, are hereby **STAYED**, and all current deadlines **VACATED**, until either: (1) the Ninth Circuit grants Intervenor-Defendant International Brotherhood of Teamsters' motion to stay the preliminary

1

injunction order, if the Ninth Circuit grants that motion; (2) the Ninth Circuit issues its mandate following resolution of the appeals from the preliminary injunction order; or (3) the appeals of the preliminary injunction order are withdrawn or otherwise dismissed. The stay shall be automatically lifted if any such event occurs, and the Parties shall be required to file their confidential Early Neutral Evaluation statements and joint Rule 26(f) report within fourteen days of that event. However, until such time occurs, the preliminary injunction entered on January 16, 2020 (Doc. No. 89) remains in full force and effect.

   **IT IS SO ORDERED.**

Dated:  March 17, 2020

_____
**HON. ROGER T. BENITEZ**
United States District Judge