UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSFER OF CASES FROM MAGISTRATE JUDGE BARBARA L. MAJOR TO MAGISTRATE JUDGE DANIEL E. BUTCHER | **TRANSFER ORDER** |

**IT IS HEREBY ORDERED** that the following listed cases are transferred from the calendar of the Honorable Barbara L. Major to the calendar of the Honorable Daniel E. Butcher for all further proceedings.  All conferences or hearing dates previously set before Judge Major will remain as scheduled and will be before Judge Butcher.  All dates set before any district judge remain unchanged.

| Case No. | Title |
|---|---|
| 19CV1821-BLM | Langford v. Saul |
| 17CV2479-GPC | CliniComp International, Inc. v. Cerner Corporation |
| 19CV1919-BAS | Spatcher v. San Diego Sheriff Dept. et al. |
| 20CV473-BAS | Taylor v. Populus Group, LLC et al. |
| 20CV32-DMS | Savas et al v. California State Law Enforcement Agency et al. |
| 18CV2458-BEN | California Trucking Association et al v. Becerra et al. |

1

| | | |
|---|---|---|
| 1 | 19CV1214-WQH | <u>Stemedica Cell Technologies, Inc. v. Mohammed et al.</u> |
| 2 | 19CV1764-AJB | <u>Padres, L.P. v. Rimel's La Jolla, LLC</u> |

3        **IT IS SO ORDERED.**

4   Dated: 5/27/2020

Hon. Barbara L. Major
United States Magistrate Judge