Jarod Bona (234327)
jarod.bona@bonalawpc.com
Aaron R. Gott (314264)
aaron.gott@bonalawpc.com
Jon F. Cieslak (268951)
jon.cieslak@bonalawpc.com
Bona Law PC
4275 Executive Square, Suite 200
La Jolla, CA 92037
Telephone: (858) 964-4589

Paul D. Cullen, Jr. (*pro hac vice* application pending)
pxc@cullenlaw.com
Daniel E. Cohen (*pro hac vice* application pending)
dec@cullenlaw.com
Charles R. Stinson (*pro hac vice* application pending)
crs@cullenlaw.com
THE CULLEN LAW FIRM, PLLC
1101 30th Street, NW, Suite 300
Washington, DC 20007
Telephone: (202) 944-8600

*Attorneys for Proposed Intervenor-Plaintiff*
*Owner-Operator Independent Drivers Association*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA TRUCKING ASSOCIATION *et al.*,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>XAVIER BECERRA, in his official capacity as the Attorney General of the State of California; ANDRE SCHOORL, in his official capacity as the Acting Director of the Department of Industrial Relations of the State of California; and JULIE A. SU, in her official capacity as Labor Commissioner of the State of California, Division of Labor Standards Enforcement, | Case No. 3:18-CV-02458-BEN-DEB<br><br>**NOTICE OF MOTION AND MOTION FOR LEAVE TO INTERVENE**<br><br>[Case Currently Stayed]<br><br>Date: May 17, 2021<br>Time: 10:30 a.m.<br>Courtroom: Hon. Roger T. Benitez |

| | |
|---|---|
| 1 | Defendants, |
| 2 | |
| | and |
| 3 | |
| | INTERNATIONAL BROTHERHOOD |
| 4 | OF TEAMSTERS |
| 5 | |
| | Intervenor-Defendant. |

**NOTICE OF MOTION AND MOTION FOR LEAVE TO INTERVENE**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the Owner-Operator Independent Drivers Association, Inc. ("OOIDA") will and hereby does move this Court for leave to intervene as a plaintiff in this action pursuant to Federal Rule of Civil Procedure 24. OOIDA's counsel has conferred with counsel for the existing State Defendants, Intervenor-Defendant, and Plaintiffs one week ago. The State Defendants have declined "to make any decision" regarding OOIDA's motion while this Court's preliminary injunction remains pending before the Ninth Circuit and reserves the right to do so in the future. Neither the counsel for Plaintiffs California Truck Association et al. nor counsel for Intervenor-Defendant International Brotherhood of Teamsters has followed-up to indicate those parties' positions on consent.

A hearing on this motion has been noticed for May 17, 2021 at 10:30 a.m. in Courtroom 5A of the Edward J. Schwartz United States Courthouse, located at 221 West Broadway, San Diego, California 92101, before the Honorable Roger T. Benitez. Pursuant to the Court's current policy, the hearing will be conducted telephonically or video.

The grounds for OOIDA's motion are as follows:

1. Intervention as of right is warranted pursuant to Federal Rule of Civil Procedure 24(a)(2) because: OOIDA's motion is timely; OOIDA has a "significantly

protectable" interest in the case; the disposition of the case may, as a practical matter, impair OOIDA's interest and the interests of the interstate owner-operators and small-business truckers it represents; and OOIDA's interests are not adequately represented by the existing the parties because OOIDA's interests are both more "parochial" and diverge from those of Plaintiffs.

2. In the alternative, OOIDA should be permitted to intervene under Federal Rule of Civil Procedure 24(b)(1) because its motion is timely, it seeks to address a common question of law with the existing action—whether Prong B of the ABC test as codified by AB 5—and its intervention will not cause any prejudice to the existing parties.

This motion is based upon this Notice of Motion and Motion; the attached Memorandum of Points and Authorities in Support of OOIDA's Motion for Leave to Intervene; OOIDA's Proposed Complaint; the accompanying Declaration of Todd Spencer, President of OOIDA, in Support of OOIDA's Motion for Leave to Intervene and its Proposed Complaint; and the complete files, records, and proceedings of this action, and on such other arguments or evidence as may be presented at or before the time of the hearing.

Dated: April 19, 2021

Jon F. Cieslak
Bona Law PC
By:   /s/ Jon F. Cieslak
          Jon F. Cieslak

Local counsel for Proposed Intervenor Owner-Operator Independent Drivers Association

Paul D. Cullen, Jr.*
Daniel E. Cohen*
Charles R. Stinson*

Attorneys for Proposed Intervenor Owner-Operator Independent Drivers Association
*Pro hac vice application for admission pending