STACEY M. LEYTON (SBN 203827)
Email: sleyton@altber.com
ANDREW KUSHNER (SBN 316035)
Email: akushner@altber.com
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

Attorneys for Intervenor-Defendant
International Brotherhood of Teamsters

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA TRUCKING ASSOCIATION, RAVINDER SINGH, and THOMAS ODOM,<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW RODRIQUEZ, in his official capacity as the Acting Attorney General of the State of California; JULIE SU, in her official capacity as Secretary of the California Labor Workforce and Development Agency; KATRINA S. HAGEN, in her official capacity as the Acting Director of the Department of Industrial Relations of the State of California; and LILIA GARCIA-BROWER, in her official capacity as Labor Commissioner of the State of California, Division of Labor Standards Enforcement, RITA L. SAENZ, in her official capacity as the Director of the Employment Development Department,<br><br>Defendants,<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS,<br><br>Intervenor-Defendant. | Case No. 3:18-cv-02458-BEN-DEB<br><br>**JOINT MOTION TO STAY PROCEEDINGS ON OWNER-OPERATOR INDEPENDENT DRIVERS ASSOCIATION MOTION TO INTERVENE [DKT. 122]**<br><br>Judge: Honorable Roger T. Benitez<br>Action Filed: October 25, 2018<br>Trial Date: Not set |

JOINT MOT. RE STAY OF MOT. TO INTERVENE; Case No. 3:18-cv-02458-BEN-DEB

Plaintiffs California Trucking Association, Ravinder Singh, and Thomas Odom (together, "Plaintiffs"), Defendants Acting Attorney General Matthew Rodriquez[1] et al. (together, "State Defendants"), Intervenor-Defendant International Brotherhood of Teamsters ("IBT"), and Proposed Intervenor-Plaintiff Owner-Operator Independent Drivers Association ("OOIDA") (collectively, "Movants"), hereby jointly move under Local Rule 7.2 for an order that, in light of the current stay of District Court proceedings in this action, this Court expressly stay all proceedings related to OOIDA's Motion to Intervene (Dkt. 122).

On January 16, 2020, this Court entered an order granting Plaintiffs' motion for a preliminary injunction, holding that the Federal Aviation Administration Authorization Act ("FAAAA") likely preempted California's Assembly Bill 5 as applied to motor carriers. Dkt. 89. On January 29, 2020, the State Defendants and IBT each separately appealed the preliminary injunction order. Dkts. 95, 96.

On March 17, 2020, pursuant to the parties' joint request, this Court ordered stayed "all proceedings in the District Court, except those relating to the Preliminary Injunction," until the occurrence of any one of certain specified events related to the appeals of the preliminary injunction order. Dkt. 117. One of those specified events was the Ninth Circuit's issuance of its mandate following resolution of the appeals from the preliminary injunction order. Dkt. 117. As of the filed date of this Joint Motion, none of those specified events have occurred. Oral argument in the Ninth Circuit appeal was held on September 1, 2020, but a decision has not yet issued. Thus, this Court's stay of all proceedings remains in effect.

On April 19, 2021, OOIDA filed a Motion to Intervene as a plaintiff in this matter, and noticed that motion for May 17, 2021. Dkt. 122. Movants are in agreement that it would promote judicial efficiency and conserve the parties'

---

[1] Per Federal Rule of Civil Procedure 25(d), the Defendants are substituted as noted in the caption.

1  resources to expressly stay all proceedings and upcoming deadlines related to
2  OOIDA's Motion to Intervene. Without a stay, the local rules would require
3  Plaintiffs, the State Defendants, and IBT to file responses to the motion by May 3,
4  2021, even though the Court has ordered all proceedings are stayed. The Ninth
5  Circuit's resolution of the pending preliminary injunction appeals may affect or
6  inform this Court's resolution of OOIDA's Motion to Intervene.

7  　　　　Accordingly, for these reasons, Movants respectfully request that this Court
8  enter an order staying all proceedings related to OOIDA's Motion to Intervene,
9  including the current hearing date for that motion and all current briefing
10 deadlines, until either: (1) the Ninth Circuit issues its mandate following resolution
11 of the appeals from the preliminary injunction order; or (2) the appeals of the
12 preliminary injunction order are withdrawn or otherwise dismissed. Movants also
13 respectfully request that the hearing date for OOIDA's Motion to Intervene be
14 reset for the first available hearing date that is at least 28 days after the existing
15 stay in this action is dissolved.

17 DATED:  April 23, 2021                OGLETREE, DEAKINS, NASH,
                                          SMOAK & STEWART, P.C.

20 　　　　　　　　　　　　　　　　　　By:  */s/Robert R. Roginson*
                                          Spencer C. Skeen
21                                        Robert R. Roginson
                                          Alexander M. Chemers
22
23 　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs
                                          RAVINDER SINGH, THOMAS ODOM
24                                        and CALIFORNIA TRUCKING
                                          ASSOCIATION

|   |   |   |
|---|---|---|
| 1 | DATED: April 23, 2021 | DEPUTY ATTORNEY GENERAL, STATE OF CALIFORNIA |

DATED: April 23, 2021    DEPUTY ATTORNEY GENERAL, STATE OF CALIFORNIA

By: /s/Jose A. Zelidon-Zepeda
Jose A. Zelidon-Zepeda

Attorneys for Defendants
Acting Attorney General MATTHEW RODRIQUEZ, et al.

DATED: April 23, 2021    ALTSHULER BERZON LLP

By: /s/Andrew Kushner
Stacey M. Leyton
Andrew Kushner

Attorneys for Intervenor-Defendant
INTERNATIONAL BROTHERHOOD OF TEAMSTERS

DATED: April 23, 2021    Bona Law, P.C.

By: /s/Jon F. Cieslak
Jon F. Cieslak

Local counsel for Proposed Intervenor Owner-Operator Independent Drivers Association

Paul D. Cullen, Jr.*
Daniel E. Cohen*
Charles R. Stinson*

Attorneys for Proposed Intervenor Owner-Operator Independent Drivers Association

*Pro hac vice application for admission pending

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the contents of this document are acceptable to Robert R. Roginson, counsel for Plaintiffs, to Jose A. Zelidon-Zepeda, counsel for State Defendants, and to Jon F. Cieslak, counsel for OOIDA, and that I have obtained Mr. Roginson's, Mr. Zelidon-Zepeda's, and Mr. Cieslak's authorizations to affix their electronic signatures to this document.

DATED: April 23, 2021                ALTSHULER BERZON LLP

By:  */s/Andrew Kushner*
       Stacey M. Leyton
       Andrew Kushner

Attorneys for Intervenor-Defendant
INTERNATIONAL BROTHERHOOD
OF TEAMSTERS

42180828.1