

**FILED**

JUN 21 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CALIFORNIA TRUCKING ASSOCIATION; et al., | Nos. 20-55106; 20-55107 |
| Plaintiffs-Appellees, | D.C. No. 3:18-cv-02458-BEN-BLM Southern District of California, San Diego |
| v. | |
| ROBERT ANDRES BONTA, Esquire, in his official capacity as the Attorney General of the State of California; et al., | ORDER |
| Defendants-Appellants, | |
| and | |
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS, | |
| Intervenor-Defendant. | |

Before: IKUTA and BENNETT, Circuit Judges, and WOODLOCK,[*] District Judge.

Appellees' Petition for Rehearing En Banc (Dkt. 104) is DENIED. Judge Ikuta voted to deny the petition for rehearing en banc, and Judge Woodlock so recommended. Judge Bennett voted to grant the petition for rehearing en banc.

---

[*] The Honorable Douglas P. Woodlock, United States District Judge for the District of Massachusetts, sitting by designation.

The petition for rehearing en banc was circulated to the judges of the court, and no judge requested a vote for en banc consideration.

The petition for rehearing en banc is DENIED.