**FILED**

JUN 23 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CALIFORNIA TRUCKING ASSOCIATION; et al.,<br><br>        Plaintiffs-Appellees,<br><br> v.<br><br>ROBERT ANDRES BONTA, Esquire, in his official capacity as the Attorney General of the State of California; et al.,<br><br>        Defendants-Appellants,<br><br> and<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS,<br><br>        Intervenor-Defendant. | Nos. 20-55106; 20-55107<br><br>D.C. No. 3:18-cv-02458-BEN-BLM<br>Southern District of California, San Diego<br><br>ORDER |

Before: IKUTA and BENNETT, Circuit Judges, and WOODLOCK,[*] District Judge.

    Appellees' Motion to Stay Issuance of the Mandate is GRANTED. Pursuant to Fed. R. App. P. 41(d)(2), the mandate in the case is stayed to permit appellees to file a petition for writ of certiorari in the Supreme Court. Should the Supreme

---

    [*]     The Honorable Douglas P. Woodlock, United States District Judge for the District of Massachusetts, sitting by designation.

Court grant certiorari, the mandate will be stayed pending its disposition of the case. Should the Supreme Court deny certiorari, the mandate will issue immediately. The parties shall advise this court immediately upon the Supreme Court's decision.