Timothy A. Horton (S.B.N. 205414)
THE LAW OFFICE OF TIMOTHY A. HORTON
600 W. Broadway, Suite 700
San Diego, CA 92101
Telephone: (619) 272-7017
timhorton@timhortonlaw.com

Paul D. Cullen, Jr. (*pro hac vice*)
pxc@cullenlaw.com
Daniel E. Cohen (*pro hac vice*)
dec@cullenlaw.com
Charles R. Stinson (*pro hac vice*)
crs@cullenlaw.com
THE CULLEN LAW FIRM, PLLC
1101 30th Street, NW, Suite 300
Washington, DC 20007
Telephone: (202) 944-8600

*Attorneys for Proposed Intervenor-Plaintiff*
*Owner-Operator Independent Drivers Association*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA TRUCKING ASSOCIATION *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as the Attorney General of the State of California; ANDRE SCHOORL, in his official capacity as Acting Director of the Department of Industrial Relations of the State of California; and JULIE A. SU, in her official capacity as Labor Commissioner of the State of California, Division of Labor Standards Enforcement, | Case No. 3:18-cv-02458-BEN-DEB<br><br>**NOTICE OF APPEARANCE OF TIMOTHY A. HORTON AS LOCAL COUNSEL FOR PROPOSED INTERVENOR-PLAINTIFF OWNER OPERATOR INDEPENDENT DRIVERS ASSOCIATION** |

|   |   |
|---|---|
| Defendants. | |
| and | |
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS | |
| Intervenor-Defendant. | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS:**

PLEASE TAKE NOTICE THAT Timothy A. Horton of the Law Office of Timothy A. Horton hereby appears as counsel of record on behalf of Proposed Intervenor-Plaintiff Owner-Operator Independent Drivers Association ("OOIDA") and is to be noticed at the following address:

> Timothy A. Horton
> Law Office of Timothy A. Horton
> 600 West Broadway, Suite 700
> San Diego, California 92101
> Email: timhorton@timhortonlaw.com
> Telephone: (619) 272-7017
> Facsimile: (619) 374-1668

The Cullen Law Firm, PLLC and its attorneys admitted *pro hac vice* shall remain as lead counsel of record for OOIDA. Bona Law PC, prior local counsel for OOIDA will be filing a corresponding notice of withdrawal.

DATED: August 22, 2022         LAW OFFICE OF TIMOTHY A. HORTON

By: */s/ Timothy A. Horton*
    Timothy A. Horton

Paul D. Cullen, Jr.
Daniel E. Cohen
Charles R. Stinson
THE CULLEN LAW FIRM, PLLC

*Attorneys for Proposed Intervenor-Plaintiff Owner-Operator Independent Drivers Association*