SPENCER C. SKEEN, CA Bar No. 182216
spencer.skeen@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
4370 La Jolla Village Drive, Suite 990
San Diego, CA  92122
Telephone:   858.652.3100
Facsimile:    858.652.3101

*[Additional Counsel on Following Page]*

Attorneys for Plaintiffs
RAVINDER SINGH, THOMAS ODOM and
CALIFORNIA TRUCKING ASSOCIATION

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA TRUCKING ASSOCIATION, RAVINDER SINGH, and THOMAS ODOM,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as the Attorney General of the State of California; JULIE SU, in her official capacity as Secretary of the California Labor Workforce and Development Agency; ANDRE SCHOORL, in his official capacity as the Acting Director of the Department of Industrial Relations of the State of California; LILIA GARCIA-BROWER, in her official capacity as Labor Commissioner of the State of California, Division of Labor Standards Enforcement, and PATRICK HENNING, in his official capacity as the Director of the Employment Development Department.<br><br>Defendants,<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS,<br><br>Intervenor-Defendant. | Case No. 3:18-cv-02458-BEN-BLM<br><br>**JOINT REPORT IN ADVANCE OF SPREADING THE MANDATE: APPEAL MANDATE HEARING**<br><br>Date:        August 29, 2022<br>Time:       10:30 a.m.<br>Place:       Courtroom 5A<br><br>Complaint Filed: October 25, 2018<br>Trial Date:         None<br>District Judge:   Hon. Roger T. Benitez<br>                         Courtroom 5A, 221 W.<br>                         Broadway, San Diego<br>Magistrate Judge: Hon. Barbara L. Major<br>                         11th Floor, 333 W.<br>                         Broadway, San Diego |

1  ROBERT R. ROGINSON, CA Bar No. 185286
   robert.roginson@ogletree.com
2  ALEXANDER M. CHEMERS, CA Bar No. 263726
   alexander.chemers@ogletree.com
3  OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
4  400 South Hope Street, Suite 1200
   Los Angeles, CA  90071
5  Telephone:  213.239.9800
   Facsimile:   213.239.9045

6
   *[Additional Counsel for Plaintiffs*
7  *Ravinder Singh, Thomas Odom and*
   *California Trucking Association]*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

(SAK Edits)
CTA BEC - Joint

Case No. 3:18-cv-02458-BEN-BLM
JOINT REPORT IN ADVANCE OF SPREADING THE MANDATE: APPEAL MANDATE HEARING

In advance of the Spreading The Mandate: Appeal Mandate Hearing scheduled for August 29, 2022 at 10:30 a.m., the Parties have met and conferred and submit this Joint Report.

## I. NAMED PARTIES

Plaintiffs California Trucking Association, Ravinder Singh, and Thomas Odom are the "Plaintiffs" in this matter.  The named defendants are Attorney General Rob Bonta, former Acting Director Andre Schoorl, Secretary Julie A. Su, Labor Commissioner Lilia Garcia-Brower and Director Patrick Henning, in their official capacities (together, "State Defendants"), along with intervenor-defendant International Brotherhood of Teamsters ("IBT").

Plaintiffs, State Defendants, and IBT are collectively referred to here as the "Parties."

## II. PROCEDURAL HISTORY

This lawsuit, which was filed on October 25, 2018, addresses the legality of California's Assembly Bill 5 ("AB 5"), later amended by Assembly Bill 2257 ("AB 2257").

On December 31, 2019, the Court entered a Temporary Restraining Order enjoining the State Defendants from enforcing AB 5 as to any motor carrier operating in California.  ECF No. 77.

On January 16, 2020, the Court entered an Order Granting Preliminary Injunction which again enjoined the State Defendants from enforcing AB 5 as to any motor carrier operating in California.  ECF No. 89.

On February 10, 2020, the Court entered an Order on Motions to Dismiss. ECF No. 110.  Among other findings, the Court dismissed Plaintiffs' Dormant Commerce Clause claim based on its finding that Congress "has affirmatively exercised its Commerce Clause power in the area within which Plaintiffs bring their challenge to AB-5[.]"  *Id.* at p. 10.

On March 9, 2020, Plaintiffs filed a Motion for Reconsideration of the Court's

February 10, 2020 Order.  ECF No. 115.

The Parties subsequently stipulated to stay these proceedings while the State Defendants and IBT challenged the preliminary injunction before the Ninth Circuit. ECF No. 116.  This matter was therefore stayed in its entirety by Order entered March 31, 2020.  ECF No. 117.

On April 28, 2021, the Ninth Circuit, through a 2-1 decision, issued its Opinion reversing the preliminary injunction order.  Ninth Circuit Case No. 20-55106, No. 101-1.

The Ninth Circuit's mandate was stayed while Plaintiffs pursued first *en banc* review before the Ninth Circuit and then a petition for *certiorari* before the U.S. Supreme Court.

On July 1, 2022, after the appellate process was exhausted by Plaintiffs, Mandate was issued by the Ninth Circuit as to the Opinion previously issued on April 28, 2021.  Ninth Circuit Case No. 20-55106, No. 117-2.

During this period and while the district court proceedings were stayed, proposed intervenor Owner-Operator Independent Drivers Association, Inc. ("OOIDA") filed a Motion to Intervene in these trial proceedings.  ECF No. 122.

### III. FUTURE CASE MANAGEMENT AND MOTION PRACTICE

In light of the above history, counsel for the Parties have met and conferred regarding potential next steps.  Among the items discussed were:

- ❖ Plaintiffs' intent to move again for a preliminary injunction;
- ❖ Plaintiffs' pending request for reconsideration of the Court's Order dismissing the Dormant Commerce Clause claim;
- ❖ State Defendants' and IBT's intent to move for reconsideration of the Court's Order denying their motions to dismiss the Federal Aviation Authorization Administration Act ("F4A") preemption claim; and
- ❖ The still-pending Motion to Intervene by OOIDA.

Through those discussions, Plaintiffs stated that they intend to move again for

a preliminary injunction. Defendants intend to oppose the motion and contend that Ninth Circuit already held that AB 5 "is not preempted by the F4A." *California Trucking Association v. Bonta*, 996 F.3d 644, 664 (9th Cir. 2021). The Parties' proposed briefing schedule for the renewed motion is set forth in the next section.

Given that the Parties anticipate briefing the preliminary injunction issue over the next months, they jointly agree that it would be most efficient to defer other motion practice. Specifically, Plaintiffs ask the Court to hold their Motion for Reconsideration of the Court's February 10, 2020 Order (ECF No. 115) in abeyance, and the State Defendants and IBT will likewise defer any motion for reconsideration of the Court's previous order denying their motions to dismiss the F4A preemption claim, until the Court resolves the Renewed Motion for Preliminary Injunction. As for OOIDA's Motion to Intervene, the Parties propose the schedule also set forth below.

## IV. PROPOSED BRIEFING SCHEDULES

Based on the foregoing, the Parties respectfully propose the following briefing schedule on Plaintiffs' Renewed Motion for Preliminary Injunction:

- ❖ Deadline To File: October 11, 2022;
- ❖ Opposition Deadline: November 15, 2022;
- ❖ Reply Deadline: December 2, 2022; and
- ❖ Hearing: To Be Set By Court.

With respect to the already pending Motion to Intervene by OOIDA, the Parties propose the following briefing schedule:

- ❖ Opposition Deadline: September 13, 2022;
- ❖ Reply Deadline: September 27, 2022; and
- ❖ Hearing: To Be Set By Court

## V. OTHER MATTERS

To comply with the appellate mandate, the Court should vacate its order

granting a preliminary injunction (Doc. 89). The Parties request that the Court postpone issuing any orders regarding Early Neutral Evaluation, initial disclosures, discovery or a trial schedule until after ruling on the pending Motion to Intervene and on Plaintiffs' Renewed Motion for a Preliminary Injunction.

Respectfully submitted,

DATED: August 24, 2022

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s Alexander M. Chemers
Spencer C. Skeen
Robert R. Roginson
Alexander M. Chemers

Attorneys for Plaintiffs
RAVINDER SINGH, THOMAS ODOM and CALIFORNIA TRUCKING ASSOCIATION

DATED: August 24, 2022

DEPUTY ATTORNEY GENERAL, STATE OF CALIFORNIA

By: /s Jose A. Zelidon-Zepeda
Jose A. Zelidon-Zepeda

Attorneys for Defendants
Attorney General XAVIER BECERRA, Acting Director ANDRE SCHOORL, Secretary JULIE A. SU, Labor Commissioner LILIA GARCIA-BROWER, and Director PATRICK HENNING, in their official capacities

DATED: August 24, 2022          ALTSHULER BERZON LLP

By: /s Stacey M. Leyton
    Scott A. Kronland
    Stacey M. Leyton

Attorneys for Intervenor-Defendant
INTERNATIONAL BROTHERHOOD OF TEAMSTERS

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the contents of this document are acceptable to Jose A. Zelidon-Zepeda, counsel for Defendants, and for Stacey M. Leyton, counsel for Intervenor-Defendant, and that I have obtained both Mr. Zelidon-Zepeda's and Ms. Leyton's authorization to affix their electronic signatures to this document.

DATED:  August 24, 2022          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Alexander M. Chemers
    Spencer C. Skeen
    Robert R. Roginson
    Alexander M. Chemers

Attorneys for Plaintiffs
RAVINDER SINGH, THOMAS ODOM and CALIFORNIA TRUCKING ASSOCIATION