UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 01 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CALIFORNIA TRUCKING ASSOCIATION; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> ROBERT ANDRES BONTA, Esquire, in his official capacity as the Attorney General of the State of California; et al., <br><br> Defendants - Appellants, <br><br> and <br><br> INTERNATIONAL BROTHERHOOD OF TEAMSTERS, <br><br> Intervenor-Defendant. | No. 20-55106 <br><br> D.C. No. 3:18-cv-02458-BEN-BLM <br> U.S. District Court for Southern California, San Diego <br><br> **MANDATE** |
| CALIFORNIA TRUCKING ASSOCIATION; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> ROBERT ANDRES BONTA, Esquire, in his official capacity as the Attorney General of the State of California; et | No. 20-55107 <br><br> D.C. No. 3:18-cv-02458-BEN-BLM <br> U.S. District Court for Southern California, San Diego |

al.,

        Defendants,

and

INTERNATIONAL BROTHERHOOD OF TEAMSTERS,

        Intervenor-Defendant - Appellant.

The judgment of this Court, entered April 28, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Quy Le
Deputy Clerk
Ninth Circuit Rule 27-7

FILED

JUN 21 2021



MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CALIFORNIA TRUCKING ASSOCIATION; et al.,<br><br>        Plaintiffs-Appellees,<br><br> v.<br><br>ROBERT ANDRES BONTA, Esquire, in his official capacity as the Attorney General of the State of California; et al.,<br><br>        Defendants-Appellants,<br><br> and<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS,<br><br>        Intervenor-Defendant. | Nos. 20-55106; 20-55107<br><br>D.C. No. 3:18-cv-02458-BEN-BLM<br>Southern District of California, San Diego<br><br>ORDER |

Before: IKUTA and BENNETT, Circuit Judges, and WOODLOCK,[*] District Judge.

    Appellees' Petition for Rehearing En Banc (Dkt. 104) is DENIED. Judge Ikuta voted to deny the petition for rehearing en banc, and Judge Woodlock so recommended. Judge Bennett voted to grant the petition for rehearing en banc.

---

    [*]     The Honorable Douglas P. Woodlock, United States District Judge for the District of Massachusetts, sitting by designation.

The petition for rehearing en banc was circulated to the judges of the court, and no judge requested a vote for en banc consideration.

The petition for rehearing en banc is DENIED.