UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 10 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CALIFORNIA TRUCKING ASSOCIATION; et al., <br><br> Plaintiffs, <br><br> OWNER-OPERATOR INDEPENDENT DRIVERS ASSOCIATION, INC., <br><br> Intervenor-Plaintiff - Appellant, <br><br> v. <br><br> ROB BONTA, in his official capacity as the Attorney General of the State of California; et al., <br><br> Defendants - Appellees, <br><br> INTERNATIONAL BROTHERHOOD OF TEAMSTERS, <br><br> Intervenor-Defendant - Appellee. | No. 24-2341 <br><br> D.C. No. 3:18-cv-02458-BEN-DEB <br><br> Southern District of California, San Diego <br><br> MANDATE |

The judgment of this Court, entered May 16, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT